## LIST OF EXHIBITS

## FOR ROBERT M. LYDEN v. NIKE, INC.

Exhibit A: Lyden's Employment Agreement with Nike, Inc., August 8, 1990.

Exhibit B: U.S. 4,674,206 by Lyden.

Exhibit C: Early Shoe Upper Design Regarding HUARACHE Athletic Shoe, by Lyden, May 8, 1989.

Exhibit D: Lyden's Aerodynamic Apparel Disclosure, August 31, 1989.

Exhibit E: U.S. Design 322,505, by Hatfield.

Exhibit F: Lyden's "IP License Agreement" with Nike, Inc., December 18, 1997.

Exhibit G: Lyden's "Consulting Agreement" with Nike, Inc., September 10, 1996.

Exhibit H: Lyden's "Option Agreement" with Fila, Inc., October 13, 2000.

Exhibit I: Lyden's "IP and Prototype Agreement" with Nike, Inc., March 4, 2002.

Exhibit J: U.S. 6,449,878, by Lyden.

Exhibit K: U.S. 6,601,042, by Lyden.

Exhibit L: U.S. 7,016,867, by Lyden.

Exhibit M: U.S. 7,107,235, by Lyden.

Exhibit N: U.S. 7,100,308, by Aveni.

Exhibit O: U.S. 6,915,596, by Grove et al.

Exhibit P: U.S. 6,438,755, by MacDonald et al.

Exhibit Q: Lyden's Letter to James Niegowski, April 21, 2010.

Exhibit R: Lyden's "Patent License Agreement" with Pearl Izumi, January 17, 2007.

Exhibit S: Lyden's 1st Protest vs. Nike, Inc.'s Grove et al.

Exhibit T: Lyden's 2nd Protest vs. Nike, Inc.'s Grove et al.

Exhibit U: Lyden's 3rd Protest vs. Nike, Inc.'s Grove et al.

Exhibit V: U.S. 6,931,762, by Dua.

Exhibit W: James Niegowski's Letter to Lyden, May 19, 2010.

Exhibit X: Lyden's Letter to James Niegowski, May 21, 2010.

Exhibit Y: Lyden's Letter to Nike, Inc. CEO Mark Parker, et al., May 21, 2010.

Exhibit Z: Early Concept Drawing Regarding the Nike, Inc. FREE Athletic Shoe, by Lyden.

Exhibit AA: U.S. 7,392,605, by Hatfield et al., regarding Nike, Inc. FREE Athletic Shoe.

Exhibit BB: Brief excerpt of U.S. 7,107,235, by Lyden.

Exhibit CC: Lyden's Resume.

Exhibit DD: "Plasencia's Hard Work Brings Olympic Berth," by Jim Ferstle, St. Paul Pioneer Press, 1988.

Exhibit EE: U.S. 5,384,973 by Lyden entitled "Sole With Articulated Forefoot."

Exhibit FF: Excerpt of Distance Running, by Lyden, 2003.

Exhibit GG: U.S. 7,752,775, by Lyden.

Exhibit HH: Lyden vs. adidas AG et al., lawsuit.

Exhibit II: "It's a Seamless Revolution: Adidas Follows Nike Flyknit with Primeknit" by Eric Siemers, Portland Business Journal, July 26, 2012.

Exhibit JJ: Lyden's Response to adidas AG's Comments in Reexam of U.S. 8,209,883, by Lyden.

Exhibit KK: Nike, Inc.'s Preliminary Response in Reexam of U.S. 7,347,011, by Dua et al.

Exhibit LL: Problematic Nike, Inc. Patents.

Exhibit MM: "If The Shoe Fits," by Brian Fitzpatrick, Willamette Week, November, 2004.

Exhibit NN: "Intellectual Property and the U.S. Economy: Industries in Focus," by the Economics and Statistics Administration and U.S. Patent and Trademark Office, March, 2012.

Exhibit OO: "Nike Flyknit May Reinvent Iconic Nike Swoosh," by Erik Siemers, Portland Business Journal, March 30, 2012.

Exhibit PP: Nike's HTM Collaboration Shows Off Flyknit Potential, by Erik Siemers, Portland Business Journal, April 18, 2012.

Exhibit QQ: U.S. 8,209,883, by Lyden.

Exhibit RR: Nike, Inc. FLYKNIT shoes.

Exhibit SS: <u>Wall Street Journal Article</u>, April 10, 2013.

Exhibit TT: Excerpt of MPEP Chapter 2000, Section 2016.

Exhibit UU: Brief Excerpt of U.S. 8,209,883, by Lyden.