<sup>Case 3:13-cv-00662-HZ   Document 1-6   Filed 04/18/13   Page 1 of 1</sup>

