me

**ROBERT M. LYDEN**
18261 S.W. Fallatin Loop
Aloha, OR 97007
(971) 219-1200
robertlyden@comcast.net


**EDUCATION**

| 1988 | M.A., PUBLIC ADMINISTRATION |
|---|---|
| | Hubert H. Humphrey Institute, University of Minnesota. |
| 1982, 1978 | M.A., B.A., MODERN EUROPEAN HISTORY |
| | University of Minnesota. |
| 1982, 1981 | K-12 TEACHING AND COACHING CERTIFICATION |
| | University of Minnesota / St. Thomas College. |
| 1973 | DIPLOMA, Nazareth Hall and Grace High Schools. |

**LANGUAGES**   French, Russian, some German.

**ATHLETICS**

Coached / advised two Olympians in Track & Field, 1988, 1992, and 2000 Olympic Games.  Associated with two Runners-Up in 1982 and 1985, and one Minnesota State H.S. Track & Field Team Championship in 1988. Testified with 1980 Olympic Hockey Coach Herb Brooks before the Minnesota State Legislative Hearing On Youth Sport.  Lectured at the International Track & Field Coaches Association, XV Congress, World Championships, 2001.  Author of the book Distance Running.

Advisor to H.H. Sheikh Tahnoun bin Zayed Al Nahyan regarding the160 Kilometer World Record established at the 2000 United Arab Emirates Millennium Cup Endurance Ride.  Consultant regarding the training and racing of Arabian and Thoroughbred horses and author of a two year developmental plan entitled "On Winning the Triple Crown."


**RESEARCH & DEVELOPMENT EXPERIENCE**

**Inventor of 51 issued patents, 4 patents pending.**

For more information on issued patents, see the following link:

http://patft.uspto.gov/netacgi/nph-Parser?Sect1=PTO2&Sect2=HITOFF&p=1&u=%2Fnetahtml%2FPTO%2Fsearch-adv.htm&r=0&f=S&l=50&d=PTXT&Query=in%2F%22lyden%2C+robert%22

And for information on pending patents, see the following link:

http://appft.uspto.gov/netacgi/nph-Parser?Sect1=PTO2&Sect2=HITOFF&u=%2Fnetahtml%2FPTO%2Fsearch-adv.html&r=0&p=1&f=S&l=50&Query=in%2F%22lyden%2C+robert%22&d=PG01

9/1998 - Present.  Inventor, Consultant, and launched Q Branch, Inc. Created a business plan and licensed intellectual property for making innovative products in the sporting goods industry.  Granted twenty-seven patents including U.S. 7,107,235 for "Method of Conducting Business Including Making and Selling a Custom Article of Footwear," and U.S. 8,209,883 for "Custom Article of Footwear and Method of Making the Same."  In 2010, filed a lawsuit for patent infringement CV10-1249BR against Adidas regarding the "TUNIT" soccer shoe which was settled out of court.  Licensed U.S. 6,523,835, "Blade for an Ice Skate" to HD Sports Ltd., regarding the Wilson and MK brands parabolic figure skate blade www.parabolicblades.com, and also U.S. 6,082,462, "Horseshoe Imparting Natural Conformance" to Thoro'bred Racing Plate Company, Inc.  In the process of creating a solar energy business start-up regarding U.S. 7,888,584 for a "Solar Cell, Array, Network, and Power Grid."

5/1990 - 9/1998.  Patents and Inventions Assistant, and also a Consultant to Nike, Inc.  Assisted in the preparation, prosecution, and defense of U.S. and foreign patents and trademarks.  Served as an expert witness in patent litigation, and also in a criminal case for the FBI and a federal prosecutor.  Inventor associated with eighteen patents assigned to Nike, Inc.

## WRITING

Author of a prequel entitled "*Paris*," and *"New York"* sequel to the film classic *"Casablanca."*  Wrote a screenplay entitled *"Karadji"* based upon the story of the great Australian miler Herb Elliott, 1960 Olympic Champion, and his late coach Percy Cerutty.

Writings on U.S. foreign policy include "Charity and the Iraqi Crisis," and "99 Questions: On Just War Theory."  In 2003, the latter document was of assistance to Presidential envoy Michael Novak of the American Enterprise Institute regarding U.S. diplomatic efforts with the Vatican and European Community.

## PERSONAL

Born in Pleasanton, California on June 10, 1955.  Blessed with a son named Kieran.  Designed and built our present home.  Restored a 1970 Lotus Elan.  Enjoy film, art, dancing, running, and playing the guitar.