and eating adequately. The evening before a marathon, athletes should eat a large carbohydrate meal with a moderate glycemic index, such as spaghetti (For more information on the glycemic index, see Podell and Proctor, *The G-Index Diet*, 1993).

## Fluid Replacement and Diet on Race Day

The morning of the marathon, athletes should awake and rise at least four hours before the event. It helps to be fully carbohydrate loaded, but athletes should also have relatively stable blood glucose levels. For example, athletes should beware of consuming simple sugars too close to start time, and beginning the race with a much elevated or suppressed blood sugar level, since this is known to hinder performance in the marathon (Costill, 1986, Montain, Hopper, Coggan, Coyle, 1991). In this regard, the body processes different foods at different characteristic rates, and every individual is unique. So it will be necessary to experiment and get the race day diet figured out in the months preceding the competition. Some athletes are able to eat a breakfast including foods with a moderate glycemic index such as pasta about four hours before the race. Others can eat a breakfast including foods with a higher glycemic index, such as pancakes with maple syrup and peaches, two to three hours before the event. And still others can have toast one-and-a-half to two hours before a competition. Milk or other foods with lactose should generally be avoided.

Some marathoners will take tea or coffee an hour or two prior to a race. The caffeine in tea, coffee, and some soft drinks can facilitate greater mobilization of fatty acids (Newsholme and Leech, 1983). There is now in place a positive urine-testing threshold for caffeine of 12 mcg/ml. Please see the USATF rulebook, doping rule 67. However, a normal cup of tea, coffee or a can of Coca-Cola® with the fizz out of it will not trip the test, nor does it constitute drug abuse.

If an elite athlete has prepared well, often it is best to simply go with water during the marathon. However, it is extremely important to start drinking water in the early stages of the competition. Generally, the more water an athlete can ingest earlier in the race the better, since it is not possible to compensate for the amount of fluid that will be lost during the race. If necessary, lose a few seconds at the water stations early on, in order to get down as much fluid as possible, because it will pay the time back double in the latter stages of the race. Athletes should also practice how to grab a cup or bottle and drink on the run, because it is harder than it looks. Alternately, some bottles are now available which have a valve on the top or bottom to permit rapid delivery of fluid.

However, realize that the needs of recreational runners who will be on the course for three or more hours are different than those of the elite runners. From a physiological standpoint, there is a big difference between running for a little more than two hours at 75% $VO_2$ maximum, versus four hours at 50% $VO_2$ maximum. It may help to prepare a replacement drink including electrolytes, particularly when competing in heat and humidity. Nevertheless, it is generally a big mistake for athletes to take fluid replacement drinks that are not under their control, including many of those commercially available. Most commercial

products are far too concentrated and need to be substantially diluted to be ingested and properly absorbed. Otherwise, athletes have a good chance of throwing up the drink and further dehydrating themselves.

Some athletes might even want to take energy supplements during the marathon. Many runners have had success with a weak mixture of tea with honey. The closest thing to the hepatic and muscle glycogen that athletes will exhaust during the course of a marathon is glucose, a simple monosaccharide sugar. Glucose tablets are commercially available, and are normally used to rapidly stabilize low blood sugar levels in diabetics. Since the glycogen stores of runners will be nearly exhausted, and blood sugar levels can be significantly depressed, they essentially have the same need in the latter stages of a marathon, and immediately afterwards. However, recognize that different forms of sugar are absorbed at different rates. So the particular form of sugar most suitable for use would depend on the runner's condition, and also the remaining duration of the event. Athletes will also consume protein during the marathon. A large number of suitable commercial products having different formulations are available. And so, after experimenting in training sessions and perfecting the "formula" to be used, those runners who will be out on the course for three or more hours might consider taking an energy supplement (Coyle, 1992).

### Aerodynamic Drag

Again, the marathon is a race of efficiency, thus the effects of aerodynamic drag and drafting can be substantial. As previously discussed in Chapter 14, closely following an individual or pack of runners in calm conditions can provide an energy savings corresponding to approximately one second/400 meters—that is, about 105 seconds or 1:45 in the marathon. And whenever headwinds are present, the energy savings can increase markedly, thus be doubled or tripled. Further, drafting can also reduce the rate of evaporation and dehydration. If and when an athlete takes the lead at 18 miles, leaving behind a pack of trailing runners, then they need to be at least 32 seconds fitter than the rest of the field to hold off a possible late charge from someone drafting in the trailing group. Accordingly, it is sometimes wise to be patient in the marathon.

### Warm Up and Race Conduct

Because fatty-acid metabolism has such a relatively slow rate of mobilization and is so significant to the marathon, athletes should perform 20 minutes of easy walking or jogging at least an hour prior to the race. After the start, they should run as evenly and easily as possible through the first five miles. If they set too fast an early pace, they will force their metabolisms into using a higher percentage of carbohydrates for fuel and deplete that source far earlier than if they had instead gone out "as fast as necessary but slow as possible."

The marathon is a mirror that can reflect and magnify an individual's physical or mental imperfections tenfold. Once the race begins, nothing needs to be said to athletes about their mental state or specific race tactics. Shorter revealed his understanding when he watched Kenyan Douglas Wakiihuri win the 1987 World



**PHOTO 16.2**—Frank Shorter (left) and Kenny Moore (right) after the marathon, 1972 Olympic Games. Photo from AP/ Wide World Photos.

Championships marathon and used the word "unconscious." He stated that in a marathon, "you don't want to be thinking about anything in particular." The Japanese Coach Kiyoshi Nakamura, who had trained Wakiihuri, would have used the word *mushin*, which translates roughly as "no mind." Shorter's former Olympic teammate Kenny Moore also knew the "right stuff" when he saw it—and wrote a gracious article on Wakiihuri and Nakamura entitled "A Man of Two Worlds," in *Sports Illustrated* (Moore, 1987).

There is a story about the legendary Japanese *kensei*, or "sword saint," Miyamoto Musashi. It is said that he was once approached by a student who desired to learn the art of swordsmanship. Musashi took the student on, but after months of merely doing boring housework the student asked to be "trained." And so Musashi demonstrated the proper posture and technique, and then instructed him to practice swordsmanship while walking around the house. After several months, the student became bored, and so Musashi told him to continue to practice while walking around the house in the other direction. When the student finally tired of this he again approached his master. But this time, Musashi surprised him by feigning an attack. The student passed the test and Musashi exclaimed: "Great, you can concentrate—you're already a master!" In many ways, training and successfully competing in the marathon is a lot like this story.

In conclusion, the marathon is an event that humbles and exalts, agonizes and exhilarates, injures and strengthens body, mind and spirit. Sometimes this 26.2-mile metaphor for life transcends the individual.

> *To believe this story you must believe that the human race can be one joyous family, working together, laughing together, achieving the impossible. I believe it because I saw it happen. Last Sunday, in one of the most trouble-striken cities in the world, 11,532 men and women from 40 countries in the world, assisted by over a million black, white, and yellow people, Protestants and Catholics, Jews and Muslims, Buddhists and Confusians, laughed, cheered, and suffered during the greatest folk festival the world has seen.*
>
> —Chris Brasher, in celebration of the 1979 New York Marathon

## References

Allen, Mark and Bob Babbit, *Mark Allen's Total Triathlete*, Chicago, Illinois: Contemporary Books, Inc., 1998, page 138.

Arce, J., and M.J. De Souza, L.S. Pescatello, A.A. Luciano, "Subclinical Alterations in Hormone and Semen Profile in Athletes," *Fertility and Sterility*, Volume 59, Number 2, February 1993, pages 398-404.

Autio, James, *The Digital Mantrap*, eBola Communications: Del Mar, California, 2000.

Bergström, J., and L. Hermansen, E. Hultman, B. Saltin, "Diet, Muscle Glycogen and Physical Performance," *Acta Physiologica Scandinavica*, Volume 71, Number 2, October-November 1967, pages 140-150.

Barron, J.L., and T.D. Noakes, W. Levy, C. Smith, R.P. Millar, "Hypothalamic Dysfunction in Overtrained Athletes," *Journal of Clinical Endocrinology and Metabolism*, Volume 60, Number 4, April, 1985, pages 803-806.

Bonen, A., and H.A. Keizer, "Pituitary, Ovarian, and Adrenal Hormone Responses to Marathon Running," *International Journal of Sports Medicine*, Volume 8, Supplement 3, December, 1987, pages 161-167.

Brand-Miller, Jennie, and Kay Foster-Powell, Stephen Colagiuri, Thomas M.S. Wolever, Anthony Leeds, *The Glucose Revolution: The Authoritative Guide to the Glycaemic Index-The Groundbreaking Medical Discovery*, New York: Marlowe & Co., 1999.

Brooks, G.A., and J. Mercier, "Balance of Carbohydrate and Lipid Utilization During Exercise: The "Crossover" Concept," *Journal of Applied Physiology*, Volume 76, Number 6, 1994, pages 2253-2261.

Campbell, W.W., and W.C. Crim, V.R.Young, W.J. Evans, "Increased Energy Requirements and Changes in Body Composition With Resistance Training in Older Adults," *American Journal of Clinical Nutrition*, Volume 60, Number 2, August, 1994, pages 167-175.

Cerutty, Percy, *Athletics: How To Become A Champion*, London: The Sportman's Book Club, 1961, pages 148 and 155.

Cerutty, Percy, *Success: In Sport and Life*, London: Pelham Books, Ltd., 1967.

Costill, David L., *Conversation on Exercise Physiology and Metabolism*, Muncie, Indiana, 1999.

Costill, David L., *Inside Running: Basics of Sports Physiology*, Carmel, Indiana: Cooper Publishing Group, LLC, 1986.

Costill, David L., and E.L. Fox, "Energetics of Marathon Running," *Medicine in Science and Sports*, Volume 1, 1969, pages 81-86.

Costill, David L., and L.H. Thomason, E. Roberts, "Fractional Utilization of the Aerobic Capacity During Distance Running," *Medicine in Science and Sports*, Volume 5, 1973, pages 248-252.

Coyle, E.F., "Carbohydrate Feeding During Exercise," *International Journal of Sports Medicine*, Supplement 1, Volume 13, October, 1992, pages S126-128.

Coyle, E.F., *Conversation on Exercise and Metabolism*, Austin, Texas, 1999.

Coyle, E.F., "Fatty Acid Oxidation Is Directly Regulated By Carbohydrate Metabolism During Exercise," *American Journal of Physiology*, Volume 273, 1997, pages E 268-275.

Coyle, E.F., "Integration of the Physiological Factors Determining Endurance Performance Ability," *Exercise Sport Science Review*, Volume 23, 1995, pages 25-63.

Coyle, E.F., "Substrate Utilization During Exercise In Active People," *American Journal of Clinical Nutrition*, Volume 61, 4th Supplement, 1995, pages 968S-979S.

Coyle, E.F., and A.E. Jeukendrup, M.C. Oseto, B.J. Hodgkinson, T. Zderic, "A Low Fat Diet Alters Intramuscular Substrates And Reduces Lipolysis And Fat Oxidation During Exercise," Submitted to the *American Journal of Physiology*, 2000.

Daniels, Jack, *Conversation on $VO_2$ Maximum and Lactate Threshold*, Cortland, New York, 1999.

Frederick, E.C., and T.E. Clarke, J.L. Larsen, L.B. Cooper, "The Effects of Shoe Cushioning on the Oxygen demands of Running," in *Biomechanical Aspects of Sports Shoes and Playing Surfaces*, B.M. Nigg and B.A. Kerr, Editors, Calgary, Alberta: University of Calgary, 1983, pages 107-114.

Hackney, A., and W.E. Sinning, B.C. Bruot, "Reproductive Hormonal Profiles of Endurance-Trained and Untrained Males," *Medicine and Science in Sports Exercise*, Volume 20, Number 1, February, 1988, pages 60-65.

Hawley, J.A., and W.G. Hopkins, "Aerobic Glycolytic And Aerobic Lipolytic Power Systems: A New Paradigm With Implications For Endurance and Ultra-Endurance Events," *Sports Medicine*, Volume 19, Number 4, 1995, pages 240-250.

Hermansen, L., and E. Hultman, B. Saltin, "Muscle Glycogen During Prolonged Sever Exercise," *Acta Physiologica Scandinavica*, Volume 71, Number 2, October-November 1967, pages 129-139.

Hurley, B.F., and P.M. Nemeth, W.H. Martin II, J.M. Hagberg, G.P. Dalsky, J.O. Holloszy, "Muscle Triglyceride Utilization During Exercise: Effect of Training," *Journal of Applied Physiology*, Volume 60, Number 2, 1986, pages 562-567.

Janssen, Peter G.J.M., *Training Lactate Pulse Rate*, Oulu, Finland: Polar Electro Oy, 1987.

Jensen, C., et al., "Prospective Study of Hormonal and Semen Profiles in Marathon Runners," *Fertility and Sterility*, Volume 64, Number 6, December, 1995, pages 1189-1196.

Kuoppasalmi, K., and H. Naveri, M. Harkonen, H. Adlercreutz, "Plasma Cortisol, Androstenedione, Testosterone and Luteinizing Hormone in Running Exercise of Different Intensities," *Scandinavian Journal of Clinical Laboratory Investigation*, Volume 40, Number 4, September, 1980, pages 403-409.

Linnarsson, D., "Dynamics of Pulmonary Gas Exchange And Heart Rate Changes At Start And End Of Exercise," *Acta Phsysiologica Scandanavica*, Volume 1, Supplement 415, 1974, pages 1-68.

Lyden, Robert, U.S. Patent 6,449,878, *Article of Footwear Having a Spring Element and Selectively Removable Components*, 2002.

Mader, Milan, Conversation with Milan Mader, former Czech National Team Member and Finalist, 1964 Olympic 10,000 meters, Minneapolis, Minnesota, 1979.

Montain, S.J., and M.K. Hopper, A.R. Coggan, E.F. Coyle, "Exercise Metabolism At Different Time Intervals After A Meal," *Journal of Applied Physiology*, Volume 70, Number 2, February 1991, pages 882-888.

Moore, Kenny, *Conversation on Athletic Training*, Kailua, Hawaii, 1999.

Moore, Kenny, "A Man of Two Worlds," *Sports Illustrated*, September, 1987.

Musashi, Miyamoto, *A Book Of Five Rings*, Translated by Victor Harris, New York: The Overlook Press, 1982, page 66.

Newsholme, E.A., and A.R. Leech, *Biochemistry for the Medical Sciences*, Chichester, England: John Wiley & Sons Ltd., 1983, page 376.

Newsholme, E.A, and A.R. Leech, Glenda Duester, *Keep On Running*, Chichester, England: John Wiley & Sons Ltd., 1994.

Nielsen, Peter, "Tuned Shoes May Help Runners Break Olympic Records," *Reuters*, *http://reuters.com*, August 9, 2000.

Pengelly, Scott, Conversations on Arousal Addiction in Athletes, Eugene, Oregon, 1988-1997.

Podell, Richard, and William Proctor, *The G-Index Diet*, New York: Warner Books, 1993.

Pruett, E.D.R., "FFA Mobilization During And After Prolonged Severe Muscular Work In Men," *Journal of Applied Physiology*, Volume 29, Number 6, 1970, pages 809-815.

Sahlin, K., "Metabolic Changes Limiting Muscle Performance," *Biochemistry of Exercise VI*, Saltin, B., Editor, Champaign, Illinois: Human Kinetics, 1986.

Shorter, Frank, *Conversation on Athletic Training*, Boulder, Colorado, 1999.

Sleamaker, R.H., Serious Training For *Serious Athletes: Comprehensive Training Plans For Endurance Sports*, Champaign, Illinois: Human Kinetics, 1989.

Tanaka, H., and J. Cleroux, J. de Champlain, J.R. Ducharme, R. Collu, "Persistent Effects of a Marathon Run on the Pituitary-Testicular Axis," *Journal of Endocrinological Investigation*, Volume 9, Number 2, April, 1986, pages 97-101.

Urhausen, A., and H. Gabriel, W. Kindermann, "Blood Hormones as Markers of Training Stress and Overtraining," *Sports Medicine*, Volume 20, Number 4, October 1995, pages 251-276.

Williams, Melvin H., and Sid Wesseldine, Thomas Somma, Rudolf Schuster, "The Effect of Induced Erythrocythemia Upon 5-Mile Treadmill Run Time," *Medicine And Science In Sports And Exercise*, Volume 13, Number 3, 1981, pages 169-175.

Will-Weber, Mark, Editor, *The Quotable Runner*, Halcottsville, New York: Breakaway Books, 2001.

# APPENDICES

A: Training Schedule, 800m _____ 408

B: Training Schedule, 1,500m _____ 411

C: Training Schedule, 3,000m _____ 414

D: Training Schedule, 5,000m _____ 417

E: Training Schedule, 10,000m _____ 420

F: Training Schedule, Marathon _____ 423

# APPENDIX A

**High School Training Schedule for 800 Meters**

**Base Period**
**Last 21 Day Training Meso-Cycle**

| | |
|---|---|
| Monday | Passive Recovery |
| Tuesday | 3/4 Effort, Anaerobic Threshold Steady State |
| Wednesday | Active Recovery |
| Thursday | 1/2 Effort, Fartlek + Date Pace |
| Friday | Active Recovery |
| Saturday | 3/4 Effort, Steady State |
| Sunday | Easy Effort, Long Run, 50-80 minutes |
| Monday | Passive Recovery |
| Tuesday | 3/4 Effort, Anaerobic Threshold Steady State |
| Wednesday | Active Recovery |
| Thursday | 1/2 Effort, Fartlek + Date Pace |
| Friday | Active Recovery |
| Saturday | 3/4 Effort, Steady State |
| Sunday | Easy Effort, Long Run, 50-80 minutes |

**Worthwhile Break**

| | |
|---|---|
| Monday | Passive Recovery |
| Tuesday | 1/2 Effort, Fartlek + Date Pace |
| Wednesday | Active Recovery |
| Thursday | Easy Recovery |
| Friday | Day Before Race Routine |
| Saturday | Time Trial or Race |
| Sunday | Easy Effort, Long Run, 50-80 minutes |

**Hill Period**
**21-Day Training Meso-Cycle**

| | |
|---|---|
| Monday | Passive Recovery |
| Tuesday | 3/4 Effort, Hill Circuit |
| Wednesday | Active Recovery |
| Thursday | 1/2 Effort, Fartlek + Date Pace |
| Friday | Active Recovery |
| Saturday | 3/4 Effort, Hill Workout |
| Sunday | Easy Effort, Long Run, 50-80 minutes |
| Monday | Passive Recovery |
| Tuesday | 3/4 Effort, Hill Circuit |
| Wednesday | Active Recovery |
| Thursday | 1/2 Effort, Fartlek + Date Pace |
| Friday | Active Recovery |
| Saturday | 3/4 Effort, Hill Workout |
| Sunday | Easy Effort, Long Run, 50-80 minutes |

**Worthwhile Break**

| | |
|---|---|
| Monday | Passive Recovery |
| Tuesday | Time Trial or Race 800m, and 400m |
| Wednesday | Active Recovery + 4 x 100m at Finishing Speed |
| Thursday | Easy Recovery |
| Friday | Day Before Race Routine |
| Saturday | Race 1,500m |
| Sunday | Easy Effort, Long Run, 50-80 minutes |

**Sharpening Period**
**First Meso-Cycle**

| | |
|---|---|
| Monday | Passive Recovery |
| Tuesday | 3/4 Effort, 3(4 x 300m) at 800m Goal Pace |
| Wednesday | Active Recovery |
| Thursday | 1/2 Effort, Fartlek + 4 x 100m at Finishing Speed |
| Friday | Active Recovery |
| Saturday | 3/4 Effort, 2(4 x 400m) at 1,500m Goal Pace |
| Sunday | Easy Effort, Long Run, 40-60 minutes |

**Worthwhile Break**

| | |
|---|---|
| Monday | Passive Recovery |
| Tuesday | Time Trial or Race 400m, and 200m |
| Wednesday | Active Recovery + 4 x 100m at Finishing Speed |
| Thursday | Easy Recovery |
| Friday | Day Before Race Routine |
| Saturday | Race 800m |
| Sunday | Easy Effort, Long Run, 40-60 minutes |

**Second Meso-Cycle**

| | |
|---|---|
| Monday | Passive Recovery |
| Tuesday | 3/4 Effort, 4 x 400m at 800m Goal Pace |
| Wednesday | Active Recovery |
| Thursday | 1/2 Effort, Fartlek + 4 x 100m at Finishing Speed |
| Friday | Active Recovery |
| Saturday | 3/4 Effort, 3 x 500m at 800m Goal Pace, or Race 2 x 400m |
| Sunday | Easy Effort, Long Run, 40-60 minutes |
| Monday | Passive Recovery |
| Tuesday | 1/2 Effort, Fartlek + 4 x 60m Starts |
| Wednesday | Active Recovery |
| Thursday | Time Trial(s) 600m, full recovery, then 300m |

**Worthwhile Break**
**9-10 Day Ascent to Plateau of Peak Performance**

| | |
|---|---|
| Friday | Active Recovery |
| Saturday | 1/2 Effort, Fartlek + 3 x 60m Starts |
| Sunday | Easy Recovery |
| Monday | Day Before Race Routine |
| Tuesday | CONFERENCE PRELIM, Race 400m |
| Wednesday | Active Recovery |
| Thursday | CONFERENCE FINAL, Race 2 x 400m |
| Friday | Active Recovery |
| Saturday | Easy Effort, Long Run, 40-60 minutes |
| Sunday | Passive Recovery |

**14-to-21-Day Plateau of Peak Performance**

| | |
|---|---|
| Monday | Time Trial 300m slow-fast, full recovery, then 3 x 150m with Accelerations and full walk recovery |
| Tuesday | Active Recovery |
| Wednesday | Day Before Race Routine |
| Thursday | REGION PRELIM, Race 800m |
| Friday | Active Recovery |
| Saturday | REGION FINAL, Race 800m |
| Sunday | Easy Effort, Long Run, 40-60 minutes |
| Monday | Passive Recovery |
| Tuesday | Time Trial, 300m slow-fast, full recovery, then 3 x 150m with Accelerations and full walk recovery |
| Wednesday | Active Recovery |
| Thursday | Day Before Race Routine |
| Friday | STATE MEET PRELIM, Race 800m |
| Saturday | STATE MEET FINAL, Race 800m |

# APPENDIX B

### High School Training Schedule for 1,500 Meters

**Base Period**
**Last 21 Day Training Meso-Cycle**

| | |
|---|---|
| Monday | Passive Recovery |
| Tuesday | 3/4-Effort, Anaerobic Threshold Steady State |
| Wednesday | Active Recovery |
| Thursday | 1/2-Effort, Fartlek + Date Pace |
| Friday | Active Recovery |
| Saturday | 3/4-Effort, Steady State |
| Sunday | Easy Effort, Long Run, 60-90 minutes |

| | |
|---|---|
| Monday | Passive Recovery |
| Tuesday | 3/4-Effort, Anaerobic Threshold Steady State |
| Wednesday | Active Recovery |
| Thursday | 1/2-Effort, Fartlek + Date Pace |
| Friday | Active Recovery |
| Saturday | 3/4-Effort, Steady State |
| Sunday | Easy Effort, Long Run, 60-90 minutes |

**Worthwhile Break**

| | |
|---|---|
| Monday | Passive Recovery |
| Tuesday | 1/2-Effort, Fartlek + Date Pace |
| Wednesday | Active Recovery |
| Thursday | Easy Recovery |
| Friday | Day Before Race Routine |
| Saturday | Time Trial or Race |
| Sunday | Easy Effort, Long Run, 60-90 minutes |

**Hill Period**
**21 Day Training Meso-Cycle**

| | |
|---|---|
| Monday | Passive Recovery |
| Tuesday | 3/4-Effort, Hill Circuit |
| Wednesday | Active Recovery |
| Thursday | 1/2-Effort, Fartlek + Date Pace |
| Friday | Active Recovery |
| Saturday | 3/4-Effort, Hill Workout |
| Sunday | Easy Effort, Long Run, 60-90 minutes |

| | |
|---|---|
| Monday | Passive Recovery |
| Tuesday | 3/4-Effort, Hill Circuit |
| Wednesday | Active Recovery |
| Thursday | 1/2-Effort, Fartlek + Date Pace |
| Friday | Active Recovery |
| Saturday | 3/4-Effort, Hill Workout |
| Sunday | Easy Effort, Long Run, 60-90 minutes |

**Worthwhile Break**

| | |
|---|---|
| Monday | Passive Recovery |
| Tuesday | Time Trial or Race 800m and 400m |
| Wednesday | Active Recovery + 5 x 150m at Finishing Speed |
| Thursday | Easy Recovery |
| Friday | Day Before Race Routine |
| Saturday | Race 3,000m |
| Sunday | Easy Effort, Long Run, 60-90 minutes |

**Sharpening Period**
**First Meso-Cycle**

| | |
|---|---|
| Monday | Passive Recovery |
| Tuesday | 3/4-Effort, 3(4 x 300m) at 1,500m Goal Pace |
| Wednesday | Active Recovery |
| Thursday | 1/2-Effort, Fartlek + 4 x 150m at Finishing Speed |
| Friday | Active Recovery |
| Saturday | 3/4-Effort, 6 x 800m at 3,000m Goal Pace |
| Sunday | Easy Effort, Long Run, 60-80 minutes |

**Worthwhile Break**

| | |
|---|---|
| Monday | Passive Recovery |
| Tuesday | Time Trial or Race 800m and 400m |
| Wednesday | Active Recovery + 4 x 150m at Finishing Speed |
| Thursday | Easy Recovery |
| Friday | Day Before Race Routine |
| Saturday | Race 1,500m |
| Sunday | Easy Effort, Long Run, 60-80 minutes |

**Second Meso-Cycle**

| | |
|---|---|
| Monday | Passive Recovery |
| Tuesday | 3/4-Effort, 2(4 x 400m) at 1,500m Goal Pace |
| Wednesday | Active Recovery |
| Thursday | 1/2-Effort, Fartlek + 4 x 100m at Finishing Speed |
| Friday | Active Recovery |
| Saturday | Time Trial or Race 2 x 800m |
| Sunday | Easy Effort, Long Run, 60-80 minutes |
| Monday | Passive Recovery |
| Tuesday | 1/2-Effort, Fartlek + 4 x 100m at Finishing Speed |
| Wednesday | Active Recovery |
| Thursday | 3/4-Effort, 4 x 1,000m at 3,000m Goal Pace |

**Worthwhile Break**
**9-to-10-Day Ascent to Plateau of Peak Performance**

| | |
|---|---|
| Friday | Active Recovery |
| Saturday | 1/2-Effort, Fartlek + 3 x 100m at Finishing Speed |
| Sunday | Easy Effort, Long Run, 40-60 minutes |
| Monday | Day Before Race Routine |
| Tuesday | CONFERENCE FINAL, Race 3,000m |
| Wednesday | Easy Effort, Long Run, 60-80 minutes |
| Thursday | Passive Recovery |
| Friday | Day Before Race Routine |
| Saturday | Time Trial, 1,000m, then 300m |
| Sunday | Active Recovery |

**14-21 Day Plateau of Peak Performance**

| | |
|---|---|
| Monday | 1/4 Effort, Fartlek + 3 x 150m at Finishing Speed |
| Tuesday | Easy Recovery |
| Wednesday | Day Before Race Routine |
| Thursday | REGION FINAL, Race 3,000m |
| Friday | Active Recovery |
| Saturday | REGION FINAL, Race 1,500m |
| Sunday | Easy Effort, Long Run, 60-80 minutes |
| Monday | Passive Recovery |
| Tuesday | Time Trial, 800m of 50-60 drill, then 300m |
| Wednesday | Active Recovery + 3 x 150m with Accelerations |
| Thursday | Day Before Race Routine |
| Friday | STATE MEET FINAL, Race 3,000m |
| Saturday | STATE MEET FINAL, Race 1,500m |

## APPENDIX C

**High School Training Schedule for 3,000 Meters**

**Base Period**
**Last 21 Day Training Meso-Cycle**

| | |
|---|---|
| Monday | Passive Recovery |
| Tuesday | 3/4-Effort, Anaerobic Threshold Steady State |
| Wednesday | Active Recovery |
| Thursday | 1/2-Effort, Fartlek + Date Pace |
| Friday | Active Recovery |
| Saturday | 3/4-Effort, Steady State |
| Sunday | Easy Effort, Long Run, 70-100 minutes |

| | |
|---|---|
| Monday | Passive Recovery |
| Tuesday | 3/4-Effort, Anaerobic Threshold Steady State |
| Wednesday | Active Recovery |
| Thursday | 1/2-Effort, Fartlek + Date Pace |
| Friday | Active Recovery |
| Saturday | 3/4-Effort, Steady State |
| Sunday | Easy Effort, Long Run, 70-100 minutes |

**Worthwhile Break**

| | |
|---|---|
| Monday | Passive Recovery |
| Tuesday | 1/2-Effort, Fartlek + Date Pace |
| Wednesday | Active Recovery |
| Thursday | Easy Recovery |
| Friday | Day Before Race Routine |
| Saturday | Time Trial or Race |
| Sunday | Easy Effort, Long Run, 70-100 minutes |

**Hill Period**
**21 Day Training Meso-Cycle**

| | |
|---|---|
| Monday | Passive Recovery |
| Tuesday | 3/4-Effort, Hill Circuit |
| Wednesday | Active Recovery |
| Thursday | 1/2-Effort, Fartlek + Date Pace |
| Friday | Active Recovery |
| Saturday | 3/4-Effort, Hill Workout |
| Sunday | Easy Effort, Long Run, 70-100 minutes |

| | |
|---|---|
| Monday | Passive Recovery |
| Tuesday | 3/4-Effort, Hill Circuit |
| Wednesday | Active Recovery |
| Thursday | 1/2-Effort, Fartlek + Date Pace |
| Friday | Active Recovery |
| Saturday | 3/4-Effort, Hill Workout |
| Sunday | Easy Effort, Long Run, 70-100 minutes |

**Worthwhile Break**

| | |
|---|---|
| Monday | Passive Recovery |
| Tuesday | Time Trial or Race 800m, 400m |
| Wednesday | Active Recovery + 4 x 200m at Finishing Speed |
| Thursday | Easy Recovery |
| Friday | Day Before Race Routine |
| Saturday | Race 1,500m |
| Sunday | Easy Effort, Long Run, 70-100 minutes |

**Sharpening Period**
**First Meso-Cycle**

| | |
|---|---|
| Monday | Passive Recovery |
| Tuesday | 3/4-Effort, 3(4 x 300m) at 1,500m Goal Pace |
| Wednesday | Active Recovery |
| Thursday | 1/2-Effort, Fartlek + 4 x 200m at Finishing Speed |
| Friday | Active Recovery |
| Saturday | 3/4-Effort, 6 x 800m at 3,000m Goal Pace |
| Sunday | Easy Effort, Long Run, 60-80 minutes |

**Worthwhile Break**

| | |
|---|---|
| Monday | Passive Recovery |
| Tuesday | Time Trial or Race 800m, 400m |
| Wednesday | Active Recovery + 4 x 150m at Finishing Speed |
| Thursday | Easy Recovery |
| Friday | Day Before Race Routine |
| Saturday | Race 3,000m |
| Sunday | Easy Effort, Long Run, 60-80 minutes |

**Second Meso-Cycle**

| | |
|---|---|
| Monday | Passive Recovery |
| Tuesday | 3/4-Effort, 2(4 x 400m) at 1,500m Goal Pace |
| Wednesday | Active Recovery |
| Thursday | 1/2-Effort, Fartlek + 4 x 150m at Finishing Speed |
| Friday | Active Recovery |
| Saturday | Time Trial or Race 2 x 800m |
| Sunday | Easy Effort, Long Run, 60-80 minutes |
| Monday | Passive Recovery |
| Tuesday | 1/2-Effort, Fartlek + 4 x 150m at Finishing Speed |
| Wednesday | Active Recovery |
| Thursday | 3/4-Effort, 4 x 1,000m at 3,000m Goal Pace |

**Worthwhile Break**
**9-10 Day Ascent to Plateau of Peak Performance**

| | |
|---|---|
| Friday | Easy Effort, Long Run, 60-80 minutes |
| Saturday | Active Recovery + 3 x 150 at Finishing Speed |
| Sunday | Easy Recovery |
| Monday | Day Before Race Routine |
| Tuesday | CONFERENCE FINAL, Race 3,000m |
| Wednesday | Easy Effort, Long Run, 60-80 minutes |
| Thursday | Passive Recovery |
| Friday | Day Before Race Routine |
| Saturday | Time Trial, 1,000m, then 300m |
| Sunday | Active Recovery |

**14-21 Day Plateau of Peak Performance**

| | |
|---|---|
| Monday | 1/4 Effort, Fartlek + 3 x 150m at Finishing Speed |
| Tuesday | Easy Recovery |
| Wednesday | Day Before Race Routine |
| Thursday | REGION FINAL, Race 3,000m |
| Friday | Active Recovery |
| Saturday | REGION FINAL, Race 1,500m |
| Sunday | Easy Effort, Long Run, 60-80 minutes |
| Monday | Passive Recovery |
| Tuesday | Time Trial, 800m of 50-60 drill, then 300m |
| Wednesday | Active Recovery + 3 x 150m with Accelerations |
| Thursday | Day Before Race Routine |
| Friday | STATE MEET FINAL, Race 3,000m |
| Saturday | STATE MEET FINAL, Race 1,500m |

## APPENDIX D

**High School Cross-Country Training Schedule For 5,000 Meters**

**Base Period**
**Last 21-Day Training Meso-Cycle**

| | |
|---|---|
| Monday | Passive Recovery |
| Tuesday | 3/4-Effort, Anaerobic Threshold Steady State |
| Wednesday | Active Recovery |
| Thursday | 1/2-Effort, Fartlek + Date Pace |
| Friday | Active Recovery |
| Saturday | 3/4-Effort, Steady State |
| Sunday | Easy Effort, Long Run, 70-100 minutes |

| | |
|---|---|
| Monday | Passive Recovery |
| Tuesday | 3/4-Effort, Anaerobic Threshold Steady State |
| Wednesday | Active Recovery |
| Thursday | 1/2-Effort, Fartlek + Date Pace |
| Friday | Active Recovery |
| Saturday | 3/4-Effort, Steady State |
| Sunday | Easy Effort, Long Run, 70-100 minutes |

**Worthwhile Break**

| | |
|---|---|
| Monday | Passive Recovery |
| Tuesday | 1/2-Effort, Fartlek + Date Pace |
| Wednesday | Active Recovery |
| Thursday | Easy Recovery |
| Friday | Day Before Race Routine |
| Saturday | Race 5,000m |
| Sunday | Easy Effort, Long Run, 70-100 minutes |

**Hill Period**
**21-Day Training Meso-Cycle**

| | |
|---|---|
| Monday | Passive Recovery |
| Tuesday | 3/4-Effort, Hill Circuit |
| Wednesday | Active Recovery |
| Thursday | 1/2-Effort, Fartlek + Date Pace |
| Friday | Active Recovery |
| Saturday | 3/4-Effort, Hill Workout |
| Sunday | Easy Effort, Long Run, 70-100 minutes |

| | |
|---|---|
| Monday | Passive Recovery |
| Tuesday | 3/4-Effort, Hill Circuit |
| Wednesday | Active Recovery |
| Thursday | 1/2-Effort, Fartlek + Date Pace |
| Friday | Active Recovery |
| Saturday | 3/4-Effort, Hill Workout |
| Sunday | Easy Effort, Long Run, 70-100 minutes |

**Worthwhile Break**

| | |
|---|---|
| Monday | Passive Recovery |
| Tuesday | Time Trial 1,600m, then 300m |
| Wednesday | Active Recovery + 5 x 200m at Finishing Speed |
| Thursday | Easy Recovery |
| Friday | Day Before Race Routine |
| Saturday | Race 5,000m |
| Sunday | Easy Effort, Long Run, 70-100 minutes |

**Sharpening Period**
**First Meso-cycle**

| | |
|---|---|
| Monday | Passive Recovery |
| Tuesday | 1/2-Effort, 3 (4 x 300m) at 1500m Goal Pace |
| Wednesday | Active Recovery |
| Thursday | 1/2-Effort, Fartlek + 4 x 200m at Finishing Speed |
| Friday | Active Recovery |
| Saturday | 3/4-Effort, 6 x 800m at 3,000m Goal Pace |
| Sunday | Easy Effort, Long Run, 60-90 minutes |

**Worthwhile Break**

| | |
|---|---|
| Monday | Passive Recovery |
| Tuesday | Time Trial 1,200m, then 300m |
| Wednesday | Active Recovery + 4 x 200m at Finishing Speed |
| Thursday | Easy Recovery |
| Friday | Day Before Race Routine |
| Saturday | Race 5,000m |
| Sunday | Easy Effort, Long Run, 60-90 minutes |

**Second Meso-Cycle**

| | |
|---|---|
| Monday | Passive Recovery |
| Tuesday | 1/2-Effort, Fartlek + 4 x 200m at Finishing Speed |
| Wednesday | Active Recovery |
| Thursday | 3/4-Effort, 2(4 x 400m) at 1,500m Goal Pace |
| Friday | Active Recovery |
| Saturday | 1/2-Effort, Fartlek + 4 x 200m at Finishing Speed |
| Sunday | Easy Effort, Long Run, 60-90 minutes |
| Monday | Passive Recovery |
| Tuesday | 3/4-Effort, 4 x 1,200m at 5,000m Goal Pace |

**Worthwhile Break**
**9-to-10-Day Ascent to Plateau of Peak Performance**

| | |
|---|---|
| Wednesday | Active Recovery |
| Thursday | 1/2-Effort, Fartlek + 3 x 200m at Finishing Speed |
| Friday | Easy Recovery |
| Saturday | Time Trial 1,600m |
| Sunday | Active Recovery + 4 x 150m with Accelerations |
| Monday | Easy Recovery |
| Tuesday | Day Before Race Routine |
| Wednesday | CONFERENCE FINAL, Race 5,000m |
| Thursday | Easy Effort, Long Run, 60-80 minutes |
| Friday | Passive Recovery |

**14-to-21-Day Plateau of Peak Performance**

| | |
|---|---|
| Saturday | Day Before Race Routine |
| Sunday | Time Trial 1,200m, then 300m |
| Monday | Active Recovery + 3 x 150m at Finishing Speed |
| Tuesday | Easy Recovery |
| Wednesday | Day Before Race Routine |
| Thursday | REGION FINAL, Race 5,000m |
| Friday | Easy Effort, Long Run, 60-80 minutes |
| Saturday | Passive Recovery |
| Sunday | Active Recovery + 6 x 200m at 1,500m Goal Pace |
| Monday | Day Before Race Routine |
| Tuesday | Time Trial, 1,000m, then 300m |
| Wednesday | Active Recovery + 3 x 150m with Accelerations |
| Thursday | Easy Recovery |
| Friday | Day Before Race Routine |
| Saturday | STATE MEET FINAL, Race 5,000m |

# APPENDIX E

**Senior Men's Training Schedule for 10,000 Meters**

**Base Period**
**Last 21-Day Training Meso-Cycle**

| | |
|---|---|
| Monday | Passive Recovery |
| Tuesday | 3/4-Effort, Anaerobic Threshold Steady State |
| Wednesday | Active Recovery |
| Thursday | 1/2-Effort, Fartlek + Date Pace |
| Friday | Active Recovery |
| Saturday | 3/4-Effort, Steady State |
| Sunday | Easy Effort, Long Run, 80-110 minutes |
| Monday | Passive Recovery |
| Tuesday | 3/4-Effort, Anaerobic Threshold Steady State |
| Wednesday | Active Recovery |
| Thursday | 1/2-Effort, Fartlek + Date Pace |
| Friday | Active Recovery |
| Saturday | 3/4-Effort, Steady State |
| Sunday | Easy Effort, Long Run, 80-110 minutes |

**Worthwhile Break**

| | |
|---|---|
| Monday | Passive Recovery |
| Tuesday | 1/2-Effort, Fartlek + Date Pace |
| Wednesday | Active Recovery |
| Thursday | Easy Recovery |
| Friday | Day Before Race Routine |
| Saturday | Race 5k or 8k on the Road |
| Sunday | Easy Effort, Long Run, 80-100 minutes |

**Hill Period**
**21-Day Training Meso-Cycle**

| | |
|---|---|
| Monday | Passive Recovery |
| Tuesday | 1/2-Effort, Hill Circuit |
| Wednesday | Active Recovery |
| Thursday | 1/2-Effort, Fartlek + Date Pace |
| Friday | Active Recovery |
| Saturday | 3/4-Effort, Hill Workout |
| Sunday | Easy Effort, Long Run, 80-110 minutes |
| Monday | Passive Recovery |
| Tuesday | 3/4-Effort, Hill Circuit |
| Wednesday | Active Recovery |
| Thursday | 1/2-Effort, Fartlek + Date Pace |
| Friday | Active Recovery |
| Saturday | 3/4-Effort, Hill Workout |
| Sunday | Easy Effort, Long Run, 80-110 minutes |

**Worthwhile Break**

| | |
|---|---|
| Monday | Passive Recovery |
| Tuesday | Time Trial 1,600m, then 300m |
| Wednesday | Active Recovery + 5 x 200m at Finishing Speed |
| Thursday | Easy Recovery |
| Friday | Day Before Race Routine |
| Saturday | Race 3,000m |
| Sunday | Easy Effort, Long Run, 80-110 minutes |

**Sharpening Period**
**First Meso-Cycle**

| | |
|---|---|
| Monday | Passive Recovery |
| Tuesday | 3/4-Effort, 2(5 x 400m) at 1,500m Goal Pace |
| Wednesday | Active Recovery |
| Thursday | 1/2-Effort, Fartlek + 4 x 200m at Finishing Speed |
| Friday | Active Recovery |
| Saturday | 3/4-Effort, 8 x 800m at 5,000m Goal Pace |
| Sunday | Easy Effort, Long Run, 80-100 minutes |

**Worthwhile Break**

| | |
|---|---|
| Monday | Passive Recovery |
| Tuesday | Time Trial 1,200m, then 300m |
| Wednesday | Active Recovery + 4 x 200m at Finishing Speed |
| Thursday | Easy Recovery |
| Friday | Day Before Race Routine |
| Saturday | Race 5,000m |
| Sunday | Easy Effort, Long Run, 80-100 minutes |

**Second Meso-Cycle**

| | |
|---|---|
| Monday | Passive Recovery |
| Tuesday | 1/2-Effort, Fartlek + 3 x 200m at Finishing Speed |
| Wednesday | Active Recovery |
| Thursday | 3/4-Effort, 4-5 x 1,600m at 10,000m Goal Pace |
| Friday | Active Recovery |
| Saturday | 1/2-Effort, Fartlek + 3 x 200m at 1,500m Goal Pace |

**Worthwhile Break**
**9-to-10-Day Ascent to Plateau of Peak Performance**

| | |
|---|---|
| Sunday | Easy Effort, Long Run, 80-90 minutes |
| Monday | Passive Recovery |
| Tuesday | 1/2-Effort, Fartlek + 3 x 200m at Finishing Speed |
| Wednesday | Active Recovery |
| Thursday | 2/3-Effort, 5 x 1,000m at 5,000m Goal Pace |
| Friday | Easy Effort, Long Run, 80-100 minutes |
| Saturday | Passive Recovery |
| Sunday | Time Trial, 2,000m 30-40 drill, then 300m |
| Monday | Active Recovery + 4 x 150m at Finishing Speed |

**14-to-21-Day Plateau of Peak Performance**

| | |
|---|---|
| Tuesday | Easy Recovery |
| Wednesday | Day Before Race Routine |
| Thursday | CHAMPIONSHIP PRELIM, Race 10,000m |
| Friday | Active Recovery |
| Saturday | Active Recovery |
| Sunday | CHAMPIONSHIP FINAL, Race 10,000m |

## APPENDIX F

**Senior Men's Training Schedule For The Marathon**

**Base Period**
**Last 21 Day Training Meso-Cycle**

| | |
|---|---|
| Monday | Passive Recovery |
| Tuesday | 3/4-Effort, Anaerobic Threshold Steady State |
| Wednesday | Active Recovery |
| Thursday | 1/2-Effort, Fartlek + Date Pace |
| Friday | Active Recovery |
| Saturday | 3/4-Effort, Steady State |
| Sunday | Easy Effort, Long Run, 100-120 minutes |

| | |
|---|---|
| Monday | Passive Recovery |
| Tuesday | 3/4-Effort, Anaerobic Threshold Steady State |
| Wednesday | Active Recovery |
| Thursday | 1/2-Effort, Fartlek + Date Pace |
| Friday | Active Recovery |
| Saturday | 3/4-Effort, Steady State |
| Sunday | Easy Effort, Long Run, 110-130 minutes |

**Worthwhile Break**

| | |
|---|---|
| Monday | Passive Recovery |
| Tuesday | 1/2-Effort, Fartlek + Date Pace |
| Wednesday | Active Recovery |
| Thursday | Easy Recovery |
| Friday | Day Before Race Routine |
| Saturday | Time Trial or Race 15K on the Road |
| Sunday | Easy Effort, Long Run, 100-120 minutes |

**Hill Period**
**21 Day Training Meso-Cycle**

| | |
|---|---|
| Monday | Passive Recovery |
| Tuesday | 1/2-Effort, Hill Circuit |
| Wednesday | Active Recovery |
| Thursday | 1/2-Effort, Fartlek + Date Pace |
| Friday | Active Recovery |
| Saturday | 3/4-Effort, Hill Workout |
| Sunday | Easy Effort, Long Run, 100-120 minutes |

| | |
|---|---|
| Monday | Passive Recovery |
| Tuesday | 3/4-Effort, Hill Circuit |
| Wednesday | Active Recovery |
| Thursday | 1/2-Effort, Fartlek + Date Pace |
| Friday | Active Recovery |
| Saturday | 3/4-Effort, Hill Workout |
| Sunday | Easy Effort, Long Run, 100-120 minutes |

**Worthwhile Break**

| | |
|---|---|
| Monday | Passive Recovery |
| Tuesday | Time Trial 1,600m, 400m |
| Wednesday | Active Recovery + 5 x 200m at Finishing Speed |
| Thursday | Easy Recovery |
| Friday | Day Before Race Routine |
| Saturday | Race 5,000m |
| Sunday | Easy Effort, Long Run, 80-110 minutes |

**Sharpening Period**
**First Meso-Cycle**

| | |
|---|---|
| Monday | Passive Recovery |
| Tuesday | 1/2-Effort, Fartlek + 8 x 200m at 3,000m Goal Pace |
| Wednesday | Active Recovery |
| Thursday | 3/4-Effort, 2(5 x 400m) at 1,500m Goal Pace |
| Friday | Active Recovery |
| Saturday | 1/2-Effort, Fartlek + 4 x 200m at Finishing Speed |
| Sunday | Easy Effort, Long Run, 90-110 minutes |

**Worthwhile Break**

| | |
|---|---|
| Monday | Passive Recovery |
| Tuesday | Time Trial 2,400m 30-40 drill, then 400m |
| Wednesday | Active Recovery + 4 x 200m at Finishing Speed |
| Thursday | Easy Recovery |
| Friday | Day Before Race Routine |
| Saturday | Race 10,000m |
| Sunday | Easy Effort, Long Run, 80-100 minutes |

**Second Meso-Cycle**

| | |
|---|---|
| Monday | Passive Recovery |
| Tuesday | 1/2-Effort, Fartlek + 8 x 200m at 1,500m Goal Pace |
| Wednesday | Active Recovery |
| Thursday | 3/4-Effort, 6-8 x 800m at 5,000m Goal Pace |
| Friday | Active Recovery |
| Saturday | 1/2-Effort, Fartlek + 4 x 200m at Finishing Speed |
| Sunday | Active Recovery |
| Monday | 3/4-Effort, 4-5 x 1,600m at 10,000m Goal Pace |
| Tuesday | Easy Effort, Long Run, 80-90 minutes |

**Worthwhile Break**
**9-to-10-Day Ascent to Plateau of Peak Performance**

| | |
|---|---|
| Wednesday | Passive Recovery |
| Thursday | 1/2-Effort, Fartlek + 3 x 200m at Finishing Speed |
| Friday | Active Recovery |
| Saturday | 2/3-Effort, 5 x 1,000m at 5,000m Goal Pace |
| Sunday | Active Recovery |
| Monday | Easy Effort, Long Run, 80-100 minutes |
| Tuesday | Passive Recovery |
| Wednesday | Time Trial, 2,400m 30-40 drill, then 400m |
| Thursday | Active Recovery + 6-8 x 200m at 1,500m Goal Pace |

**14-to-21-Day Plateau of Peak Performance**

| | |
|---|---|
| Friday | Easy Recovery |
| Saturday | Day Before Race Routine |
| Sunday | MARATHON FINAL |

# GLOSSARY

**Abduct:** To point or move a limb or other portion of the body away from the midline.

**Acquisition:** Adaption resulting in improvement of an individual's potential performance level. A stage of training in which athletes assume generally increasing and changing training loads to elevate their performance potential. This generally corresponds to the preparation phase, and activity conducted during the base, hill and sharpening periods.

**Acquisitive:** Training efforts with the goal of effecting acquisition.

**Active Recovery:** A training session conducted at less than or equal to a 1/4-effort, normally performed the day after a 1/2- or 3/4-effort. On a day of active recovery, mature athletes generally undertake an easy morning run of less than 25 minutes, and a longer afternoon or evening run. Easy swimming can be substituted for the morning run. In the course of the afternoon session, athletes should include a few easy accelerations, preferably on undulating natural terrain.

**Adduct:** To point or move a limb or other portion of the body towards the midline.

**Actual Performance:** The athlete's demonstrable athletic level at any given point in time. It is approximately equal to the athlete's performance potential at the end of a worthwhile break, and also during the peak period.

**Aerobic Ability:** The ability of an athlete's metabolism to extract and use oxygen when producing energy for useful work. It is commonly measured in ml/kg/min, and hence referred to as maximum oxygen uptake or $VO_2$ maximum.

**Aerodynamic Drag:** The sum of friction-induced drag and pressure-induced drag. Pressure-induced drag contributes most substantially to the aerodynamic drag experienced when running. See *Friction Induced Drag* and *Pressure Induced Drag*.

**Anabolism:** Constructive body-building metabolism.

**Anaerobic Threshold:** The point at which an athlete begins to more substantially use the ATP-Lactic energy system during exercise. In particular, the deviation point in the relatively linear heart-rate response when an athlete takes on a gradually increasing aerobic workload. The anaerobic threshold can also be determined by blood lactate measurement. In this case, it is the point where blood lactate deviates from the baseline level by 1mM as an individual performs a gradually increasing aerobic workload. It is commonly associated with a value of approximately 4mM.

**Anaerobic Threshold Steady State (ATSS):** A 3/4-effort distance run normally conducted during the base or hill periods. It is generally 70-80% of the distance of an even paced steady state (SS) run. Throughout an ATSS

training session athletes run at slightly below their anaerobic threshold, then increase their effort while briefly crossing the threshold, then recover by running as close as possible to steady state pace. The ATSS workout can be conducted by simply undertaking an evenly paced steady state run over hilly terrain.

**Ascent:** The period of 7-14 days, and normally 9-10 days preceding the plateau of peak performance within the peak period. It consists of a worthwhile break in which training loads are normally reduced below 60% of maximum working capacity. The method of easing training loads at this time is sometimes also referred to as tapering.

**Athletic Level:** The highest standard of performance an athlete is expected to attain within the peak period of the current athletic season. Within a given athletic season, it is the athlete's estimated performance potential at a particular point in time, or demonstrated athletic performance.

**ATP-Aerobic:** The aerobic energy system that predominates in demanding efforts lasting over 3:00 minutes.

**ATP-Lactic:** The anaerobic energy system associated with substantial lactic acid production and use that predominates in exhausting efforts lasting between 45 seconds and 3:00 minutes. This energy system is used substantially in the 800-meter event.

**ATP-PC:** The Adenosine Triphosphate-Phosphocreatine anaerobic energy system that predominates in explosive efforts lasting up through 45 seconds. Sprinters rely substantially on this energy system.

**Balance:** An appropriate ratio of development between over-distance and under-distance events that enables optimal performance in the main race event. The presence of numerous preliminary heats in an anticipated competition can influence decisions made with respect to proper balance.

**Bi-Annual:** The conduct of two athletic seasons in a calendar year.

**Biennial:** A two-year developmental and peaking scenario.

**Callusing:** Training loads which are intended to condition an athlete to a specific physical or mental stressor.

**Catabolism:** Body-wasting metabolism. Transformation in which tissue is changed into energy and waste products of a simpler chemical composition.

**Competitive Phase:** A stage of athletic development characterized by performance in the peak period.

**Concentric:** A muscular contraction characterized by shortening.

**Consolidation:** Realization of performance potential by actual performance, and in particular, at the end of a meso-cycle during a worthwhile break or the peak period.

**Date Pace:** High quality work conducted during the base and hill periods to enable a gradual progression of physiological and biomechanical function with minimal risk of injury, and establish a sound foundation to support later work at goal pace during the sharpening period. Date pace is normally reduced from goal pace by 1 second per 400 meters for each meso-cycle preceding the start of the sharpening period. Date pace work can also be used to maintain or improve an athlete's running economy, and thus facilitates the conduct of quality base and hill work. Date pace work is normally performed once a week.

**Day Before Race Routine (DBR):** A training session required to place an athlete's cardiovascular system into a high state of readiness when three or more days separate a time trial or race from the primary competition, as is normally the case in the absence of preliminary heats. This workout normally includes a warm-up, several easy short accelerations with a full recovery, and then running a hollow 400 meters—that is, accelerating the first 100 meters, floating the next 200 meters, and then accelerating the last 100 meters, to solicit a pulse response slightly exceeding the athlete's heart rate deflection point and anaerobic threshold.

**DBR:** See *Day Before Race Routine*.

**Decline:** The stage of training associated with the transition phase, post-season recovery and complete absence of training loads. Because of the phenomenon of delayed transformation, this stage facilitates acquisition of the performance potential created during the preceding athletic season.

**Deflection Point:** The point at which the heart rate response deviates from a linear progression as an individual crosses the anaerobic threshold.

**Delayed Transformation:** The late arrival of improved performance potential observed in the early portion of a macro-cycle due to work undertaken in the previous athletic season. A period of post-season recovery following an athletic season can facilitate acquisition via delayed transformation.

**Dorsal:** The top side of the foot.

**Dorsiflexion:** Upward movement of the foot or toes about a joint.

**Easy Recovery:** A training session often conducted at less than or equal to a 1/4-effort, the day after an active recovery session and two days prior to a competition. It generally consists of a single easy run lasting less than 40 minutes, and includes a thorough stretching and flexibility session. Easy swimming can sometimes be substituted for the running session.

**Eccentric:** A muscular contraction characterized by lengthening.

**Economy:** See *Running Economy*.

**Efficiency:** Running technique associated with low oxygen consumption relative to an athlete's body weight and speed. See *Running Economy*.

**Epiphysial Growth Plate:** The region of long bones associated with growth.

**Equilibrium:** In the context of a steady-state run, a condition in which an adequate supply of oxygen meets the training-load demand such that an athlete functions aerobically.

**Equilibrium (The Principle of):** A training principle that suggests optimal acquisition of fitness and athletic performance is achieved by maintaining a balance between different aspects of fitness, such as endurance, strength and speed.

**Equivalent Performances:** The projected level of athletic performance in an over-distance or under-distance event based on an actual or projected performance in the main race event, and vice-versa.

**Extended Peak Period:** A peak period that begins with a short peak period, but which extends the plateau of peak performance beyond the normal 2-3 weeks by including stabilizing training efforts.

**External Training Load:** A training load or workout defined using a tangible medium of expression.

**Fartlek:** A Scandinavian word meaning "speed-play," and training technique invented by Coach Gosta Holmer. In the context of this treatment, Fartlek normally comprises a 1/2-effort training session conducted during the base or hill period. However, it is sometimes also conducted during the sharpening and peak period in order to help maintain the fitness acquired through preceding base and strength work. The early portion of a Fartlek workout is normally run on hilly or rolling terrain on a natural surface. Often date pace work can then be conducted and integrated with a Fartlek workout.

**Finishing Speed (FS):** Speed work generally similar to that conducted by sprinters intended to improve an athlete's closing speed over the last 400 meters of a race. This work normally consists of a brief series of controlled accelerations and reps, having a distance not greater than 400 meters. Between each rep, the athlete is permitted a full recovery period. Finishing speed work should always be progressed to enable optimal performance during the peak period. The desired maximum closing speed over 100 or 200 meters constitutes goal-finishing speed. Finishing speed work can be progressed so as to advance the quality and speed by .5 seconds/200 meters in each meso-cycle leading to the plateau of peak performance.

**Friction-Induced drag:** The work done when air (or a fluid) slows and produces heat by encountering a surface.

**Goal Pace:** The desired and selected pace for performance in the main race event during the peak period.

**Habituation:** The tendency of the human body to grow accustomed to a particular stimulus or training-load. The body will then cease to respond with as much supercompensation and acquisition, and thus not continue to realize steady improvement in performance potential.

**Hard Day-Easy Day Rule:** A training method in which a hard day of training is alternated with an easy day to facilitate recovery and supercompensation. This method is not always viable depending on the magnitude and type of training loads being assumed.

**Internal Training Load:** The level of effort imposed by an external training load on an athlete, as might be measured by subjective feedback, heart rate, oxygen uptake, respiratory quotient, or blood lactate.

**Interval Workout:** A series of running efforts conducted equal to or slower than goal pace in the main race event that utilize a continuous jog or running recovery period lasting less than 2:30 minutes. Intervals are often performed in a series characterized by 3-6 reps using a relatively short recovery period, but will often include a longer recovery period at the series break. Accordingly, intervals place a substantial venous preload on the heart, and also impose a relatively high workload on the diaphragm.

**Inward Rotation:** Rotation of the midfoot or forefoot towards the medial side.

**Lateral Side:** The side of a limb furthest from the midline of the body.

**Load Waves:** A visual representation of training loads and their effects. The proper integration of succeeding supercompensation effects is undulatory in nature. Training loads are conducted with optimal frequency when placed at the crest of each succeeding supercompensation effect.

**Macro-Cycle:** A large training cycle comprising numerous micro and meso-cycles corresponding to an entire athletic season. The aim of a properly constructed macro-cycle is to enable optimal performance during the peak period.

**Main Race Event:** The racing distance selected for optimal performance during the peak period.

**Medial Side:** This side of a limb closest to the midline of the body.

**Mega-Cycle:** The largest of the training cycles, comprising two or more athletic seasons, or years of athletic development. Multiple-year developmental and peaking scenarios always entail mega-cycle planning.

**Meso-Cycle:** A medium training cycle corresponding to the monthly view of athletic training, comprising several micro-cycles of varying work capacity.

**Micro-Cycle:** A small training cycle comprising a series of load waves corresponding to the interfacing of day-to-day training and weekly view of athletic training.

**MRE:** See *Main Race Event*.

**Multiple Peak Period:** A complex peak period including at least two relatively widely separated plateaus of peak performance within a single athletic season. The multiple peak period normally begins with a short or extended peak period and is followed by a period of regenerative work that enables an athlete to re-ascend and compete upon a second plateau of peak performance within the same athletic season.

**Muscular Hypertrophy:** Enlargement of muscle tissue in response to training.

**Neuromuscular Stereotype:** A pattern or dominant habit of movement instilled by repetition, conditioning and motor learning.

**ODE:** See *Over-Distance Event*.

**Outward Rotation:** Rotation of the midfoot or forefoot towards the lateral side.

**Over-Distance Event:** The racing distance immediately over the athlete's selected main race event.

**Passive Recovery:** A day off from demanding running. Alternately, easy swimming and light stretching can be performed.

**Peak:** The highest athletic level attained during an athletic season. Achieving optimal physical and mental fitness for athletic performance. The time and place at which a personal best performance in the main race event is planned or takes place.

**Performance Potential:** An athlete's capability or potential athletic level at any given point in time, determined by innate talent, previous acquisition, and the training loads being assumed.

**Plantar:** The bottom side of the foot.

**Plantar Fasciitis:** Injury or inflammation of connective tissue located in the sole of the foot.

**Plantarflexion:** Downward movement of the foot or toes about a joint.

**Plateau of Peak Performance:** The relatively brief segment of the peak period lasting approximately 14-21 days in which optimal athletic performances are possible. The plateau of peak performance follows an ascent or taper having a duration of 7-14 days, and most commonly, 9-10 days.  The planning and schedule for the athletic season should place the major championship competitions upon the plateau.

**Preparatory Phase:** A stage of athletic development characterized by acquisitive training efforts, including the base, hill, and sharpening periods.

**Pressure-Induced Drag:** The work done in overcoming the build-up of high pressure in front of an object due to its pushing open a hole in the air (or a fluid) and creating a wake of low pressure behind it. The formula for calculating pressure-induced aerodynamic drag is: $D = .5(p)(Ap)(Cd)V^2$, where $D$ = the force of drag in Newtons, $p$ = air density($Kg/m^3$), $Ap$ = the projected frontal area normal to the air stream ($m^2$), $Cd$ = the coefficient of drag expressing the aerodynamic efficiency of the object, and $V$ = the velocity of the object in meters per second.

**Pronation:** Inward rotation of the calcaneus (or heel) associated with articulation of the sub-talar joint. Also sometimes called eversion.

**Proprioceptor:** A sensory organ located in muscles, tendons, or other connective tissue which senses force or movement.

**Q Angle:** The downward and inward angle of the femur and upper leg measured from the hip towards the knee.

**Quadrennial:** A four-year developmental and peaking scenario, such as between succeeding Olympic Games.

**Regeneration:** Rebuilding or restoring a previously attained performance potential and athletic level.

**Regenerative:** Training loads intended for effecting regeneration.

**Repetitions / Repetition Workout:** A series of two or more high quality running efforts conducted equal to or less than goal pace in the main race event utilizing a recovery period equal to or greater than 2:30 minutes. In contrast to interval workouts, the venous preload on the heart and workload on the diaphragm is much reduced during recovery periods. Repetition workouts are normally conducted late in the sharpening period and sometimes place heavy demands on the anaerobic ATP-PC and ATP-Lactic acid metabolisms.

**Running Economy:** The amount of oxygen consumed relative to an athlete's body weight and speed commonly expressed in milliliters (ml) per kilogram (kg) per minute (min). The protocol for testing running economy commonly includes treadmill running at several predetermined speeds while recording oxygen consumption. An often-used reference point is 268 meters/minute, corresponding to 6:00 minute mile pace. An athlete's oxygen consumption at various running speeds can then be expressed as a percentage of his or her $VO_2$ maximum, and the individual's relative economy can be subject to comparison.

**Sharpening:** High quality work conducted approximately equal to or faster than goal pace in the main race event, and in such a manner as to cause an athlete to progress rapidly towards attaining peak fitness.

**Short Peak Period:** A simple peak period consisting of a 7-14 day and most commonly, a 9-10 day worthwhile break and ascent to a plateau of peak performance lasting 2-3 weeks.

**Speed Endurance:** A term sometimes used to refer to the conduct of intervals or repetitions, normally at speeds equal to or less than goal pace, to train the ATP-Lactic acid anaerobic energy metabolism.

**Stabilization:** Training loads undertaken during a worthwhile break, extended peak period, or multiple peak period, with the intention of maintaining an athlete's performance potential.

**Stabilizing:** Training loads intended for stabilization.

**Steady State (SS):** An evenly paced 3/4-effort run performed near an athlete's anaerobic threshold, normally conducted during the base and hill periods. With mature distance runners, a common benchmark used to evaluate their performance potential is the steady state pace they can maintain for one hour, or ten miles.

**Supercompensation:** A temporary enhancement of an athlete's performance potential resulting from the conduct of a training load that has stimulated an overcompensation adaptation. The correct time to assume another training load is at the peak of a supercompensation response.

**Supination:** Outward rotation of the calcaneus (or heel) associated with articulation of the sub-talar joint. Also sometimes called inversion.

**Taper:** See *Ascent*.

**Training Load:** A physical or mental stimulus intended to cause a progression effect and elevate potential and actual performance levels. Physical training loads comprise some combination of quantity (volume and duration), and quality (intensity, frequency, and density).

**Transition:** See *Decline*.

**Transitional Phase:** A phase of athletic development characterized by dramatic reduction or elimination of training loads. A period of decline consisting of post-season recovery.

**Tri-Annual:** The conduct of three athletic seasons in a calendar year. Generally, this practice is not as conducive to long-term athletic development as a bi-annual configuration.

**Triennial:** A three-year developmental and peaking scenario.

**Two Day Rule:** A rule based upon common observation and experience suggesting that the degree of injury in a muscle, tendon or other connective tissue may not be fully apparent until the second day after the initial occurrence. It is generally accurate.

**UDE:** See *Under-Distance Event*.

**Under-Distance Event:** The racing distance immediately under the athlete's selected main race event.

**Valgus:** Orientated, angled, bent, or twisted outward.

**Varus:** Orientated, angled, bent, or twisted inward.

**Vector:** A means of showing mathematically and/or visually both direction and magnitude, in this case, athletic development over time.

**VO$_2$ Maximum:** A scientific measurement of an athlete's aerobic ability or maximum oxygen uptake, commonly expressed in units of ml/kg/min.

**Worthwhile Break:** An easing of training effort to less than 60% of maximum working capacity following a period of more demanding acquisitive work. It is inadvisable to continue acquisitive efforts without periodically including worthwhile breaks in which the training loads are reduced to avoid the onset of residual and chronic fatigue. A time trial or competition is normally placed at the end of a worthwhile break, when, due to recovery, an athlete's performance potential and actual performance capability are substantially the same.

# BIBLIOGRAPHY

Abmayer, Walter, and Mike Kosgei. "Kenya Cross-Country Training." *Track & Field Quarterly Review*. Volume 91, Number 2, 1991, pages 43-44.

Adamik, Jaroslav. U.S. Patent 4,302,892, *Athletic Shoe and Sole Therefor*. 1981.

Adams, William. "Steeplechasing." *Track and Field Quarterly Review*. Volume 79, Number 3, 1979, pages 50-52.

Alexander, F. Matthias. *The Alexander Technique: The Essential Writings of F. Matthias Alexander*. Edward Maisel, Editor. New York: Carol Publishing Group. 1995.

Alford, Jim. "Steeplechase." *Track and Field Quarterly Review*. Volume 79, Number 3, 1979, pages 57-59.

Allen, Mark and Bob Babbit. *Mark Allen's Total Triathlete*. Chicago, Illinois: Contemporary Books, Inc. 1998, page 138.

Amery, Richard. "Australia's Kerry O'Brien." *Track and Field Quarterly Review*. Volume 72, Number 2, 1972, page 98.

Anderson, Owen. "Sleep—Don't Train—At Altitude: Son of Big Bang Theorist Develops Big Bag Theory And High Altitude Bed." *Running Research News*. Volume 8, Number 3, May-June, 1992.

Aquinas, St. Thomas. *An Introduction to St. Thomas Aquinas: The Summa Contra Gentiles* (excerpts). Anthony C. Pegis, Editor. New York: The Modern Library, Random House, Inc. 1948.

Arce, J., and M.J. De Souza, L.S. Pescatello, A.A. Luciano. "Subclinical Alterations in Hormone and Semen Profile in Athletes." *Fertility and Sterility*.  Volume 59, Number 2, February, 1993, pages 398-404.

Arieti, Silvano. *Creativity: The Magic Synthesis*. New York: Basic Books, Inc. 1976.

Aristotle. *The Ethics of Aristotle: The Nichomachean Ethics*. Translated by J.A.K. Thompson. Introduction by Jonathan Barnes. London: Penguin Books. 1976.

Aristotle. *The Politics of Aristotle*. Translated, with an Introduction, Notes, and Appendices by Ernest Barker. Oxford: Clarendon Press. 1946.

Åstrand, Per Olaf, and Kaare Rodahl. *Textbook of Work Physiology*. 3rd Edition. New York: McGrawHill Book Company. 1986.

Augustine. *The City of God*. Garden City, New York: Image Books / Doubleday & Company, Inc. 1958.

Autio, James. *The Digital Mantrap*. eBola Communications: Del Mar, California. 2000.

Bannister, Roger. *The Four Minute Mile*. New York: Dodd, Mead, & Co. 1955.

Barker, Dennis, Editor. "Running with Lydiard." *Fitsport*. Volume 1, Number 11, March, 1984.

Barron, J.L., and T.D. Noakes, W. Levy, C. Smith, R.P. Millar. "Hypothalamic Dysfunction in Overtrained Athletes." *Journal of Clinical Endocrinology and Metabolism*. Volume 60, Number 4, April, 1985. pages 803-806.

Bassett, D.R., and C.R. Kyle, L. Passfield, J.P. Broker, E.R. Burke. "Comparing Cycling World Hour Records, 1967-1996: Modeling with Empirical Data." *Medicine and Science in Sports and Exercise*. Volume 31, Number 11, November, 1999, pages 1665-1676.

Bates, Barry. U.S. Patent 4,364,189, *Running Shoe with Differential Cushioning*, 1982.

Bates, Barry, and S.L. James, L.R. Osternig. "Foot Function During the Support Phase of Running." *American Journal of Sports Medicine*. Volume 7, 1979, page 328.

Becker, Robert. *The Body Electric: Electromagnetism and the Foundation of Life*. New York: William Morrow & Co. 1987.

Benoit Samuelson, Joan, and Gloria Averbuch. *Joan Samuelson's Running for Women*. Emmaus, Pennsylvania: Rodale Press, Inc. 1995.

Benson, Tony. "Steeplechasing: The Art of Interrupted Running." *Track and Field Quarterly Review*. Volume 93, Number 2, 1993, pages 27-29.

Berghold, Franz. "Sport Medical Aspects of Hiking and Mountain Climbing in the Alps." *Schweizerische Zeitschrift fur Sportmedizin*. Volume 30, Number 1, 1982, pages 5-12.

Berglund, Bo. "High Altitude Training." *Sports Medicine*. Volume 14, Number 5, 1992.

Bergström, J., and L. Hermansen, E. Hultman, B. Saltin. "Diet, Muscle Glycogen and Physical Performance." *Acta Physiologica Scandinavica*. Volume 71, Number 2, October-November, 1967, pages 140-150.

Bly, Robert. *A Little Book on the Human Shadow*. William Booth, Editor. San Francisco, California: HarperCollins Publishers. 1988.

Bompa, Tudor O. *Theory and Methodology of Training*. 3rd Edition. Dubuque, Iowa: Kendall / Hunt Publishing Company. 1994.

Bonen, A., and H.A. Keizer. "Pituitary, Ovarian, and Adrenal Hormone Responses to Marathon Running." *International Journal of Sports Medicine*. Volume 8, Supplement 3, December 1987, pages 161-167.

Bowerman, William. "The Bowerman Runner's World Series," (6 articles). *Runner's World*. October 1978 – March 1979.

Bowerman, William, *Coaching Track and Field*. William H. Freeman, Editor. Boston, Massachusetts: Houghton Mifflin Company. 1974.

Bowerman, William. "Steeple Chase Training." *Proceedings of the International Track & Field Coaches Association, IX Congress*. George Dales, Editor. Santa Monica, California, July 30-August 2, 1984, pages 41-43.

Bowerman, William, and William H. Freeman. *High Performance Training for Track and Field*. Champaign, Illinois: Human Kinetics. 1991.

Brand-Miller, Jennie, and Kay Foster-Powell, Stephen Colagiuri, Thomas M.S. Wolever, Anthony Leeds. *The Glucose Revolution: The Authoritative Guide to the Glycaemic Index-The Groundbreaking Medical Discovery*. New York: Marlowe & Co. 1999.

Brooks, G.A., and Mercier, J. "Balance of Carbohydrate and Lipid Utilization During Exercise: The Crossover Concept." *Journal of Applied Physiology*. Volume 76 Number 6, 1994, pages 2253-2261.

Brownlie, Leonard R. "High Performance Sports Apparel." *NIKE Sport Research Review*. May/June, 1989.

Brownlie, Leonard R. *Ph.D. Thesis, Aerodynamic Characteristics of Sports Apparel*. Simon Fraser University. November, 1992.

Brownlie, Leonard R., et al. "The Influence of Apparel on Aerodynamic Drag in Running." *Annals of Physiological Anthropology*. Volume 6, Number 3, 1987, page 133.

Buehler, Al, and Roger Beardmore. "The 3000 Meter Steeplechase." *Scholastic Coach*. Volume 44, Number 7, March, 1975, page 16, and pages 116-117.

Burke, Edmund. *Reflections on the Revolutions in France*. III, 1790.

Bush, Jim. "Hurdles— Technique and Training." *Proceedings of the International Track & Field Coaches Association, IX Congress*. George Dales, Editor. Santa Monica, California, July 30-August 2, 1984, pages 29-31.

Campbell, W.W., and W.C. Crim, V.R. Young, W.J. Evans. "Increased Energy Requirements and Changes in Body Composition With Resistance Training in Older Adults." *American Journal of Clinical Nutrition*. Volume 60, Number 2, August, 1994, pages 167-175.

Catlin, M.E., and R.H. Dressendorfer. "Effect of Shoe Weight on the Energy Cost of Running." *Medicine and Science in Sports*. Volume 11, Number 1, 1970, page 80.

Cavanagh, Peter. *The Running Shoe Book*. Mountain View, California: Anderson World, 1980.

Cavanagh, Peter. U.S. Patent 4,449,306, *Running Shoe Sole Construction*. 1984.

Cavanagh, Peter. U.S. Patent 4,506,462, *Running Shoe with Pronation Limiting Heel*. 1985.

Cavanagh, Peter. Editor. *Biomechanics of Distance Running*. Champaign, Illinois: Human Kinetics Books, 1990.

Cavanagh, Peter, and M.A. LaFortune. "Ground Reaction Forces in Distance Running." *Journal of Biomechanics*. Volume 13, 1980, pages 397-406.

Cavanagh, Peter, and M.L. Pollock, J. Landa. "A Biomechanical Comparison of Elite and Good Distance Runners." *Annals of the New York Academy of Sciences*. Volume 301, 1977, pages 328-345.

Cavanagh, Peter, and G.A. Valiant, K.W. Misevich. "Biological Aspects of Modeling Shoe / Foot Interaction During Running." *Sport Shoes and Playing Surfaces*. E. C. Frederick, Editor. Champaign, Illinois: Human Kinetics. 1984, pages 24-26.

*Cecil Textbook of Medicine*. 20th Edition. Philadelphia, Pennsylvania: W.B. Saunders, Co. 1996.

Cerutty, Percy. *Athletics: How to Become a Champion*. London: The Sportsman's Book Club. 1961.

Cerutty, Percy. *Audio Tape Recording*. 1970's.

Cerutty, Percy. *Middle Distance Running*. Great Britain: Pelham Books, Ltd. 1964.

Cerutty, Percy. *Sport Is My Life*. London: Stanley Paul and Company, Ltd. 1966.

Cerutty, Percy. *Success: In Sport and Life*. London: Pelham Books, Ltd. 1967.

Cheskin, Melvin, and K.J. Sherkin, B. Bates. *Athletic Footwear*. Fairchild Publications. 1989.

Chopra, Deepak. *The Seven Spiritual Laws of Success*. San Rafael, California: Amber-Allen Publishing. 1994.

Clarke, Ron, and Alan Trengove. *The Unforgiving Minute*. London: Pelham Books, Ltd. 1966.

Clarke, Ron, and Norman Harris. *The Lonely Breed*. London: Pelham Books, Ltd. 1967.

Clarke, T.E., and E.C. Frederick, L.B. Cooper. "Biomechanical Measurement of Running Shoe Cushioning Properties." in *Biomechanical Aspects of Sports Shoes and Playing Surfaces*. B.M. Nigg and B.A. Kerr, Editors. Calgary, Alberta: University of Calgary. 1983. pages 25-33.

Clarke, T.E., and E.C. Frederick, C.L. Hamill. "The Effect of Shoe Design Upon Rearfoot Control in Running." *Medicine and Science in Sports and Exercise*. Volume 15, Number 5, 1983. pages 376-381.

Clarke, T.E., and M.A. LaFortune, K.R. Williams, P. Cavanagh. "The Relationship between Center of Pressure and Rearfoot Movement in Running." *Medicine and Science in Sports and Exercise*. Volume 12, Number 2, 1980, page 192.

Clarke, T. E., et al. U.S. Patent 4,439,936, *Shock Attenuating Outer Sole*. 1984.

Clayton, Derek. *Running to the Top*. Mountain View, California: Anderson World, Inc. 1980.

Clement, D. B., and R. C. Asmundson, C. W. Medhurst. "Hemoglobin Values: Comparative Survey of the 1976 Canadian Olympic Team." *Journal of the Canadian Medical Association*. Volume 117, 1977, pages 614-616.

Clement, D. B., and J. Taunton, J. P. Wiley, G. Smart, K. McNicol. "The Effects of Corrective Orthotic Devices on Oxygen Uptake During Running." *Proceedings of the World Congress on Sports Medicine*. L. Prokop, Editor. Vienna: World Congress on Sports Medicine, 1984, pages 648-655.

Coe, Sebastian, and David Miller. *Running Free*. New York: St. Martin's Press. 1981.

Costill, David L. *Conversation on Exercise Physiology and Metabolism*. Muncie, Indiana. 1999.

Costill, David L. *Inside Running: Basics of Sports Physiology*. Carmel, Indiana: Cooper Publishing Group, LLC. 1986.

Costill, David L. *A Scientific Approach to Distance Running*. Los Altos, California: Tafnews Press. 1979.

Costill, David L., and J. Daniels, W. Evans, et al. "Skeletal Muscle Enzymes and Fiber Composition in Male and Female Track Athletes." *Journal of Applied Physiology*. Volume 40, 1976. pages 149-154.

Costill, David L., and E. L. Fox. "Energetics of Marathon Running." *Medicine in Science and Sports*. Volume 1, 1969, pages 81-86.

Costill, David L., and W.F. Kammer, A. Fisher. "Fluid Injection During Distance Running." *Archives of Environmental Health*. Volume 21, 1970, pages 520-525.

Costill, David L., and L. H. Thomason, E. Roberts. "Fractional Utilization of the Aerobic Capacity During Distance Running." *Medicine in Science and Sports*. Volume 5, 1973. pages 248-252.

Couch, Jean. *The Runner's Yoga Book*. Berkeley, California: Rodmell Press. 1990.

Cowan, James. *Mysteries of the Dream-Time*. Dorset, England: Prism Press. 1989.

Cowen, Connell, and Melvyn Kinder. "Daddy's Little Girl." *Smart Women/Foolish Choices*. New York: Clarkson N. Potter, Inc. 1985.

Coyle, Edward F. "Carbohydrate Feeding During Exercise." *International Journal of Sports Medicine*. Volume 13, Supplement 1, October, 1992, pages S 126-128.

Coyle, Edward F. *Conversation on Exercise Physiology and Metabolism*. Austin, Texas. 1999.

Coyle, Edward F. "Fatty Acid Oxidation Is Directly Regulated By Carbohydrate Metabolism During Exercise." *American Journal of Physiology*. Volume 273, 1997, pages E 268-275.

Coyle, Edward F. "Integration of the Physiological Factors Determining Endurance Performance Ability." *Exercise Sport Science Review*. Volume 23, 1995, pages 25-63.

Coyle, Edward F. "Substrate Utilization During Exercise In Active People." *American Journal of Clinical Nutrition*. Volume 61, 4th Suppliment, 1995, pages 968S-979S.

Coyle, Edward F., and Effie Coyle. "Carbohydrates That Speed Recovery From Training." *The Physician and Sportsmedicine*. Volume 21, Number 2, 1983, pages 111-123.

Coyle, Edward F., and Jeukendrup, A.E., Oseto, M.C., Hodgkinson, B.J., Zderic, T. "A Low Fat Diet Alters Intramuscular Substrates And Reduces Lipolysis And Fat Oxidation During Exercise." Submitted to the *American Journal of Physiology*. 2000.

Dales, George. *Conversations on Acclimatization to Altitude*. Kalamazoo, Michigan. 1997.

Daniels, Jack, "Altitude and Athletic Training and Performance," *American Journal of Sports Medicine*, Volume 7, 1979, pages 371-373.

Daniels, Jack. *Conversation on VO$_2$ maximum and Lactate Threshold*. 1999.

Daniels, Jack. *Conversations on Altitude Training*. 1984-1997.

Daniels, Jack. *Conversations on Iron Deficiency Anemia*. 1984-1997.

Daniels, Jack. *Daniel's Running Formula*. Champaign, Illinois: Human Kinetics Publishers. 1998.

Daniels, Jack. "Equating Sea Level and Altitude Distance Running Times." *Track & Field Quarterly Review*. Volume 75, Number 4, 1975, pages 38-39.

Daniels, Jack. "A Physiologists View of Running Economy." *Medicine and Science in Sports and Exercise*. Volume 17, Number 3, 1985, pages 1-23.

Daniels, Jack. "Training Where The Air is Rare." *Runner's World*. June, 1980.

Daniels, Jack, and Jimmy Gilbert. *Oxygen Power*. Tempe, Arizona: Published Privately. 1979.

Daniels, Jack, and Neil Oldridge. "The Effects of Alternate Exposure to Altitude and Sea Level On World-Class Middle-Distance Runners." *Medicine and Science in Sports*. Volume 2, Number 3, 1970, pages 107-112.

Daniels, Jack, and Nancy Scardina, John Hayes, Peter Foley. "Elite and Subelite Female Middle- and Long-Distance Runners." *Sport and Elite Performers*. Daniel M. Landers, Editor. Champaign, Illinois: Human Kinetics, 1986, pages 57-72.

Davies, C.T.M. "Effects of Wind Assistance and Resistance on the Forward Motion of a Runner." *Journal of Applied Physiology*. Volume 48, 1980, pages 702-709.

Deane, Herbert. *The Political and Social Ideals of St. Augustine*. New York: Columbia University Press. 1963.

DeClercq, D., and P. Aerts, M. Kunnen. "The Mechanical Characteristics of the Human Heel Pad During Footstrike in Running: An In Vivo Cinearadiographic Study." *Journal of Biomechanics*. Volume 27, Number 10, 1994, pages 1213-1222.

Dellinger, Bill. "The Dellinger Runner's World Series." (4 articles). *Runner's World*. January-April, 1981.

Dellinger, Bill. "Easy to Be Hard." *Runner's World*. June, 1980.

Dellinger, Bill. "A Runner's Philosophy." *Track & Field Quarterly Review*. Volume 79, Number 3, 1979, pages 13-16.

Dellinger, Bill. "University of Oregon Distance Training." *Track & Field Quarterly Review*. Volume 73, Number 3, 1973, pages 146-153.

Dellinger, Bill, and Georges Beres. *Winning Running*. Chicago, Illinois: Contemporary Books, Inc. 1978.

Deshimaru, Taisen. *The Zen Way to the Martial Arts*. Introduction by George Leonards. Translated by Nancy Amphoux. New York: E. P. Dutton. 1982.

Dick, F. W. *Training Theory*. London: British Amateur Athletic Board. 1984.

Dill, D.B., and K.Braithwaite, W.C. Adams, E.M. Bernauer. "Blood Volume or Middle-Distance Runners: Effect of 2300m Altitude and Comparison with Non-Athletes." *Medicine and Science in Sports and Exercise*. Volume 6, 1974, pages 1-7.

Dōgen. *A Primer of Sōtō Zen*. Translated by Reiho Masunaga. Honolulu: University of Hawaii Press. 1971.

Dōgen. *Moon in a Dewdrop: Writings of Zen Master Dōgen*. Kazuaki Tanahashi, Editor. San Francisco, California: North Point Press. 1985.

Doherty, Ken. *Modern Track & Field*. Boston: Houghton Mifflin Co. 1975.

Drake, Jonathan. *The Alexander Technique In Everyday Life*. Musselburgh, Scotland: Scotprint Ltd. 1996.

Dressendorfer, R. H., and C.E. Wade, E.C. Frederick. "Effect of Shoe Cushioning on the Development of Reticulocytosis in Distance Runners." *American Journal of Sports Medicine*. Volume 20, Number 2, 1992, pages 212-216.

Dufaux, B., and A. Hoederrath, I. Streitberg, W. Hollman, G. Assman. "Serum Ferritin, Transferrin, Haptoglobin, and Iron in Middle and Long Distance Runners, Elite Rowers, and Professional Racing Cyclists." *International Journal of Sports Medicine*. Volume 2, 1981. pages 43-46.

Dürckheim, Karlfried Graf. *The Call For The Master*. Translated by Vincent Nash. New York: E.P. Dutton. 1989.

Dürckheim, Karlfried Graf. *Hara: The Vital Center of Man*. Translated by S. von Kospoth and E. Healey. London: A Mandala Book. 1988.

Dyson, Geoffrey. *The Mechanics of Athletics*. 6th Edition. London: University of London Press. 1964.

Edington, C., and E. C. Frederick, Peter Cavanagh. "Rearfoot Motion in Distance Running." in *Biomechanics of Distance Running*. Peter Cavanagh, Editor. Champaign, Illinois: Human Kinetics Books. 1990.

Editors of Market House Books, Ltd. *The Bantam Medical Dictionary*. Revised Edition. New York: Bantam Books. 1990.

Elder, A.C., and A.H. Thompson. "Water Jump Clearance Analysis." *Track Technique*. Number 29, September, 1967, pages 923-925.

Elkind, David. "Erik Erikson's Eight Stages of Man." *New York Times Magazine*. April 5, 1970.

Elliott, Charles. "Steeplechase: Technical Analysis." *Track and Field Quarterly Review*. Volume 72, Number 2, 1972, pages 96-97.

Elliott, Herb, and Alan Trengove. *The Golden Mile*. London: Cassell & Co., Ltd. 1961.

Elliott, Richard. *The Competitive Edge*. New Jersey: Prentice/Hall, Inc. 1984.

Erikson, Erik. *Childhood and Society*. 2nd Edition. New York: W. W. Norton. 1963.

Erikson, Erik. *Identity: Youth & Crisis*. New York: W. W. Norton. 1968.

Erikson, Erik. *Life History and the Historical Moment*. New York: W. W. Norton. 1975.

Fagan, J., and I.L. Shepherd, Editors. *Gestalt Therapy Now*. Palo Alto, California: Science and Behavior Books. 1970. Harper Colophon. 1971.

Falsetti, H.L., and E.R. Burke, R. Feld, E.C. Frederick C. Ratering. "Hematological Variations after Endurance Running with Hard and Soft-Soled Running Shoes." *Physician and Sports-medicine*. Volume 11, Number 8, 1983, pages 118-127.

Faulkner, J.A. "Training for Maximum Performance at Altitude." *The International Symposium on the Effects of Altitude on Physical Performance*. Albuquerque, New Mexico. March 3-6. 1966, pages 88-90.

Faulkner, J.A., and Jack Daniels, B. Balke. "The Effects of Training at Moderate Altitude on Physical Performance Capacity." *Journal of Applied Physiology*. Volume 23, 1967, pages 85-89.

Feldenkrais, Moshe. *Awareness Through Movement*. San Francisco, California: HarperCollins Publishers. 1990.

Ferstle, Jim. *The Dave Wottle Story*. Mountain View, California: World Publications. 1973.

Feynman, Richard. *The Feynman Lectures on Physics*. CIT: Addison Wesley Publishing Company. 1965.

Fišer, Ladislav. *Mílaři a Vytrvalshi*. Prague: Sportovní a Turistické Nakladatelství. 1965.

Fisher, Bill. "The Steeplechase." *Track and Field Quarterly Review*. Volume 82, Number 3, 1982, pages 39-40.

Fix, David, and Nancy Smith. "Analysis Chart for Steeplechase Water Jumping." *Track and Field Quarterly Review*. Volume 84, Number 3, 1984, pages 23-25.

Fox, Edward, and Donald Matthews. *The Physiological Basis of Physical Education and Athletics*. 3rd Edition. New York: Saunders College Publishing. 1981.

Frederick, E.C. "Measuring the Effects of Shoe and Surfaces on the Economy of Locomotion," *Biomechanical Aspects of Sports Shoes and Playing Surfaces*. B.M. Nigg, and B.A. Kerr, Editors. Calgary, Alberta: University of Calgary, 1983, pages 93-106.

Frederick, E.C. "Physiological and Ergonomics Factors in Running Shoe Design." *Applied Ergonomics*. Volume 15, Number 4, 1984, pages 281-287.

Frederick, E.C., and T.E. Clarke, J.L. Larsen, L.B. Cooper. "The Effects of Shoe Cushioning on the Oxygen demands of Running." *Biomechanical Aspects of Sports Shoes and Playing Surfaces*. B.M. Nigg, and B.A. Kerr, Editors. Calgary, Alberta: University of Calgary, 1983, pages 107-114.

Frederick, E.C., and Jack Daniels, J. Hayes. "The Effect of Shoe Weight on the Aerobic Demands of Running." *Current Topics in Sports Medicine: Proceedings of the World Congress of Sports Medicine*. N. Bachl, and L. Prokop, R. Suckert, Editors. Vienna: Urban & Schwartzenberg. 1983. pages 604-615.

Frederick, E. C., and E.T. Howley, and S. K. Powers. "Lower Oxygen Demands of Running in Soft-Soled Shoes." *Research Quarterly of Exercise and Sports*. Volume 57, Number 2, 1986. pages 174-177.

Frederick, E. C., et al. U.S. Patent 4,562,651, *Sole with V-Oriented Flex Grooves*. 1986.

Frederickson, Ray, et al. U.S. Patent 4,934,072. *Fluid Dynamic Shoe*. 1990.

Freeman, William H. *Peak When It Counts*. Mountain View, California: Track & Field News Press. 1989.

Freud, Sigmund. *The Standard Edition of the Complete Psychological Works of Sigmund Freud*. 24 Volumes. Translated and Edited by James Strackey, and Anna Freud. London: Hogarth Press. 1953-1974.

Galloway, Jeff. *Galloway's Book on Running*. Bolinas, California: Shelter Publications, Inc. 1984.

Gallway, Timothy. *The Inner Game of Tennis*. New York: Random House. 1974.

Gambetta, Vern. *Hurdling and Steeplechasing*. Runner's World Booklet of the Month, Number 35. Mountain View, California: World Publications, August, 1974.

Gamow, Rustem Igor, and Hugh Herr. U.S. Patent 5,367,790, *Shoe and Foot Prosthesis with a Coupled Spring System*. 1994.

Gandy, Georges. "Blueprinting the Perfect Runner." *Runner's World*. May-June, 1980.

Gardner, Howard. *Frames of Mind*. New York: Basic Books, Inc. 1983.

Gardner, James B., and J. Gerry Purdy. *Computerized Running Training Programs*. Los Altos, California: Tafnews Press. 1970.

Gartland, John, and Phil Henson. "A Comparison of the Hurdle SC Water Barrier Technique with the Conventional Water Barrier Technique." *Track and Field Quarterly Review*. Volume 84, Number 3, 1984, pages 26-28.

Gilmour, Garth H. *A Clean Pair of Heels: The Murray Halberg Story*. London: Herbert Jenkins, Ltd. 1963.

Gisolfi, C.V., and J. Cohen. "Relationships Among Training, Heat Acclimatization and Heat Tolerance in Men and Women: The Controversy Revisited." *Medicine and Science in Sports*. Volume 11, 1979, pages 56-59.

Gisolfi, C.V. Editor. "Symposium of the Thermal Effects of Exercise in the Heat." *Medicine and Science in Sports*. Volume 11, Number 1, 1979. pages 30-71.

Glover, Bob, and Pete Schuder. *The New Competitive Runner's Handbook*. New York: Penguin Books. 1988.

Goldman, Bob., et. al. *Death in the Lockeroom*. Tuscon, Arizona: The Body Press. 1987.

Goodall, Jane. *Through a Window*. Boston, Massachusetts: Houghton Mifflin Company. 1990.

Green, Lawrence, and Russell Pate. *Training For Young Distance Runners*. Champaign, Illinois: Human Kinetics. 1997.

Greene, Peter, and Thomas McMahon. "Reflex Stiffness of Man's Anti-Gravity Muscles During Kneebends While Carrying Extra Weights." *Journal of Biomechanics*. Volume 12, 1979, pages 881-891.

Griak, Roy. "Steeplechase—Points to Remember." *Track and Field Quarterly Review*. Volume 82, Number 3, 1982, page 41.

Gross, A., and C. Kyle, D. Malewicki. "The Aerodynamics of Human-Powered Land Vehicles." *Scientific American*. 1983, pages 142-152.

Groves, Harry. *Practical Coaching Techniques for Cross-Country and Distance Running*. Ames, Iowa: Championship Books. 1981.

Gutkowski, Larry, et al., U.S. Patent 5,729,912, *Article of Footwear Having Adjustable Widths, Footform and Cushioning*. 1998.

Gutkowski, Larry, et al., U.S. Patent 5,813,146, *Article of Footwear Having Adjustable Widths, Footform and Cushioning*. 1999.

Hackney, A., and W.E. Sinning, B.C. Bruot. "Reproductive Hormonal Profiles of Endurance-Trained and Untrained Males." *Medicine and Science in Sports Exercise*. Volume 20, Number 1, February, 1988, pages 60-65.

Hamill, C.L., and T.E. Clarke, E.C. Frederick, L.J. Goodyear, E.T. Howley. "Effects of Grade Running on Kinematics and Impact Force." *Medicine and Science in Sports and Exercise*. Volume 16, 1984, page 165.

Hanson, P.G. "Heat Injury in Runners." *Physician Sportsmedicine*. Volume 7, Number 6. 1979, pages 91-96.

Harre, Dietrich. Editor. *Principles of Sport Training*. Berlin: Sportverlag. 1982.

Harris, Cyril B. Editor. *Shock & Vibration Handbook*. 3rd Edition. New York: McGraw-Hill Book Company. 1988.

Hartwick, Barry. "The 3,000m Steeplechase." *Track and Field Quarterly Review*. Volume 81, Number 3, 1981, pages 43-56.

Hatcher, Chris, and Philip Himelstein. *The Handbook of Gestalt Therapy*. Northvale, New Jersey: Jason Aronson Inc. 1995.

Hatfield, Bradley., et. al. "Understanding Anxiety: Implications for Sport Performance." *NSCA Journal*. April-May, 1987.

Hawley, J.A., and W.G. Hopkins. "Aerobic Glycolytic And Aerobic Lipolytic Power Systems: A New Paradigm With Implications For Endurance and Ultra-Endurance Events." *Sports Medicine*. Volume 19, Number 4, 1995, pages 240-250.

Heads, Ian, and Geoff Armstrong, Editors. *Winning Attitudes*. Introduction by Herb Elliott. Sydney, Australia: Australian Olympic Committee, Mardie Grant Books. 2000.

Hendershott, Jon. Editor. *Ron Clarke Talks Track*. Los Altos, California: Tafnews Press. 1972.

Henderson, Joe. *Long Slow Distance: The Humane Way to Train*. Afterword by Amby Burfoot. Los Altos, California: Tafnews Press. 1969.

Henderson, Joe. Editor. *The Complete Marathoner*. Mountain View, California: World Publications. 1978.

Hendricks, Gay, and J. Carlson. *The Centered Athlete*. Englwood Cliffs, New Jersey: Prentice/Hall. 1982.

Hermansen, L., and E Hultman, B. Saltin. "Muscle Glycogen During Prolonged Severe Exercise." *Acta Physiologica Scandinavica*. Volume 71, Number 2, October-November, 1967, pages 129-139.

Herr Hugh, and G. Huang , N. Langman, R. Gamow. "A Mechanically Efficient Shoe Midsole Improves Running Economy, Stability, and Cushioning." *Journal of Applied Physiology*. 2003 (in press).

Herr, Hugh, et al. U.S. Patent 5,701,686, *Shoe and Foot Prosthesis with Bending Beam Spring Structures*. 1997.

Herr, Hugh, et al. U.S. Patent 6,029,374, *Shoe and Foot Prosthesis with Bending Beam Spring Structures*. 2000.

Herrigel, Eugen. *Zen in the Art of Archery*. Introduction by D. Suzuki. Translated by R. F. C. Hull. New York: Vintage Books/Random House. 1971.

Hessel, Del G. "The Steeplechase—A Unique Event." *Track and Field Quarterly Review*. Volume 81, Number 3, 1981, pages 41-42.

Hickson, R.C., and B.A. Dvorak, E.M. Gorostiaga, T.T. Kurowski, C. Foster.  "Potential for Strength and Endurance Training to Amplify Endurance Performance." *Journal of Applied Physiology*. Volume 65, 1988, pages 2285-2290.

Higdon, Hal. *Run Fast*. Emmaus, Pennsylvania: Rodale Press. 1992.

Hill, A.V. "The Air Resistance to a Runner." *Proceedings of the Royal Society of London*. Series. B, pages 380-385.

Hislop, Chick. *Conversation on the Steeplechase*. Eugene, Oregon. 1999.

Hislop, Chick. "Distance Hurdle Technique." *Distance Running Elite Clinic for Steeplechasers*. Ogden, Utah. 1995.

Hislop, Chick. "Flexibility And Wall Drills For The Distance Hurdler." *Distance Running Elite Clinic for Steeplechasers*. Ogden, Utah. 1995.

Hislop, Chick. "Steeplechase Technique." *Proceedings of the International Track & Field Coaches Association, IX Congress*. George Dales, Editor. Santa Monica, California: July 30-August 2, 1984, pages 44-47.

Hoerner, S.F. *Fluid-Dynamic Drag*. Published by the author. 148 Busteed Drive, Midland Park, New Jersey. 1965.

Hoffman, P., M.D. "Conclusions Drawn From a Comparative Study of the Feet of Barefooted and Shoe-Wearing Peoples." *The American Journal of Orthopedic Surgery*. Volume III, Number 2, October, 1905, pages 105-136.

Hollister, Geoffrey, et al. U.S. Patent 4,043,058, *Athletic Training Shoe Having Foam Core and Apertured Sole Layers*. 1977.

Hoppenfeld, Stanley, M.D. *Physical Examination of the Spine & Extremities*. San Mateo, California: Appleton & Lange. 1976.

Houmard, J.A., and D.L. Costill, J.B. Mitchell, S.H. Park, T.C. Chenier. "The Role of Anaerobic Ability in Middle Distance Running Performance." *European Journal of Applied Physiology*. Volume 62, 1991, pages 40-43.

Humes, James C. *The Wit & Wisdom of Winston Churchill*. Forward by Richard M. Nixon. New York: HarperCollins Publishers. 1995.

Huntsman, Stan. "The Distance Training of Doug Brown." *Track and Field Quarterly Review*. 1973, pages 178-179.

Hurley, B.F., and P.M. Nemeth, W.H. Martin II, J.M. Hagberg, G.P. Dalsky, J.O. Holloszy. "Muscle Triglyceride Utilization During Exercise: Effect of Training." *Journal of Applied Physiology*, Volume 60, Number 2, 1986, pages 562-567.

Hyams, Joe. *Zen in the Martial Arts*. Los Angeles, California: J. P. Tarcher, Inc. 1979.

*I Ching or Book of Changes*. English translation by Cary F. Bynes from the German translation of Richard Wilhelm. Forward by C. G. Jung. Princeton, New Jersey: Princeton University Press. 1950.

Ivers, Tom. *The Fit Racehorse II*. Grand Prairie, Texas: Equine Research, Inc. 1994.

Jacob, Stanley W., and Clarice A. Francone. *Structure and Function in Man*. 3rd Edition, Philadelphia, Pennsylvania: W.B. Saunders Company. 1974.

James, Clifford. "Footprints and Feet of Natives of the Solomon Islands." *The Lancet*. December 30, 1939, pages 1390-1393.

James, S.L., and B.T. Bates, L.R. Osterning. "Injuries to Runners." *American Journal of Sports Medicine*. Volume 6, 1978, pages 40-50.

Janssen, Peter G.J.M. *Training Lactate Pulse-Rate*. 4th Edition. Oulu, Finland: Polar Electro Oy. 1987.

Jarver, Jess. Editor. *Middle Distances*. Los Altos, California: Tafnews Press. 1979.

Jarver, Jess. Editor. *Long Distances*. Los Altos, California: Tafnews Press. 1980.

Jarver, Jess. Editor. *The Hurdles: Contemporary Theory, Technique and Training*. Los Altos, California: TAFnews Press. 1981.

Jensen, C., et al. "Prospective Study of Hormonal and Semen Profiles in Marathon Runners." *Fertility and Sterility*. Volume 64, Number 6, December, 1995, pages 1189-1196.

Jordan, Tom. *Pre!*. Los Altos, California: Tafnews Press. 1977.

Jorgensen, U., and J. Ekstrand. "Significance of Heel Pad Confinement for the Shock Absorption at Heel Strike." *International Journal of Sports Medicine*. Volume 9, 1988, pages 468-473.

Jung, Carl. *The Collected Works of C. G. Jung*. Edited by Sir Herbert Read, et. al., 17 Volumes. Princeton New Jersey: Bollingen Foundation, Inc., Princeton University Press. 1966.

Jung, Carl. Editor. *Man and His Symbols*. New York: A Windfall Book / Doubleday & Company Inc. 1964.

Kammer, Reinhard. *The Way of the Sword. The Tengu-Geijutsu-Ron of Chozan Shissai*. Edited and with Introduction by Reinhard Kammer. Translated by Betty Fitzgerald. London: Arkana. 1986.

Kerdok, A., and A. Biewnere, T. McMahon, P. Weyand, H. Herr, Energetics and Mechanics of Human Running on Surfaces of Different Stiffness." *Journal of Applied Physiology*. Volume 92, 2001, pages 469-478.

Kerr, B.A., and L. Beauchamp, V. Fisher, R. Neil. "Footstrike Patterns in Distance Running." *Biomechanical Aspects of Sport Shoes and Playing Surfaces*. B. M. Nigg and B. A. Kerr, Editors. Calgary, Alberta: University of Calgary, 1983, pages 135-142.

Kersey, David. *Please Understand Me*. Del Mar, California: Prometheus Nemesis Books. 1978.

Kilgore, Bruce, et. al. U.S. Patent 5,046,267, *Athletic Shoe with Pronation Control Device*. 1991.

Kim, Hee-Jin. *Dōgen Kigen: Mystical Realist*. Tucson, Arizona: University of Arizona Press. 1987.

King, Winston. *Zen and the Way of the Sword*. New York: Oxford University Press. 1993.

Koch, Damien. *Conversation on Altitude Training and Racing at Sea Level*. Fort Collins, Colorado. 1999.

Koppel, Naomi. "IOC Approves EPO Tests For Sydney." *Associated Press*. August 1, 2000.

Kožík, František, *Zápotek the Marathon Victor*, Prague, Czechoslovakia: Artia, 1954.

Kraemer, William, and Steven J. Fleck. "Anaerobic Metabolism and Its Evaluation." *NSCA Journal*. April-May, 1982.

Kressler, Raymond. "Rider College Steeplechase Clinic." *Track and Field Quarterly Review*. Volume 71, Number 1, 1971, pages 35-38.

Kuoppasalmi, K., and H. Naveri, M. Harkonen, H. Adlercreutz. "Plasma Cortisol, Androstenedione, Testosterone and Luteinizing Hormone in Running Exercise of Different Intensities." *Scandinavian Journal of Clinical Laboratory Investigation*. Volume 40, Number 5, September, 1980, pages 403-409.

Kyle, Chester R. "Athletic Clothing." *Scientific American*. Volume 254, 1986, page 106.

Kyle, Chester R. *Conversations on Aerodynamic Drag*. Weed, California: 1989, and 1997.

Kyle, Chester R. "Reduction of Wind Resistance and Power Output of Racing Cyclists and Runners Travelling in Groups." *Ergonomics*. Volume 22, Number 4, 1979, page 387.

Kyle, Chester R., and Vincent J. Caiozzo. "The Effect of Athletic Clothing Aerodynamics Upon Running Speed." *Medicine and Science in Sports and Exercise*. Volume 18, Number 5, 1986, page 511.

Kyle, Chester R., and R. Walpert. "The Aerodynamic Drag of the Human Figure in Athletics." *Unpublished Report to the U.S. Olympic Committee*. Sports Science Division, Colorado Springs, Colorado.

LePak, Roy C. *A Theology of Christian Mystical Experience*. Washington D.C.: University Press of America. 1977.

Levine, B.D., and J. Stray-Gundersen, G. Duhaime, P.G. Schnell, D.B. Friedman. "Living High-Training Low: The Effect of Altitude Acclimatization/Normoxic Training in Trained Runners." *Medicine and Science in Sports and Exercise*. Volume 23, Supplement S25, 1991.

Liao, Waysun. *T'ai Chi Classics*. Boston: Shambhala. 1990.

Liddell-Hart, B. H. *Strategy*. New York: Frederick A. Praeger Publishers. 1967.

Lindeman, Ralph. "400 Meter Hurdle Theory." *Track and Field Coaches Review*. Volume 95, Number 1, 1995, pages 33-36.

Linnarsson, D. "Dynamics of Pulmonary Gas Exchange And Heart Rate Changes At Start And End Of Exercise." *Acta Phsysiologica Scandinivica*. Supplement 415, 1974, pages 1-68.

Liquori, Marty, and John L. Parker. *Marty Liquori's Guide for the Elite Runner*. Chicago, Illinois: Playboy Press Book. 1980.

Loehr, James. *Mental Toughness Training for Sports*. Lexington, Massachusetts: Stephen Greene Press. 1982.

Lyden, Robert. *Aerodynamic Apparel: Background for U.S. Patent Application, and/or Trademark Protection*. publicly disclosed, 1989.

Lyden, Robert. European Patent Application EP 0752216 A3, *Footwear with Differential Cushioning Regions*. published, 1997.

Lyden, Robert. *Ninety-Nine Questions: A Dialogue on the Nature of Just War with Francisco(s) De Vitoria and Suarez*. Plan B Paper, Hubert H. Humphrey Institute of Public Affairs. 1986.

Lyden, Robert. U.S. Patent D461,622, *Men's Underwear / Inner Liner for Athletic Shorts*. 2002.

Lyden, Robert. U.S. Patent D461,943, *Athletic Pants*. 2002.

Lyden, Robert. U.S. Patent D463,091, *Women's Underwear / Inner Liner for Athletic Shorts*. 2002.

Lyden, Robert. U.S. Patent D463,652, *Non-Stretch Front Waistband Portion for Wearing Apparel*. 2002.

Lyden, Robert. U.S. Patent D466,676, *Athletic Pants with Zippers*. 2002.

Lyden, Robert. U.S. Patent D467,055, *Athletic Shorts*. 2002.

Lyden, Robert. U.S. Patent D473,694, *Athletic Pants with Back Pocket*. 2003.

Lyden, Robert. U.S. Patent 4,674,206, *Midsole Construction / Shoe Insert*. 1987.

Lyden, Robert. U.S. Patent 5,101,580, *Personalized Footbed, Last, and Ankle Support*. 1991.

Lyden, Robert. U.S. Patent 5,203,793, *Conformable Cushioning and Stability Device for Articles of Footwear*. 1993.

Lyden, Robert. U.S. Patent 5,384,973, *Sole with Articulating Forefoot*. 1995.

Lyden, Robert. U.S. Patent 5,632,057, *Method of Making Light Cure Component for Articles of Footwear*. 1997.

Lyden, Robert. U.S. Patent 5,921,004, *Footwear with Stabilizers*. 1999.

Lyden, Robert. U.S. Patent 6,082,462, *Horseshoe Imparting Natural Conformance and Function Providing Adjustable Shape and Attenuation of Shock and Vibration*. 2001.

Lyden, Robert. U.S. Patent 6,243,879, *Anatomical and Shock Absorbing Athletic Pants*. 2001.

Lyden, Robert. U.S. Patent 6,243,880, *Athletic Shorts*. 2001.

Lyden, Robert. U.S. Patent 6,353,940, *Underwear*. 2002.

Lyden, Robert. U.S. Patent 6,449,878, *Article of Footwear Having Spring Element and Selectively Removable Components*. 2002.

Lyden, Robert. U.S. Patent 6,490,730, *Shin-Guard, Helmet, and Articles of Protective Equipment Including Light Cure Material*. 2002.

Lyden, Robert. U.S. Patent 6,523,835. *Blade for an Ice Skate*. 2003.

Lyden, Robert. U.S. Patent Application. Serial Number 09/573,121, *Customized Article of Footwear and Method of Conducting Retail and Internet Business*. allowed 2003.

Lyden, Robert, and Mike Aveni. U.S. Patent 5,595,004, *Shoe Sole Including a Peripherally Disposed Cushioning Bladder*. 1997.

Lyden, Robert, and Mike Aveni. U.S. Patent 5,987,780, *Shoe Sole Including a Peripherally Disposed Cushioning Bladder*. 1999.

Lyden, Robert, and Souheng Wu, U.S. Patent 5,832,636, *Article of Footwear Having Non-Clogging Sole*. 1998.

Lyden, Robert, et. al. U.S. Patent 5,425,184, *Athletic Shoe with Rearfoot Strike Zone.* 1995.

Lyden, Robert, et. al. U.S. Patent 5,625,964, *Athletic Shoe with Rearfoot Strike Zone*. 1997.

Lyden, Robert, et. al. U.S. Patent 5,709,954, *Chemical Bonding of Rubber to Plastic in Articles of Footwear*. 1998.

Lyden, Robert, et. al. U.S. Patent 5,786,057, *Chemical Bonding of Rubber to Plastic in Articles of Footwear*. 1998.

Lyden, Robert, et. al. U.S. Patent 5,843,268, *Chemical Bonding of Rubber to Plastic in Articles of Footwear*. 1998.

Lyden, Robert, et. al. U.S. Patent 5,906,872, *Chemical Bonding of Rubber to Plastic in Articles of Footwear*. 1999.

Lyden, Robert, et. al. U.S. Patent 6,055,746, *Athletic Shoe with Rearfoot Strike Zone*. 2001.

Lydiard, Arthur. *Arthur Lydiard's Running Training Schedules*. 2nd Edition. Los Altos, California: Tafnews Press. 1970.

Lydiard, Arthur. *Distance Training For Masters*. Aachen: Meyer & Meyer Fachverlag und Buchhandel GmbH. 2000.

Lydiard, Arthur. *Distance Training For Women Athletes*. Aachen: Meyer & Meyer Fachverlag und Buchhandel GmbH. 1999.

Lydiard, Arthur. *Distance Training For Young Athletes*. Aachen: Meyer & Meyer Fachverlag und Buchhandel GmbH. 1999.

Lydiard, Arthur. *Running to the Top*. Aachen: Meyer & Meyer Fachverlag und Buchhandel GmbH. 1997.

Lydiard, Arthur. *Running With Lydiard*. Aachen: Meyer & Meyer Fachverlag und Buchhandel GmbH. 2000.

Lydiard, Arthur, and Garth Gilmour. *Run to the Top*. Auckland, New Zealand: Minerva, Ltd. 1962.

Lydiard, Arthur, and Garth Gilmour. *Running the Lydiard Way*. Mountain View, California: World Publications, Inc. 1978.

Lynch, Jerry. *The Total Runner*. New Jersey: PrenticeHall, Inc. 1987.

MacFarland, E. "How Olympic Records Depend on Location," *American Journal of Applied Physiology*, Volume 54, 1986, pages 513-519.

MacLellan, Gordon. "Skeletal Heel Strike Transcients, Measurement, Implications and Modifications." *Sport Shoes and Playing Surfaces*. E.C. Frederick, Editor. Champaign, Illinois: Human Kinetics, 1984, pages 76-86.

Mader, Milan. *Conversation with Milan Mader, former Czech National Team Member and 10,000 meters Finalist, 1964 Olympic Games*. Minneapolis, Minnesota. 1979.

Maier, Hanns. "Seko." *Runner's World*. June, 1981.

Maile, Florence, and Michael Selzer. *The Nuremberg Mind*. Introduction and Rorschach records by G. M. Gilbert, New York: Quadrangle Books / New York Times Book Company. 1975.

Maktoum, H.H. Sheikh Mohammed Bin Rashid Al. *Quotation from his Webpage*. http://www.sheikhmohammed.co.ae. 2000.

Malley, George. *Conversation on the Steeplechase*. Oregon. 1999.

Man-ch'ing, Cheng, and Robert W. Smith. *T'ai-Chi, The "Supreme Ultimate" Exercise for Health, Sport, and Self-Defense*. Rutland, Vermont: Charles E. Tuttle Co. 1994.

Marcinik, E.J., and G. Potts, S. Schlaback, P. Will, P. Dawson, B.F. Hurley, "Effects of Strength Training on Lactate Threshold and Endurance Performance." *Medical Science in Sports and Exercise*. Volume 23, 1991, pages 739-743.

Martin, David E. "The Challenge of Using Altitude to Improve Performance." *NSA by the IAAF*. Volume 9, Number 2, 1994, pages 51-57.

Martin, David E., and Peter Coe. *Better Training for Distance Runners*. Champaign, Illinois: Human Kinetics. 1997.

Martin, David E., and Donald F. May, Susan P. Pilbeam. "Ventilation Limitations to Performance Among Elite Male Distance Runners." *Sport and Elite Performers*. Daniel M. Landers, Editor. Champaign, Illinois: Human Kinetics, 1986, pages 121-131.

Martin, David T., and M. Ashenden, R. Parisotto, D. Pyne, A. Hahn. "Blood Testing for Professional Cyclists: What's a Fair Hematocrit Level?" *Sportsmedicine News*. March-April, 1997. http://www.sportsci.org/news/news9703/AISblood.html.

Maslow, A. H. "Cognition of Being in Peak Experiences." *Journal of Genetic Psychology*. Number 94, 1959, pages 43-66.

Maslow, A. H. "A Holistic Approach to Creativity." *Climate for Creativity*. C.W. Taylor, Editor. New York: Pergamon Press. 1972.

Maslow, A. H. *Motivation and Personality*. New York: Harper & Brothers. 1954.

Masters, Roy. "The Secrets Herb Believes Can Make You Run A Little Faster." *The Sydney Morning Herald*. June 25, 1999.

Matesic, Brian C., and Fred Cromartie. "Effects Music Has on Lap Pace, Heart Rate, and Perceived Exertion Rate During a 20-Minute Self-Paced Run." *The Sport Journal*. Daphne, Alabama: The United States Sport Academy. February, 2002. http://www.thesportjournal.org/2002Journal/Vol5-No1/music.htm

Matveyev, L. *Fundamentals of Sports Training*. Moscow: Progress Publishers. 1981.

McAtee, Robert E., and Jeff Charland. *Facilitated Stretching*. Champaign, Illinois: Human Kinetics Publishers. 1993.

McCraken, Grant. *Culture and Consumption: New Approaches to the Symbolic Character*. Indiana: Indiana University Press. 1988.

McFarlane, Brent. "Pool Training... It Works!" *Proceedings of the International Track & Field Coaches Association, XIV Congress*. George Dales, Editor. Atlanta, Georgia, July 22-25, 1996, pages 196-198.

McFarlane, Brent. *The Science of Hurdling*. Ottawa, Ontario, Canada: The Canadian Track and Field Association. 1999.

McKenzie, John. "Physical Preparation for Middle Distance and Distance Running." North Texas University. Unpublished Manuscript.

McMahon, T.A. "Muscles, Reflexes, and Locomotion." Princeton, New Jersey: Princeton University Press. 1984.

McMahon, T.A. "Spring-Like Properties of Muscles and Reflexes in Running." *Multiple Muscle Systems: Biomechanics and Movement Organization*. J.M. Winters, and S.L-Y. Woo, Editors. Springer-Verlag, 1990, pages 578-590.

McMahon, T.A., and George Cheng. "The Mechanics of Running: How Does Stiffness Couple with Speed." *Journal of Biomechanics*. Volume 23, Supplement 1, 1990, pages 65-78.

McMahon, T.A., and P.R. Green. "The Influence of Track Compliance on Running." *Journal of Biomechanics*. Volume 12, 1979, pages 893-904.

Minard, D. "Prevention of Heat Casualties in Marine Corps Recruits." *Military Medicine*. Volume 126, 1961, pages 261-265.

Misevich, Kenneth. U.S. Patent 4,557,059, *Athletic Running Shoe*. 1985.

Montain, S.J., and M.K. Hopper, A.R. Coggan, E.F. Coyle, "Exercise Metabolism At Different Time Intervals After A Meal." *Journal of Applied Physiology*. Volume 70, Number 2, February, 1991, pages 882-888.

Moore, Kenny. *Best Efforts*. Florida: Cedarwinds Press. 1992.

Moore, Kenny. *Conversation on Athletic Training*. Kailua, Hawaii. 1999.

Moore, Kenny. "A Man of Two Worlds." *Sports Illustrated*. 1988.

Morris, A.F., et. al. "Energy Source Utilization." *Middle Distances*. Edited by Jess Jarver. Los Altos: Tafnews Press. 1979.

Murphy, Michael. *The Psychic Side of Sports*. New York: Addison Wesley. 1978.

Musashi, Miyamoto. *A Book of Five Rings*. Translated by Victor Harris. New York: Overlook Press. 1982.

*NSCA Journal*. "Roundtable: Cardiovascular Effects of Weight Training." April-May, 1987.

Nehemiah, Renaldo. "Mechanics of High Hurdles." *Track and Field Coaches Review*. Volume 95, Number 1, 1995, pages 39-41.

Nelson, Cordner. *The Jim Ryun Story*. Los Altos, California: Tafnews Press. 1971.

Nelson, Cordner. *Track & Field: The Great Ones*. London: Pelham Books, Ltd. 1970.

Newhouse, I.J., and D.B. Clement. "Iron Status in Athletes: An Update." *Sports Medicine*. Volume 5, 1988, pages 337-352.

Newsholme, E.A., and A.R. Leech. *Biochemistry for the Medical Sciences*. Chichester, England: John Wiley & Sons Ltd. 1983.

Newsholme, E.A, and A.R. Leech, Glenda Duester. *Keep On Running*. Chichester, England: John Wiley & Sons Ltd., 1994.

Nicol, C.W. *Moving Zen*. New York: William Morrow & Company, Inc. 1975.

Nielsen, Peter. "Tuned Shoes May Help Runners Break Olympic Records." *Reuters*. http://reuters.com, August 9, 2000.

Nigg, B. M. "Biomechanical Aspects of Running." *Biomechanics of Running Shoes*. B. M. Nigg, Editor. Champaign, Illinois: Human Kinetics Publishers, 1984, pages 1-26.

Nigg, B.M., and M. Morlock. "The Influence of Lateral Heel Flare of Running Shoes on Pronation and Impact Forces." *Medicine and Science in Sports and Exercise*. Volume 19, 1987, pages 294-302.

Noakes, Tim. *Lore of Running*. 3rd Edition. Champaign, Illinois: Human Kinetics. 1991.

Norkin, Cynthia C., and Pamela K. Levangie. *Joint Structure and Function*. 2nd Edition. Philadelphia, Pennsylvania: F.A. Davis Company. 1992.

Noronha, Francis. *Kipchoge of Kenya*. Elimu Publishers, 1970. Distributed in the United States by Tafnews Press: Los Altos, California.

Norton, Edward. U.S. Patent 4,288,929, *Motion Control Device for Athletic Shoe*. 1981.

O'Neil, Jim. "Leader of the Pack," (Lydiard). *The Runner*. October, 1982.

Ovett, Steve. *Ovett: An Autobiography*. Great Britain: Collins/Glasgow. 1984.

Paavolainen, L., and K. Hakkinen, I. Hamalainen, A. Nummela, H. Rusko, "Explosive-Strength Training Improves 5-km Running Time by Improving Running Economy and Muscle Power." *Journal of Applied Physiology*. Volume 98, Issue 5, May, 1999, pages 1527-1533.

Pandolf, K.B., and R. L. Burse, R. F. Goldman. "Role of Physical Fitness in Heat Acclimatization, Decay and Reinduction." *Ergonomics*, Volume 20, 1977, pages 399-408.

Parker, John. *The Frank Shorter Story*. Mountain View, California: Runner's World Magazine. 1972.

Parker, John. *Once a Runner*. Florida: Cedarwinds Publishing Company. 1978.

Parker, Mark, et al. U.S. Patent 4,817,304, *Footwear with Adjustable Viseolastic Unit*. 1989.

Parracho, Rui, et al. U.S. Patent 4,731,939, *Athletic Shoe with External Counter and Cushion Assembly*. 1988.

Paske, et al. U.S. Patent D370,116. *Peripheral Bladder for a Shoe Sole*. 1996.

Paske, et al. U.S. Patent D374,341. *Element for a Shoe Sole*. 1996.

Patton, George S. *The Patton Papers*. Martin Blumenson, Editor. 2 Volumes. Boston, Massachusetts: Houghton Mifflin Company. 1972.

Pavlov, Ivan P. *Conditioned Reflexes: An Investigation of the Physiological*. New York: Dover Publications Inc. 1927.

Pedemonte, Jimmy. "Updated Acquisitions About Training Periodization." *NSCA Journal*. October - November, 1982.

Pengelly, Scott. *Conversations on Arousal Addiction in Athletes*. Eugene, Oregon. 1988-1997.

Peters, Keith. "Conversation with Steve Scott and Herb Elliott." *Running*. May-June, 1981.

Peterson, Kirtland. *Mind of the Ninja*. New York: Contemporary Books, Inc. 1986.

Piaget, Jean. *The Child's Conception of Time*. Translated by A. P. Pomerans. New York: Basic Books. 1970.

Piaget, Jean. *The Construction of Reality in the Child*. Translated by Margaret Cook. New York: Basic Books. 1954.

Piaget, Jean. *The Mechanism of Perception*. Translated by G. N. Seagrim. New York: Basic Books. 1969.

Piaget, Jean. *Understanding Causality*. Translated by Donald and Margaret Miles. New York: Norton. 1974.

Piaget, Jean, and Barbel Inhelder. *The Child's Conception of Space*. Translated by F.L. Landon & J. L. Lunger. London: Routledge and K. Paul. 1956.

Piaget, Jean, and Barbel Inhelder. *The Psychology of the Child*. Translated by Helen Weaver. New York: Basic Books. 1969.

Pirie, Gordon. *Running Wild*. London: W. H. Allen & Co., Ltd. 1961.

Pirsig, Robert. *Zen and the Art of Motorcycle Maintenance*. New York: Bantam New Age Book. 1988.

Piwonka, R.W., and S. Robinson, V. L. Gay, R. S. Manalis. "Preacclimatization of Men to Heat by Training." *Journal of Applied Physiology*. Volume 20, 1965, pages 379-384.

Podell, Richard N., and William Proctor. *The G-Index Diet*. New York: Warner Books, Inc. 1993.

Popov, Ilia. "The Pros and Cons of Altitude Training." Published by the IAAF, Volume 9, Number 2, 1994, pages 15-21.

Popov, T. "3000 meter Steeplechase Hurdle Clearance," *Track and Field Quarterly Review*. Volume 79, Number 3, 1979, page 60.

Posterino, G.S., and T.L. Dutka, G.D. Lamb. "L (+)- lactate does not affect twitch and tetanic responses in mechanically skinned mammalian muscle fibers" *Pflugers Archiv: European Journal of Physiology*. Volume 442, Number 2, May, 2001, pages 197-203.

Pruett, E.D.R. "FFA Mobilization During And After Prolonged Severe Muscular Work In Men." J*ournal of Applied Physiology*. Volume 29, Number 6, 1970, pages 809-815.

Pugh, L.G.C.E. "Air Resistance in Sport." *Advances in Exercise Physiology*. E. Jokl, Editor. Basel, Switzerland: Karger. 1976.

Pugh, L.G.C.E. "The Influence Of Wind Resistance In Running And Walking And The Mechanical Efficiency of Work Against Horizontal Or Vertical Forces." *Journal of Physiology*. Volume 213, 1971, page 255.

Pugh, L.G.C.E. "Oxygen Intake in Track and Treadmill Running with Observations on the Effect of Air Resistance." *Journal of Physiology*. Volume 207, 1970, pages 823-835.

Raevuori, Antero, and Rolf Haikkola. *Lasse Viren-Olympic Champion*. Portland, Oregon: Continental Publishing House. 1978.

Reindell, Herbert, and Helmut Roskamm, Woldemar Gerschler. *Das Interval-Training*. Munich: Barth Publishers. 1962.

Rice, Stephen G. "The High School Athlete: Setting Up a High School Sportsmedicine Program." in *The Team Physician's Handbook*. M.B. Mellion, and W.M. Walsh, G.L. Shelton, Editors. Philadelphia: Hanley & Belfus. 1997.

Rice, Stephen G. "Update and Reflections on the Athletic Health Care System High School Injury Surveillance Study." *American Medical Athletic Association Quarterly*. Volume 1, Number 3, Summer, 1997.

Riley, Pat. *The Winner Within*. New York: G.P. Putnam's Sons. 1993.

Robbins, Steven E., and Gerard J. Gouw, "Athletic Footwear and Chronic Overloading." *Sports Medicine*. Volume 9, Number 2, 1990, pages 76-85.

Rogers, Bill, and Joe Concannon. *Updated Marathoning*. New York: A Fireside Book / Simon & Schuster. 1982.

Rosen, Mel, and Karen Rosen. *Sports Illustrated Track: The Running Events.* New York: Harper & Row Publishers. 1986.

Ross, Wilber L. *The Hurdler's Bible.* 2nd Edition. Arlington, Virginia: Yates Printing Company. 1969.

Sahlin, K. "Metabolic Changes Limiting Muscle Performance." *Biochemistry of Exercise VI.* Saltin, B., Editor. Champaign, Illinois: Human Kinetics. 1986.

Saltin, B., and J. Stenberg. "Circulatory Responses to Prolonged Severe Exercise." *Journal of Applied Physiology.* Volume 19, 1964, pages 833-838.

Saunders, Tony. "Steeplechase Technique and Training." *Track Technique.* Number 35, March 1969, pages 1102-1103.

Schmidt, R.A. *Motor Control and Learning: A Behavioral Emphasis.* 2nd Edition. Champaign, Illinois: Human Kinetics. 1988.

Schmidt, R.A. "Motor Learning Principles for Physical Therapy." *II Step Contemporary Management of Motor Control Problems.* M.J. Lister, Editor. Alexandria, Virginia: Foundation for Physical Therapy, Inc. 1991, pages 49-63.

Schmolinsky, Gerhardt. Editor. *Track and Field.* Berlin: Sportverlag. 1978.

Schneider, Howard. "Steve Ovett." *Runner's World.* August, 1979.

Seiler, Stephen. "Tighter Control on EPO Use by Skiers." *Sportsmedicine News.* January-February, 1997. http://www.sportsci.org/news/news9701/EPOfeat.html.

Sell, Jr., et al. U.S. Patent D347,106. *Bladder Element for a Shoe Sole.* 1994.

Sell, Jr., et al. U.S. Patent D347,315. *Bladder for a Shoe Sole.* 1994.

Sevene, Bob. *Conversation On Distance Running.* Eugene, Oregon. 1985.

Seydel, R., and S. Luthi, R. Fumi, K. Beard, O. Kaiser, U.S. Patent 6,266,897, *Ground Contacting Systems Having 3-D Deformation Elements for Use in Footwear.* 2001.

Shakespeare, William. *Richard III: The Bantam Shakespeare.* David Bevington et. al., Editors. Forward by Joseph Papp. New York: Bantam. 1988.

Shanebrook, J.R., and R.D. Jaszczak. "Aerodynamic Drag Analysis of Runners." *Medicine and Science in Sports.* Volume 8, Number 1, 1976, pages, 43-45.

Shapiro, Y., and A. Magazanik, R. Vdassin, G.M. Ben-Baruch, E. Shvartz, Y. Shoenfeld. "Heat Intolerance in Former Heatstroke Patients." *Annals of Internal Medicine.* Volume 90, Number 6, 1979, pages 913-96.

Shim, Sang Kyu. *The Making of a Martial Artist.* 1st Edition. Published Privately in the United States. 1980.

Shorten, Martyn. "The Energetics of Running and Running Shoes." *Journal of Biomechanics.* Volume 26, Supplment 1, 1993, pages 41-51.

Shorten, Martyn. U.S. Patent 5,197,206, *Shoe, Especially a Sport or Rehabilitation Shoe.* 1993.

Shorten, Martyn. U.S. Patent 5,197,207, *Shoe, Especially a Sport or Rehabilitation Shoe.* 1993.

Shorten, Martyn. U.S. Patent 5,201,125, *Shoe, Especially a Sport or Rehabilitation Shoe.* 1993.

Shorten, Martyn, and G.A. Valiant, L.B. Cooper. "Frequency Analysis of the Effects of Shoe Cushioning on Dynamic Shock in Running." *Medicine and Science in Sports and Exercise.* Volume 18, Supplement. 1986, pages 80-81.

Shorten, Martyn, and Darcy S. Winslow. "Spectral Analysis of Impact Shock During Running." *International Journal of Sport Biomechanics.* Volume 8, Number 4, November, 1992, pages 288-304.

Shorten, Martyn, and S.A. Wootton, C. Williams. "Mechanical Energy Changes and the Oxygen Cost of Running." *Engineering in Medicine*. Volume 10, Number 4, 1981, pages 213-217.

Shorter, Frank. *Conversation on Athletic Training*. Boulder, Colorado. 1999.

Sim-Fook, Lam, and A. Hodgson. "A Comparison of Foot Forms Among the Non-Shoe and Shoe-Wearing Chinese Population." *The Journal of Bone and Joint Surgery*. Volume 40-A, Number 1, January 1958, pages 1058-1062.

Sims, Graem, *Why Die? The Extraordinary Percy Cerutty, Maker of Champions*. Melbourne, Australia: Lothian Books. 2003.

Sleamaker, R.H. *Serious Training For Serious Athletes: Comprehensive Training Plans For Endurance Sports*. Champaign, Illinois: Human Kinetics. 1989.

Snell, Peter, and Garth Gilmour. *No Bugles, No Drums*. Auckland, New Zealand: Minerva, Ltd. 1965.

Sparks, Ken, and Garry Bjorklund. *Long Distance Runner's Guide to Training and Racing*. New Jersey: Prentice/Hall, Inc. 1984.

Spear, Michael. "Emil Zatopek gives Modern Day Runners the Truth Behind the Myth." *Runners World Annual*. 1982.

Spence, Gerry. *How to Argue and Win Every Time*. New York, St. Martin's Press. 1995.

Squires, Bill with Raymond Krise. *Improving Your Running*. Lexington, Massachusetts: Stephen Greene Press. 1982.

Stacoff, A., and J. Denoth, X. Kaelin, E. Stuessi. "Running Injuries and Shoe Construction: Some Possible Relationships." *International Journal of Sport Biomechanics*. Volume 4, 1988, pages 342-357.

Stacoff, A., and X. Kaelin. "Pronation and Sportshoe Design." *Biomechanical Aspect of Sport Shoes and Playing Surfaces*. B. M. Nigg and B.A. Kerr, Editors. Calgary, Alberta: University of Calgary, 1983, pages 143-151.

Staheli, Lynn. "Shoes for Children: A Review." *Pediatrics*. Volume 88, Number 2, August, 1991.

Stampfl, Franz. *Franz Stampfl on Running*. London: Herbert Jenkins Ltd. 1955.

Suslov, Felix. "Basic Principles of Training at High Altitude." Published by the IAAF. Volume 9, Number 2, 1994, pages 45-50.

Suzuki, Daisetz. *Zen and Japanese Culture*. Princeton, New Jersey: Bollingen Foundation, Inc., Princeton University Press. 1973.

Suzuki, Shunryu. *Zen Mind, Beginner's Mind*. New York / Tokyo: Weatherhill. 1970.

Swami Vishnu-devananda. *The Complete Ilustrated Book of Yoga*. New York: Crown Trade Paperbacks. 1988.

Takuan Soho. *The Unfettered Mind*. Translated by William Scott Wilson. New York: Kodasha International USA Ltd. / Harper & Row. 1986.

Tames, Roger. Steve Cram: *The Making of An Athlete*. London: W. H. Allen. 1984.

Tanaka, H., and J. Cleroux, J. de Champlain, J.R. Ducharme, R. Collu. "Persistent Effects of a Marathon Run on the Pituitary-Testicular Axis." *Journal of Endocrinological Investigation*. Volume 9, Number 2, April, 1986, pages 97-101.

Thucydides. *The Peloponnesian War: The Landmark Thucydides*. Robert B. Strassler, Editor. Introduction by Victor Hanson. New York: Free Press. 1996.

Tohei, Koichi. *Ki In Everyday Life*. Tokyo, Japan: KI NO Kenkyakai, H.Q. 1981.

Torrence, E. P., and R. E. Myers, *Creative Learning and Teaching*. New York: Dodd, Mead. 1972.

Tschiene, Peter. "The Further Development of Training Theory." *Science Periodical on Research and Technology in Sport*. Volume 8, Number 4, 1988.

Tzu, Lao. *Tao Te Ching*. Translated by D.L. Lau. Middlesex, England: Penguin Books Ltd. 1963

Ueshiba, Kisshomaru. *The Spirit of Aikido*. Tokyo: Kodansha International. 1987.

Unold, E. "Erschuetterungsmessungen beim Gehen und Laufen auf verschiedenen Unterlagen mit verschiedenem Schuhwerk." *Jugend und Sport*. Volume 8, 1974, pages 280-292.

Urhausen, A., and H. Gabriel, W. Kindermann. "Blood Hormones as Markers of Training Stress and Overtraining." *Sports Medicine*. Volume 20, Number 4, October, 1995, pages 251-276.

Voss, Dorothy, and M.K. Ionta, B. Myers. *Proprioceptive Neuromuscular Facilitation*. 3rd Edition. Philadelphia, Pennsylvania: Harper & Row. 1985.

Waitz, Grete, and Gloria Averbuch. *World Class*. New York: Warner Books, Inc. 1986.

Walnum, Paul K., A.T.C. "Heat Illness and the Runner." *Track and Field Quarterly Review*. Volume 89, Number 2, 1989, pages 37-39.

Walsh, Chris. *The Bowerman System*. Los Altos, California: Tafnews Press 1983.

Ward-Smith, A.J. "Air Resistance And Its Influence On The Biomechanics And Energies Of Sprinting At Sea Level And At Altitude." *Biomechanics*. Volume 17, 1984, pages 339-347.

Warhurst, Ron. "Training for Distance Running and the Steeplechase." *Track and Field Quarterly Review*. Volume 85, Number 3, 1985, pages 13-14.

Watman, Mel. Editor. *The Coe and Ovett File*. Kent, England: Athletics Weekly. 1982.

Watts, Denis. "Hints on Steeplechasing." *Track Technique*. Number 41, September. 1970, pages 1306-1307.

Weiner, Melvin. *The Cognitive Unconscious: A Piagetian Approach to Psychotherapy*. Forward by Jean Piaget. Davis, California: International Psychology Press. 1975.

Weissbluth, Marc. *Healthy Sleep Habits, Happy Child*. New York: Fawcett Columbine / Ballantine Books. 1987.

Weissbluth, Marc. "Naps in Children: 6 Months-7 Years." *Sleep*. Volume 18, Number 2, 1995, pages 82-87.

Werner, Chick. "The Steeplechase." *Track in Theory and Technique*. Richmond, California: Worldwide Publishing Co. 1962.

Westmoreland, Barbara, et al. *Medical Neurosciences*. Third Edition. New York: Little, Brown and Company. 1994

Wiger, Chick. "The 3000 meter Steeplechase." *Track and Field Quarterly Review*. Volume 79, Number 3, 1979, pages 53-56.

Will, George. *Statecraft as Soulcraft*. New York: Touchstone Book/Simon & Schuster, Inc. 1983.

Williams, Melvin H., and Sid Wesseldine, Thomas Somma, Rudolf Schuster. "The Effect of Induced Erythrocythemia Upon 5-Mile Treadmill Run Time." *Medicine And Science In Sports And Exercise*. Volume 13, Number 3, 1981, pages 169-175.

Willman, Howard. "Steve Ovett." *Track & Field News*. Los Altos, California: Tafnews Press. November, 1985.

Will-Weber, Mark, Editor, *The Quotable Runner*, Halcottsville, New York: Breakaway Books, 2001.

Wilson, Harry. *Running Dialogue*. London: Stanley Paul. 1982.

Wilt, Fred. *Run, Run, Run*. Los Altos, California: Tafnews Press. 1964.

Wyndham, C.H., and N.B. Strydom. "The Danger of Inadequate Water Intake During Marathon Running." *South African Medical Journal*. Volume 43, 1969, pages 893-896.

Yakovlev, N.N. *Sports Biochemistry*. Leipzig, DHFK. 1967.

Yasuo, Yuasa. *The Body*. Thomas Kasulis, Editor. Translated by Nagatomo Shigenori and Thomas Kasulis. New York: State University of New York Press. 1987.

Yoshikawa, Eiji. *Musashi*. Translated by Charles S. Terry. New York: Harper & Row Publishers. 1981.

## AFTERWORD



**A**thletics at the highest level is both a science and an art. The road to mastery is not a simple or easy one. Paradoxically, athletes must first master theory, method and technique so that they can ultimately be liberated from it. Musicians study and practice for many years so that, when inspired, they can put it all aside and play jazz. But in mastering any art, there is also need for emotional and experiential maturation from within—or what the blues musicians refer to as mileage. The challenge is no different for the aspiring coach or athlete. I wish you success and enlightenment along the way.

> —Robert M. Lyden
> Portland, Oregon 2003

# INDEX

## A

Abduct, page 426.
Abmayr, Walter, pages 221, 224, 242, 267.
Achilles Tendonitis, pages 271-284, *see Chapter 9*.
Acquisition, pages 36, 45, 426.
Active Recovery, pages 84-85, 101, 164, 426.
Actual Performance, pages 32-33, 40-41, 426.
Acute Fatigue, page 26.
Adamik, Jaroslav, pages 280, 306.
Adams, William, page 380.
Adduct, page 426.
Adlercreutz, H., page 405.
Aerobic Ability, pages 57-59, 64, 72, 107, 116-117, 126, 426.
Aerobic Pathway, pages 58-59, 61.
Aerobics, pages 221, 247.
Aerodynamic Apparel, pages 363-364, *see Chapter 14*.
Aerodynamic Drag, pages 358-359, 402, 426, *see Chapter 14*.
Aerts, P., page 307.
Alarm Reaction, pages 189-190.
Alexander, F. Mathias, pages 204-205, 224.
Alford, Jim, page 380.
Allen, Mark, pages 399, 404.
Allergies, page 75.
Altitude Training, pages 97, 107, 398, *see Chapter 13*.
Amery, Richard, page 380.
Anabolism, pages 26, 74, 223, 231, 247, 386, 426.
Anaerobic, pages 57-58, 60-63, 104, 107.
Anaerobic Threshold, pages 60-68, 70-74, 77, 97, 107, 127, 232, 393-395, 426.
Anaerobic Threshold Steady State, 70-71, 83-84, 101, 426-427.
Anderson, Arne, page 69.
Anderson, Owen, pages 351-352.
Anemia, pages 26, 75, *see Chapter 11*.
Anterior Pelvic Tilt, pages 301-304.
Apparel, pages 335-337, 398-399.
Aquinas, Thomas, pages 181, 185, 224, 235.
Arce, J., pages 386, 404.
Arch Support, pages 294-296.
Arches, page 282.
Aristotle, pages 181, 185, 235.
Arm Swings, pages 219-220.
Armstrong, Geoff, pages 87, 94.
Arousal Addiction, pages 190-191, *see Chapter 6*.
Artificial Surfaces, pages 205-206, 396-397.
Ascent, pages 35, 37, 43, 86, 114-116, 153-154, 158, 169, 176, 252-253, 329-332, 423-349, 427, *see Chapter 5*.
Ashenden, M., pages 350, 353.
Ashenfelter, Horace, page 367.
Asmundson, R.C., pages 325, 352.
Assman, G., pages 325, 352.
Astaire, Fred, page 202.
Åstrand, Per Olaf, pages 59, 66, 94, 113, 117, 151, 228-229, 267, 339.
Athletic Level, pages 45-48, 427.
ATP (Adenosine Trisphosphate-Phosphocreatine), pages 57, 391.

ATP-Aerobic, pages 57-58, 427.
ATP-Lactic Acid, pages 57-58, 104-105, 145, 165, 427.
ATP-PC, pages 57-58, 104-105, 165, 427.
Attachment, pages 109, 183.
Augustine, pages 181, 185, 235.
Autio, James, pages 75, 94, 391, 400, 404.

## B

Babbit, Mark, pages 399, 404.
Balance, pages 128-130, 145, 165-166.
Balke, B., page 353.
Barefoot Running, pages 74, 77, 85, 108, 205, 221-223, 238-240, 247, 293-294, 372, 376-377, 395-397.
Barron, J.L., pages 384, 404.
Base Period, pages 33, 37, 57, 79-82, 90-91, *see Chapter 2*.
Bassett, D.R., page 352.
Bates, Barry, pages 274, 275, 285, 306, 308.
Battered Athlete Syndrome, page 81.
Beamon, Bob, page 341.
Beard, K., pages 276, 309.
Beardmore, Roger, page 380.
Beauchamp, L., pages 308, 319.
Becker, Robert, pages 76, 94.
Benoit Samuelson, Joan, pages 108, 356, 358.
Ben-Baruch, G.M., page 339.
Benson, Tony, page 380.
Beres, George, pages 238, 267, 276, 307, 380.
Berghold, Franz, pages 345, 352.
Berglund, Bo, pages 322, 325, 345-346, 352.
Bergström, J., page 404.
Bernauer, E.M., page 352.
Bettman, Otto, pages 135, and 202.
Bi-Annual Athletic Season Configuration, pages 51, 427.
Biennial, pages 52, 427.
Biewnere, A., page 319.
Bikila, Abebe, page 293.
Biking, *see Cycling*.
Biomechanics, pages 205-206, 232, 239-240, 271-272, 282-283, 286, 289, 296-297, 395-397.
Bjorklund, Garry, pages 58, 95, 341, 353.
Blocked Practice, pages 205-206.
Blood Doping, pages 349-352.
Blood Glucose, pages 391, 397-398.
Blood Lactate, pages 61-64, 67, 97, 107, 393, 395.
Blood pH, pages 64, 75, 189, 347, 389.
Blood Sugar, pages 75, 401-402.
Blumenson, Martin, page 151.
Bly, Robert, pages 204, 224.
Bodecker, Sandy, page 364.
Body Fat, pages 193-194.
Bompa, Tudor O., pages 55, 246, 267.
Bonen, A., pages 386, 404.
Bones of the Lower Extremities, page 272.
Bowerman, Bill, pages 6-7, 10, 55, 94, 118, 151, 219, 245, 267, 296, 298, 314, 374, 380.
Bradycardia, pages 72, 92, 231.
Brain, page 62.
Braithwaite, K., page 352.

Brand-Miller, Jennie, pages 189, 199, 404.
Brasher, Chris, page 404.
Breakaway, pages 127, 148.
Breaks, *see Worthwhile Break*.
Breathing, pages 75-76, 210-214, 347, 375-376.
Broker, J.P., page 352.
Brooks, G.A., pages 391-392, 404.
Brownlie, Leonard R., pages 363-365.
Bruot, B.C., page 405.
Buehler, Al, page 380.
Bunions, pages 299-300.
Burke, Edmund, page 111.
Burke, E.R., pages 322, 325.
Burse, R.L., page 339.
Bush, Jim, page 380.

# C

Caffeine, page 401.
Caiozzo, Vincent J., page 365.
Callusing, pages 146-150, 427.
Campbell, W.W., pages 386, 404.
Capillaries, pages 59, 64, 72-73, 390, 395.
Carbohydrate / Fatty Acid Threshold, pages 390-395.
Carbohydrates, pages 62-65, 75, 400.
Cardiac Output, page 72.
Catabolism, pages 26, 74, 223, 247, 386, 427.
Catlin, M.E., pages 306, 318.
Cavanagh, Peter, pages 268, 275, 277, 279, 281, 285, 292, 294, 306-307, 318.
Cecil Textbook of Medicine, pages 321, 325, 352.
Center of Pressure, pages 296-297.
Central Fatigue, pages 397-398.
Cerutty, Percy, pages 6, 39, 70, 74-76, 79, 94, 96, 104, 108, 111, 117, 125, 151, 194, 199, 207, 208, 223-224, 233, 235, 238, 266-267, 302, 318, 347, 352, 380, 396-397, 400, 404.
Champlain, J. de, page 406.
Chang Tsai, page 318.
Charland, Jeff, pages 206, 225.
Cheng, George, pages 309, 319.
Chenier, T.C., page 267.
Cheskin, Melvin, page 307.
Chondromalacia, see Knee Pain.
Chopra, Deepak, pages 270, 307.
Chronic Fatigue, pages 26, 36, 187.
Churchill, Winston, pages 338-339.
Cierpinski, Valdemar, page 389.
Circadian Rhythm and Travel, pages 168, 333.
Clarke, Ron, page 194.
Clarke, Tom, pages 280, 307-308, 314, 318-319, 399, 405.
Clayton, Derek, page 395.
Clement, D., pages 306, 316, 318, 325, 352-353.
Cleroux, J., page 406.
Coaching Style or Role, pages 6, 8, 12-13, 38-39, 52, 54, 68-70, 79, 82, 110-111, 170, 181, 190, 191, 194-199, 224, 233-234, 245-246, 266, 305, 327, 352, 373-375, 403.
Coe, Peter, pages 242, 267.
Coggan, A.R., pages 401, 405.
Cohen, J., page 339.
Colagiuri, Stephen, pages 199, 404.

Collu, R., page 406.
Compartment Syndrome, page 304.
Competitive Phase, pages 45, 427.
Concentric, page 427.
Consolidation, page 36, 45, 428.
Control Run, *see Time Trial*.
Controlled Recovery (CR), pages 135, 145.
Cooper, L.B., pages 307, 309, 314, 318-319, 399, 405.
Cost of Cushioning, page 314.
Costill, David L., pages 58, 59, 94, 194, 199, 267, 328-329, 339, 393-394, 401, 404.
Couch, Jean, pages 215, 218, 224.
Cowan, James, page 224.
Coyle, Edward F., pages 66, 72-73, 94, 189, 199, 231, 267, 390-395, 397-398, 400-402, 405.
Coyle, Effie, page 199.
Crim, W.C., pages 386, 404.
Cromartie, Fred, pages 221, 225.
Cronkite, Walter, page 271.
Cross-Country Skiing, pages 58, 240-241.
Cross-Training, page 238-245, *see Chapter 8*.
Cycling, pages 241-242.

# D

Dales, George, pages 342, 352.
Dalsky, G.P., page 405.
Dance, pages 202, 208, 245, 248.
Daniels, Jack, pages 42, 55, 58, 64, 66, 87, 94, 130, 151, 307, 309, 318-319, 320, 321-322, 325, 339, 342-44, 346, 348, 352-353, 357, 365, 394, 405.
Date Pace, pages 40-41, 85-86, 101, 117-122, 389, 428.
Dawson, P., page 267.
Day Before Race routine, pages 167-168, 428.
Day Off, pages 163-164.
Deane, Herbert, pages 181, 185.
de Castella, Rob, page 386.
de Champlain, J., page 406.
De Clercq, D., page 307.
De Souza, M.J., page 404.
Decline, pages 36-37, 45, 428, *see Chapters 5 and 6*.
Dehydration, pages 75, 189, 328, 347, 399, 402.
Delayed Transformation, pages 35-36, 46, 192, 428.
Dellinger, Bill, pages 7, 40, 55, 108, 135, 147, 151, 238, 267, 276, 307, 368, 380.
Denoth, J., page 309.
Density, pages 11, 20, 129, 145.
Descent, pages 153-156, *see Chapter 5*.
De-Training, page 193.
Dick, F.W., page 55.
Diet, *see Nutrition*.
Digestive Problems, page 75.
Dill, D.B., page 352.
Distribution of Power Output, pages 73-74, 205-206, 296-297, 395-396.
Dixon, Rod, page 382.
Dogen Kigen, pages 79, 209, 270.
Dörnhoefer, Sabrina, page 331.
Downhill Running, pages 108-109.
Drafting, *see Chapter 14*.
Drake, Jonathan, pages 205, 224.
Drayton, Jerome, pages 384, 404.

Dressendorfer, R.H., pages 306, 318, 323, 325.
Drugs, pages 26, 74-75, 349-352.
Ducharme, J.R., page 406.
Duester, Glenda, pages 95, 328, 339, 383, 390-391, 398, 400, 406.
Dufaux, B., pages 325, 353.
Duhaime, G., page 353.
Duration, pages 11, 129.
Dürckheim, Karlfried Graf, pages 76, 94, 198-199.
Dvorak, B.A., pages 231, 267.
Dynamic Stretching and Flexibility Routine, *see Stretching*.
Dyson, Geoffrey, page 380.

# E

Easy Recovery, pages 164, 428.
Eating Disorders, pages 190-191, 305.
Eccentric, page 428.
Economy, *see Running Economy*.
Edge Effect, pages 280, 288.
Edington, C., pages 279, 307.
Efficiency, pages 389, 395-396, 429, *see Running Economy*.
800 Meters, pages 38, 58, 81, 86, 93, 100, 102, 104, 106, 112-114, 120-123, 127-133, 135, 137, 142, 144-145, 166, 172, 178-180, 228-229, 334.
Ekstrand, J., pages 323, 325.
Elder, A.C., page 380.
Electrical Phenomenon and Human Body, pages 76-77.
Electrolytes, pages 401-402.
Elliott, Charles, page 380.
Elliott, Herb, pages 73, 94, 104, 108, 167-168, 181, 185, 238, 242, 279, 356.
Employment, pages 245-246.
Endurance, pages 52, 127, 246-248.
EPO, see RhEPO.
Equilibrium, pages 71, 429.
Equilibrium (Principle of), *see Principle of Equilibrium*.
Equivalent Performances, pages 42, 118, 130-133, 429.
Erthropoietin, page 350.
Excitotoxins, page 75.
Exploded View, page 146.
External Training Load, pages 11, 429.
Evans, W., pages 58, 94.
Evans, W. J., pages 386, 404.

# F

Fagan, J., page 224.
Falsetti, H.L., pages 322, 325.
Fartlek, pages 70, 85, 101, 103, 107, 117, 126, 429.
Fast Twitch Muscle Fibers, *see Muscle Fiber Types*.
Fatigue and Inhibition, pages 218-219.
Fatty Acids, pages 62-65, 75, 390-394, 399-402.
Faulkner, J.A., pages 346, 353.
Fear of Failure, pages 182-183.
Fear of Success, pages 183-185.
Feld, R., pages 322, 325.
Feldenkrais, Moshe, pages 214, 224.
50-60 drill, page 166.
1,500 Meters, pages 38, 42-43, 58, 81, 86, 93, 100, 102, 106, 108, 113-114, 121-123, 128, 131-133, 135, 138, 142, 144-145, 157, 166, 168, 173, 176, 178-180, 227-228, 239, 255, 327, 334, 340-341, 355, 356, 367, 377, 386-388.
Finishing Speed, pages 40-41, 44-45, 81-82, 86, 101, 119-122, 123-124, 127, 130, 147, 165, 429.
Fišer, Ladišlav, pages 130-131, 151.
Fisher, A., page 339.
Fisher, Bill, page 380.
Fisher, V., pages 308, 319.
5,000 Meters, pages 38, 44, 53, 58, 81, 84, 93, 100, 102, 107-108, 121-123, 128-129, 131-133, 135, 140-141, 142, 144-145, 148-149, 157, 163, 166, 175-180, 194, 227-228, 236, 245, 255, 328, 334, 341, 355, 367, 377, 386-389, 394, 396.
Fix, David, page 380.
Flared Soles, pages 284-285.
Fleck, Steven J., page 94.
Flexibility, page 52.
Flight or Fight, page 74.
Fluids, pages 75, 169, 401-402.
Foley, Peter, pages 322, 325,
Food Intolerances, page 75.
Footpath and Hill Running, pages 288-289.
Footwear, pages 336, 376, 398-399, *see Chapters 9 and 10*.
Form Drills
    Plyometric, pages 221-222, 242-243.
    Stationary, pages 219-221, 370-371.
Foster, C., pages 231, 267.
Foster-Powell, Kay, pages 189, 199, 404.
400 Meters, pages 58, 81, 104, 114, 128, 133, 135-136, 142, 144, 171, 334, 354.
Fox, E. L., pages 393, 404.
Fox, Edward, pages 72, 94, 267, 329, 339.
Francone, Clarice A., pages 323, 325, 350, 353.
Franklin, Owen, page 186.
Frederick, E.C., pages 279, 291, 307-308, 312-314, 318-319, 322, 325, 353, 399, 405.
Frederickson, Ray, pages 276, 307.
Freeman, Cathy, pages 354, 364.
Freeman, William H., pages 6-7, 19, 55.
Freidman, D.B., page 353.
Frequency, pages 11, 129, 145.
Friction Induced Drag, pages 358-359, 429, *see Chapter 14*.
Fumi, R., pages 276, 309.

# G

Gabriel, H., page 406.
Gambetta, Vern, page 380.
Gamow, Rustem Igor, pages 316, 319, 350-351.
Gartland, John, page 380.
Gay, V.L., page 339.
Gerschler, Woldemar, page 112.
Gilbert, Jimmy, pages 130, 313, 318, 339.
Gilmour, Garth, pages 84, 97, 111, 113, 227, 267.
Gilsolfi, C.V., page 339.
Glycemic Index, pages 75, 401.
Goal Pace, pages 40, 101, 117, 389, 430.
Goldman, R.F., page 339.
Goodall, Jane, pages 74, 94.
Goodyear, L.J., page 308.
Gorostiaga, E.M., pages 231, 267.
Gouw, Gerard J., pages 240, 267.

Greed, pages 170, 323-324, 388.
Greene, Peter, pages 275, 307, 309, 318, 319.
Griak, Roy, page 380.
Gross, A., page 365.

## H

Habits, pages 71, 181, 203-204, 235.
Habituation, pages 27, 127, 192, 205, 430.
Hackney, A., pages 386, 405.
Haegg, Gunder, pages 69, 107.
Hagberg, J.M., page 405.
Hahn, A., pages 350, 353.
Hair, pages 357-358.
Hakkinen, K., page 267.
Halberg, Murray, page 245.
Hamalainen, I., page 267.
Hamill, C.L., pages 307-308.
Hanson, P.G., page 339.
Harbig, Rudolf, page 112.
Hard Day-Easy Day Rule, pages 20, 430.
Harkonen, M., page 405.
Harre, Dietrich, pages 16, 39, 46, 55.
Harris, Cyril B., pages 274, 308.
Hartwick, Barry, pages 367, 381.
Hatcher, Chris, page 224.
Hatfield, Tinker, page 294.
Hawley, J.A., pages 390, 405.
Hayes, J., pages 322, 325, 353.
Hayes, J.W., pages 308, 313, 319.
Head, Ian, pages 87, 94.
Heart Rate, pages 19, 60-66, 68-69, 72, 92, 106, 145, 167, 221, 231, 242.
Heart Rate Deflection Point, pages 60-61, 67, 92, 393-394, 428.
Heart Rate Maximum and Age, pages 64-65.
Heart Rate Monitoring, pages 68-69, 85, 345.
Heat Acclimatization, pages 329-332, *see Chapter 12*.
Heat and Humidity, page 329, *see Chapter 12*.
Heat Cramps, Exhaustion, and Stroke, pages 327-328, *see Chapter 12*.
Heat Loss, pages 328, 336, 399.
Heel Elevation, pages 274, 290.
Hematocrit, pages 323, 350-351.
Hemoglobin, pages 323, 350-351.
Henson, Phil, page 380.
Hermans, Jos, page 389.
Hermansen, L., page 404.
Herr, Hugh, pages 276, 308, 316, 319.
Heschel, Abraham, page 270.
Hessel, Del G., page 380.
Hickson, R.C., pages 231, 267.
Hill, A.V., page 365.
Hill Circuits, pages 101, 103-104, 106, 108.
Hill Bounding, pages 102, 104.
Hill Period, pages 33, 37, *see Chapter 3*.
Hill Running Technique, pages 102-103.
Hilmelstein, Philip, page 224.
Hip, pages 300-301.
Hislop, Chick, pages 369-374, 377-379, 381.
Hodgkinson, B.J., pages 400, 405.
Hodgson, A., pages 299, 309.
Hoederrath, A., pages 325, 352.
Hoerner, S.F., pages 360, 365.

Hoffman, P., pages 299, 308.
Hollister, Geoffrey, pages 280, 307, 395.
Hollman, W., pages 325, 352.
Holloszy, J.O., page 405.
Holmer, Gosta, pages 69-70.
Hopkins, W.G., pages 390, 405.
Hoppenfeld, Stanley, page 308.
Hopper, M.K., pages 401, 405.
Houmard, J.A., pages 231, 267.
Howley, E.T., pages 307-308, 319.
Huang, G., pages 316, 319.
Hultman, E., page 404.
Humes, James C., page 339.
Humidity, see Chapter 12.
Huntsman, Stan, page 381.
Hurley, B.F., pages 267, 390, 405.
Hyams, Joe, pages 224, 236.
Hypoglycemia, pages 328, 398, 402.

## I

IAAF, pages 315-316.
Ibbotson, Derek, page 153.
Ice, pages 169, 284, 327.
Igloi, Mihaly, pages 69-70.
Iharos, Sandor, page 69.
Iliotibial (IT) Band Syndrome, pages 288-289.
Immature Athlete, pages 194-195.
Injuries, pages 192, 204, *see Chapter 9*.
Intensity, pages 11,19-20, 87, 118, 129.
Internal Training Load, pages 11, 12, 135, 430.
Interval Training, pages 11, 12, 35, 74, 112, 114, 119, 124-126, 148-149, 430.
Intra-Muscular Triglycerides, pages 62, 390-395, 399-400.
Inversion Spains, page 299.
Inward Rotation, pages 279, 430.
Ionta, M.K., page 225.
Iron Deficiency Anemia, *see Chapter 11*.
Iron Supplements, pages 321-322.
Ivers, Tom, pages 284, 308.

## J

Jacob, Stanley W., pages 323, 325, 350, 353.
James, Clifford, pages 299, 308.
James, S.L., pages 274, 306, 308.
Janssen, Peter G.J.M., pages 60, 62-63, 65-66, 67, 94, 339, 353, 385, 390-391, 405.
Janus, page 153.
Jarver, Jess, page 381.
Jaszczak, R.D., page 365.
Jensen, C., pages 386, 405.
Jeukendrup, A.E., pages 400, 405.
Johanson, C., page 353.
Jordan, Michael, page 294.
Jorgensen, U., pages 323, 325.

## K

Kaelin, X., page 309.
Kaijser, L., page 353.
Kaiser, O., pages 276, 309.
Kammer, W.F., page 339.
Karate, page 209.

Kata, pages 209-210.
Keino, Kip, pages 340-341, 367.
Keizer, H.A., page 404.
Kenyan Children, page 240.
Kerdok, A., pages 316, 319.
Kerr, B.A., pages 308, 319.
Keska, Karl, page 348.
Kick, pages 127, 147-148.
Kienzle, Thomas, page 354.
Kilgore, Bruce, pages 276, 285, 308.
Kim, Hee-Jin, pages 55, 94, 151, 224, 270, 308.
Kindermann, W., page 406.
Kinney, Barbara, page 382.
Knee Pain, pages 284-288.
Koch, Damien, pages 348, 353.
Koppel, Naomi, pages 351, 353.
Kosgei, Mike, pages 221, 224, 242, 267.
Kožík, František, pages 70, 94.
Kraemer, William J., pages 57, 94.
Kraftsow, Gary, pages 215, 218, 225.
Krebs Cycle, page 58.
Kresser, Raymond, page 381.
Kunnen, M., page 307.
Kuoppasalmi, K., pages 386, 405.
Kurowski, T.T., pages 23, 267.
Kyle, C.R., pages 352, 355, 362-365.

**L**

Lactate Threshold, *see Blood Lactate*.
LaFortune, M.A., pages 306-307, 318.
Lamb, G.D., pages 58, 95.
Landa, J., pages 307, 318.
Langman, N., pages 316, 319.
Larsen, J.L., pages 307, 314, 319, 399, 405.
Lasts, pages 296-297.
Lateral Side, page 430.
Lauck, Anne Marie, page 326.
Leech, A.R., pages 95, 328, 339, 383, 390-391, 398, 400-401, 406.
Leeds, Anthony, pages 199, 404.
Levangie, Pamela K., page 309.
Levine, B.D., page 353.
Levy, W., pages 383, 404.
Liao, Waysun, page 225.
Liddell-Hart, B.H., pages 356, 365.
Linderman, Ralph, page 381.
Linnarsson, D., pages 392, 405.
Liquori, Marty, pages 69, 110, 165, 185.
Load-Leaping, pages 31-32.
Load-Wave, pages 21, 430.
Long Run
    extensive, pages 63, 88, 90, 165.
    intensive, pages 63, 394.
Lopes, Carlos, page 389.
Luciano, A.A., page 404.
Luthi, Simon, pages 276, 309.
Lydiard, Arthur, pages 6, 34, 55-56, 66-67, 70, 84, 95, 97-98, 104, 111, 113, 124, 125, 151, 208, 223, 227, 267, 296, 298, 306.
Lyden, Bob, pages 226, 271.
Lyden, Robert, pages 181, 185, 276, 278, 285, 291, 295-296, 309, 316-317, 319, 335, 337, 339, 351, 365, 399.

**M**

MacFarland, E., page 365.
MacLellan, Gordon, pages 308, 319.
Macro-Cycles, pages 25, 36-51, 120-122, 150, 230, 430.
Macro-View, page 146.
Mader, Milan, pages 70, 396, 405.
Magazanik, A., page 339.
Maier, Hanns, pages 79, 95, 225.
Maile, Florence, pages 74, 95.
Main Race Event, pages 38, 42, 116, 120-122, 127-133, 156, 430.
Maktoum, H. H. Sheikh Mohammed Bin Rashid Al, pages 94-95.
Malewicki, D., page 365.
Mamede, Fernando, page 389.
Manalis, R.S., page 339.
Man-ch'ing, Cheng, page 225.
Marathon, pages 58-59, 78, 84, 93, 108, 131, 236, 293, 332, 334, 355-356, 358, *see Chapter 16*.
Marcinik, E.J., page 267.
Martin, David, pages 242, 267, 325, 347, 350, 353.
Martin II, W.H., page 405.
Masters, Roy, pages 352-353.
Matesic, Brian C., pages 221, 225.
Mathews, Donald, pages 72, 94, 267, 329, 339.
Mathias, Bob, page 73.
Mature Athlete or Master, pages 198-199.
Maturing Athlete, pages 195-196.
Matveyew, L., pages, 31, 55, 114.
May, Donald F., pages 347, 353.
Maximum Heart Rate, pages 64-65.
Maximum Oxygen Uptake, *see $VO_2$ Maximum*.
McAtee, Robert E., pages 206, 225.
McCraken, Grant, pages 270, 309.
McFarlane, Brent, pages 372, 381.
McKenzie, John, pages 68, 95.
McMahon, Thomas, pages 275, 307, 309, 316, 318-319.
McNicol, K., pages 307, 316, 318.
Mechanical Efficiency of Footwear, pages 314-316, 398-399, *see Chapter 10*.
Medhurst, C.W., pages 325, 352.
Media, pages 169, 181.
Medial Side, page 430.
Mega-Cycles, pages 45-51, 430.
Mennea, Pietro, page 341.
Mental Considerations, pages 12, 21, 26-27, 62-63, 69, 77, 87-88, 107, 109-111, 116-118, 125-127, 146-150, 153, 163-164, 166-167, 169, 170, 181-185, 188-199, 202-205, 206, 233-234, 245-246, 248, 266, 356, 402-403.
Mercier, J., page 404.
Meso-Cycles, pages 25, 29-36-42, 90-91, 98, 102, 106, 114-116,118, 120-122, 160-161, 187-188, 223, 430.
Meyers, B., page 225.
Micro-Cycles, pages 21, 22, 24-25, 36, 82-83, 101-103, 106, 108, 115, 187, 248-252, 431.
Micro-View, page 146.
Mileage, *see Quantity*.
Millar, R.P., pages 384, 404.
Mills, Billy, page 152.
Minard, D., page 339.
Misevich, K.W., pages 275, 285, 307, 308.

Mitchell, J.B., page 267.
Mitochondria, pages 59, 64, 390, 395.
Moens, Roger, page 112.
Montain, S.J., pages 401, 405.
Moore, Kenny, pages 245, 267, 374, 389, 394, 403, 405.
Morlock, M., pages 285, 309.
Morning Runs, pages 84-85, 89-90, 164.
MSG, page 75.
Musashi, Miyamoto, pages 54, 55, 245, 267, 365, 403, 405.
Muscle Fiber Types, pages 58-59, 72-73, 97, 117, 228-229.
Muscle Strains, pages 305-306.
Muscles of the Lower Extremities, page 273.
Muscular Endurance, page 230.
Muscular Hypertrophy, pages 228, 230, 253-254, 431.
Music, pages 20, 221, 223, 245, 247, 266.

## N

Nakamura, Kiyoshi, pages 77, 79, 403.
Natural Buffers, page 189.
Naveri, H., page 405.
NCAA, pages 52, 80-82, 176.
Nehemiah, Renaldo, page 381.
Neil, R., pages 308, 319.
Nemesis, page 153.
Nemeth, P.M., page 405.
Neuroma, page 297.
Neuromuscular Stereotypes, pages 71, 117, 148, 218, 235, 430.
New York Marathon, pages 382, 404.
Newhouse, I.J., pages 325, 353.
Newsholme, E.A., pages 64, 95, 328, 339, 383, 390-391, 397-398, 400-401, 406.
Newton, Arthur, page 385.
Nielsen, Peter, pages 316, 319, 399, 406.
Nigg, B.M., pages 285, 309, 319.
Noakes, Tim, pages 95, 130, 151, 290, 309, 384, 404.
Norkin, Cynthia C., page 309.
Norton, Edward, pages 280, 309.
NSCA Journal, pages 231, 267.
Nummela, A., page 267.
Nutrition, pages 74-76, 190-191, 399-402.

## O

Occlusion, pages 72, 395.
Oldridge, Neil, pages 346, 352.
Olympic Games, pages 13, 36, 45, 48, 50, 52-54, 150, 152, 157, 159, 160-161, 228-229. 236, 245, 293, 316, 326, 340-341, 348, 354, 356, 358, 367, 383, 389, 394, 403.
100-ups, pages 218-219, 370.
Optimal Training, pages 15, 19, 20.
Orthotics, pages 294-296, 316.
Oseto, M.C., pages 400, 405.
Osternig, L.R., pages 274, 306, 308.
Outward Rotation, pages 279, 431.
Over-Distance Event, pages 37, 42, 120-122, 127-133, 135, 156, 431.
Over-Training, pages 14, 17, 18, 21, 30, 188.
Ovett, Steve, page 238.
Oxygen Uptake, *see VO₂ Maximum*.

## P

Paavolainen, L., pages 231, 267.
Pace Tables, pages 143-144, 377-379.
Pandolf, K.B., page 339.
Parisotto, R., pages 350, 353.
Park, S.H., page 267.
Parker, John L., pages 165, 185.
Parker, Mark, pages 275, 309.
Parracho, Rui, pages 275, 309.
Passfield, L., page 352.
Passive Recovery, pages 83, 101, 163-164, 431.
Patton, George S., pages 150-151.
Pavlov, Ivan P., pages 204, 206, 225.
Peaking, pages 21, 35, 52-54, 80-82, 86, 97, 230, 387, 431, *see Chapter 5.*
Peak Period, pages 35-36, 130, *see Chapter 5.*
  Extended, pages 35, 153, 157-158, 177-178, 429.
  Multiple, pages 36, 40-41, 50, 153, 158-162, 179-180, 431.
  Short, pages 35, 153-156, 433.
Pedemonte, Jimmy, pages 11, 55, 151.
Pegis, Anton C., pages 181, 185, 224.
Pengelly, Scott, pages 191, 199, 385, 406.
Performance Potential, pages 32-33, 40-41, 431.
Permeability of the Skin, *see Skin.*
Pescatello, L.S., page 404.
Peters, Keith, page 185.
pH, *see Blood pH.*
Pheidippides, page 383.
Pilbeam, Susan P., pages 347, 353.
Piwonka, R.W., page 339.
Planning a Training Schedule, pages 37-39, 54.
Plantar, page 431.
Plantar Fasciitis, pages 290-297, 430.
Plantar Flexion, pages 232, 431.
Plasencia, Steve, pages 330, 348.
Plateau of Peak Performance, pages 35, 86, 115, 153-156, 165, 177, 431, *see Chapter 5.*
Plumer, PattiSue, page 331.
Plyometrics, pages 221-222, 242-243.
Podell, Richard N., pages 189, 199, 401, 406.
Pollock, M.L., pages 307, 318.
Popov, Ilia, pages 349, 353.
Popov, T., page 381.
Porter, Pat, page 108.
Post-Season Recovery, pages 36-37, 50, *see Chapter 6.*
Posterino, G.S., pages 58, 95.
Posterior Tibialis, page 300.
Potts, G., page 267.
Powell, Mike, page 316.
Powers, S.K., pages 307, 319.
Prefontaine, Steve, pages 245, 314.
Preparatory Phase, pages 45, 432.
Pressure Induced Drag, pages 358-364, 432, *see Chapter 14.*
Principle of Equilibrium, pages 127-129, 165-166, 223, 241-242, 245, 246-248, 429.
Proctor, William, pages 189, 199, 401, 406.
Pronation, pages 279-283, 432, *see Chapter 9.*
Proprioceptor, page 432.
Proteins, pages 62, 64, 75.
Proton Threshold, page 64.
Pruett, E. D.R., pages 392-393, 406.

Pugh, L.G.C.E., pages 361, 365.
Pyne, D., pages 350, 353.

## Q

Q Angle, page 432, *see Chapter 9*.
Quadrennial, pages 52, 432.
Qualifying, pages 53-54.
Quality, pages 11, 37, 83-88, 104-110, 116, 118-119, 125, 128-129, 145, 154-155, 161-163.
Quantity, pages 11, 20, 37, 88-93, 100, 104-110, 116, 119, 125, 128-129, 145, 154-155, 161-163, 383-384, 394-395.

## R

Race Day routine, pages 168-169, 334-335, 401-403.
Race Practice, pages 146-150.
Racing, pages 52-53, 153, 170, 227, 336-338, 342, 348-349, 355-365, 378-380, 402-403.
Random Practice, pages 205-206, 374.
Ratering, C., pages 322, 325.
Recovery, page 75, 169, 188-189, 338, *see Chapter 6*.
Recovery Periods, pages 20, 105-106, 125-126, 134, 146-149.
Regenerative Training Efforts, pages 36, 160-161, 432, *see Chapter 5*.
Regression, page 28.
Rehabilitation, page 216.
Reindell, Herbert, page 112.
Repetitions, pages 35, 114, 119, 124-126, 432.
Residual Fatigue, pages 26, 28-29, 36, 187.
Resistance, page 73.
Respiratory Quotient (RQ), pages 391-392.
RhEPO, pages 350-351, 398.
Rhythm, pages 104-105, 245.
Risk Taking, page 86.
Robbins, Steven E., pages 240, 267.
Roberts, E., page 404.
Robinson, S., page 339.
Rodahl, Kaare, pages 59, 94, 267, 339.
Ross, Wilber L., page 381.
Rozsavolgyi, Istvan, page 69.
Runner's High, pages 188-192.
Running Economy, pages 67, 73-74, 232, 389, 395, 432.
Rusko, H., page 267.
Ryun, Jim, pages 82, 340, 348.

## S

Sahlin, K., pages 391, 406.
Saltin, B., pages 339, 353, 404.
Satori, page 55.
Saunders, Tony, page 381.
Scardina, Nancy, pages 322, 325.
Schlaback, S., page 267.
Schmidt, R.A., pages 205, 225.
Schmolinsky, Gerhardt, pages 12, 31, 55.
Schneider, Howard, pages 239, 267.
Schnell, P.G., page 353.
Schuster, Rudolf, pages 398, 406.
Sciatic Nerve, pages 301-302.
Seiler, Stephen, pages 351, 353.
Seko, Toshihiko, pages 77-79.
Selzer, Michael, pages 74, 95.

Serum Ferritin, pages 321-324.
Sevene, Bob, pages 108, 111.
Seydel, R., pages 276, 309.
Shanebrook, J.R., pages 365.
Shapiro, Y., pages 327, 339.
Sharpening Effect, pages 163, 433.
Sharpening Period, pages 34, 37, 86, *see Chapter 4*.
Shepherd, I.L., page 224.
Shim, Sang Kyu, pages 266-267.
Shin-Splints, pages 298-299.
Shock (Systemic), page 328.
Shock Loading, pages 274-275.
Shoe Weight, page 313-314, 398, *see Chapter 10*.
Shoes, page 238-240, 376, 398-399, *see Chapters 9 and 10*.
Shoenfeld, Y., page 339.
Shorten, Martyn, pages 276, 309, 319.
Shorter, Frank, pages 59, 383, 389, 394-396, 398, 402-403, 406.
Shower for Hydration and Cooling, page 169.
Shvartz, E., page 339.
Sim-Fook, Lam, pages 299, 309.
Sinning, W.E., page 405.
Skill Levels, pages 233-234.
Skin, pages 75-76.
Skip Bounding, pages 102, 104.
Sleamaker, R.H., pages 390, 406.
Sleep, pages 72-74, 76.
Slope, page 24.
Slow Twitch Muscle Fibers, *see Muscle Fiber Types*.
Smart, G., pages 307, 316, 318.
Smith, C., pages 384, 404.
Smith, Geoff, page 382.
Smith, Nancy, page 380.
Smith, Robert W., page 224.
Snell, Peter, pages 70, 104, 111, 227-228.
Snow, page 107.
Somma, Thomas, pages 398, 406.
Sparks, Ken, pages 58, 95, 341, 353.
Spear, Michael, page 13, 55, 236, 267.
Speed, pages 52, 128, 232-233, 246-248.
Speed Endurance, page 433.
Stabilizing Training Efforts, pages 35, 157-162, 176-181, 433, *see Chapter 5*.
Stacoff, A., page 309.
Staheli, Lynn, pages 299, 309.
Stampfl, Franz, page 207.
Steady State, pages 64, 66-68, 70-71, 86-88, 101, 433.
Steeplechase, pages 241, *see Chapter 15*.
Steitberg, I., pages 325, 352.
Stenberg, J., page 339.
Stray-Gundersen, J., page 353.
Strength, pages 52, 64, 72-73, 97, 126, 128, 226, 246-248.
Strength Training, *see Chapter 8*.
    Performance Guidelines, pages 258-259.
    Weight Training Schedules, pages 260-265.
Stress Fractures, pages 304-305.
Stretching, *see Chapter 7*.
    Ballistic, page 206.
    Contract Relax (CR), pages 203, 207.
    Contract-Relax Antagonist-Contract (CRAC), page 207.

Dynamic, pages 209-215, 218, 221, 223, 370, 377.
Hold Relax (HR), pages 203, 207.
L-7, pages 370-371, 376.
Passive, pages 206-207.
Proprioceptive Neuromuscular Facilitation Stretching (PNF), pages 203, 207-209, 214, 218, 221, 223, 370, 377.
Static Stretching, pages 203, 207, 209, 214, 218, 221, 223, 370, 377.
Stroke Volume, pages 59, 64, 72-73, 395.
Strydom, N.B., page 339.
Stuessi, E., page 309.
Suitability of Training, page 16.
Supercompensation, pages 13, 433.
Supination, pages 279-283, 433.
Suppression of Performance, pages 102, 154, 193, 230, 234.
Surface Friction Drag, pages 358, 363.
Surges, pages 127, 147-148.
Suslov, Felix, pages 349, 353.
Suzuki, Daisetz, pages 55, 183-185, 380-381.
Svedenhag, J., page 353.
Swami Vishnu-devananda, pages 215, 218, 225.
Swimming, pages 76-77, 164, 169, 241-242, 247, 251.

## T

Tactics, pages 181, 227, 336-338, 342, 348-349, 355-365, 378-380, 402-403.
T'ai Chi, pages 209-210.
Takuan Sōhō, pages 183-185, 352-353.
Tanaka, H., pages 386, 406.
Taper, pages 35, 37, 427, 433.
Taunton, J., pages 307, 316, 318.
Technology and Training, pages 68-69.
Temperature, pages 221, 284, see Chapter 12.
10,000 Meters, pages 38, 53, 58, 64, 84, 93, 102, 107-108, 113, 123, 128-129, 131-133, 135, 141, 144-145, 152, 157, 163, 165-166, 176-180, 194, 227-228, 236, 255, 328, 330, 334, 341, 348, 355, 384-385, 388-389, 394, 396.
Tension, pages 77, 109.
30-40 drill, page 166.
Thomason, L.H., page 404.
Thompson, A.H., page 380.
3,000 Meters, pages 38, 58, 93, 102, 106, 108, 123, 131-132, 139, 144-147, 157, 174, 178, 228, 241, 255, 327, 331, 334, 341, 367-368, 375-377, 379, 388.
Time, see Circadian Rhythm and Travel.
Time Off, see Chapter 6.
Time Trials, pages 38, 84, 90, 102, 115-116, 118, 130, 162-163, 165-166, 177, 400.
Toe Spring, pages 292-293.
Training Effort, pages 13-16, 19.
Training Frequency, pages 17-21, see Chapter 1.
Training Load, pages 11, 433.
Training Orientation, page 52.
Trampoline, pages 247, 372.
Transition, pages 45, 187-188, 428, 433.
Travel, pages 274, 332-333.
Treadmill, pages 283-284, 313.
Tri-Annual, pages 51, 433.

Triennial, pages 52, 433.
Triglycerides, see Intra-Muscular Triglycerides.
Tschiene, P., page 55.
Tzu, Lao, pages 324-325.

## U

Ultra-Distance Event, page 388.
Under-Distance Event, pages 37, 42,120-122, 127-133, 135, 156, 434.
Under-Training, page 14.
Unold, Edith, pages 279, 281, 309.
Urhausen, A., pages 386, 406.
USATF, pages, 36, 39, 41, 80, 82, 160-161, 179, 315, 328, 341-342, 398, 401.

## V

Valgus, pages 282-283, 434.
Valiant, Gordon, pages 275, 307, 309.
Variation, pages 27, 126.
Varus, pages 282-283, 434.
Vdassin, R., page 339.
Vectors, pages 23-24, 434.
Venous Preload, page 72.
Video Tape, pages 204, 283.
Viren, Lasse, pages 107, 389.
Vital Capacity, page 76.
Vitamin and Mineral Supplements, page 75.
Volume, pages 11, 37, 88-93, 100, see Quantity.
Vorobyew, pages 31, 114.
Voss, Dorothy, pages 207, 225.
VO$_2$ Maximum, pages 19, 62, 64-68, 72-73, 130, 313, 390-397, 401.

## W

Wade, C.E., pages 323, 325.
Wakiihuri, Douglas, pages 402-403.
Wallace, Shawn, page 351.
Walnum, Paul K., page 339.
Walpert, R., page 365.
Ward-Smith, A.J., pages 341, 353, 359, 365.
Warhurst, Ron, page 381.
Warm-up, pages 221-223, 273, 334, 401.
Watts, Denis, page 381.
Webb, Alan, page 82.
Weight Gain, pages 193-194.
Weissbluth, Marc, pages 73, 95.
Werner, Chick, page 380.
Wesseldine, Sid, pages 398, 406.
Westmoreland, Barbara, page 225.
Wet Bulb Globe Temperature, page 329.
Weyand, P., pages 316, 319.
Whip, page 282.
Wiger, Chick, page 381.
Wiley, J.P., pages 307, 316, 318.
Will, P., pages 267.
Williams, C., pages 309, 319.
Williams, K.R., page 307.
Williams, Melvin H., pages 349, 353, 398, 406.
Williams, Todd, page 330.
Will-Weber, Mark, pages 95, 111, 185, 381, 406.
Wind Conditions, pages 335, 356-357, 360, 402.

Winslow, Darcy, page 309.
Wolever, Thomas M.S., pages 199, 404.
Women, pages 100, 113, 131, 155, 158, 194, 237-238,
    258-259, 262-265, 294, 322.
Wooton, S.A., pages 309, 319.
World Championships, pages 36, 52-54, 179-180.
Worthwhile Break, pages 27-30, 34-35, 37-39, 43,
    102, 114, 154, 169, 187-188, 250-253, 400, 434.
Wyatt, Halifax, page 367.
Wyndham, C.H., page 339.

## Y

Yakolev, N.N., page 55.
Yifter, Miruts, page 236.
Yoga, pages 209-210, 215-218, 223.
Yogurt, page 75.
Young, George, page 367.
Young, V.R., pages 383, 404.

## Z

Zatopek, Emil, pages 13, 55, 70, 107, 236, 389, 396.
Zderic, T., pages 400, 405.
Zen, pages 7, 27, 76, 183-185, 209.

# PHOTO INDEX

Photo1.1 _____ Bill Bowerman, page 10.
Photo 2.1 _____ Arthur Lydiard, page 56.
Photo 2.2 _____ Microscopic view of muscle fiber, page 59.
Photo 2.3 _____ Gosta Holmer, page 69.
Photo 2.4 _____ Mihaly Igloi, page 69.
Photo 2.5 _____ Kiyoshi Nakamura, page 77.
Photo 2.6 _____ Toshihiko Seko, page 77.
Photos 2.7 _____ Toshihiko Seko running the Boston Marathon, page 78.
Photo 3.1 _____ Percy Cerutty, page 96.
Photo 3.2 _____ Percy Cerutty and Herb Elliott running at Portsea, page 104.
Photo 4.1 _____ Woldemar Gerschler, page 112.
Photo 4.2 _____ Bill Dellinger, page 135.
Photo 5.1 _____ Billy Mills, page 152.
Photo 5.2 _____ Herb Elliott, page 168.
Photo 5.3 _____ Zen Master Takuan, page 184.
Photo 6.1 _____ Unknown Runner, page 186.
Photo 6.2 _____ Scott Pengelly, page 191.
Photo 7.1 _____ Fred Astaire, page 202.
Photos 7.2 and 7.3 _____ Franz Stampfl and Percy Cerutty, page 207.
Photos 7.4-7.25 _____ Dynamic Stretching Sequence, pages 211-212.
Photo 8.1 _____ Bob Lyden, page 226.
Photo 8.2 _____ Peter Snell, page 228.
Photo 8.3 _____ Emil Zatopek, page 236.
Photo 8.4 _____ Kenyan children running barefoot to school, page 240.
Photo 9.1 _____ Peter Cavanagh, page 268.
Photo 9.2 _____ Abebe Bikila, page 293.
Photo 9.5 _____ Bill Bowerman and Arthur Lydiard, page 298.
Photo 10.1 _____ E. C. "Ned" Frederick, page 312.
Photo 11.1 _____ Jack Daniels, page 320.
Photo 12.1 _____ Anne Marie Lauck, page 326.
Photo 12.2 _____ Steve Plasencia and Todd Williams, page 330.
Photo 12.3 _____ PattiSue Plumer and Sabrina Dornhoefer, page 331.
Photo 13.1 _____ Kip Keino and Jim Ryun, page 340.
Photo 13.2 _____ Karl Keska, page 348.
Photo 13.3 _____ Igor Gamow, page 350.
Photo 14.1 _____ Cathy Freeman, page 354.
Photo 14.2 _____ Joan Benoit Samuelson, page 358.
Photos 14.3 and 14.4 ____ Chester Kyle, page 362.
Photo 15.1 _____ Steeplechase action at Lewis & Clark College, page 366.
Photo 15.2 _____ Steeplechase action at the 1996 Penn Relays, page 369.
Photo 16.1 _____ Rod Dixon and Geoff Smith, page 382.
Photo 16.2 _____ Frank Shorter and Kenny Moore, page 403.

## ABOUT THE AUTHOR



Robert M. Lyden earned two M.A. degrees from the University of Minnesota, one in Modern European History, and another in Public Administration at the Hubert H. Humphrey Institute. He still writes on the subject of U.S. foreign policy. Lyden also received K-12 Teaching and Coaching Certification through St. Thomas College, St. Paul, Minnesota.

He has advised elite athletes, including Steve Plasencia (1988 and 1992 U.S. Olympic Teams), and Karl Keska (2000 British Olympic Team). Lyden served as an assistant collegiate coach, and was also associated with several high school state champions and title teams in the state of Minnesota. He has consulted to owners and trainers of Arabian and Thoroughbred racehorses, and written a training plan entitled "On Winning the Triple Crown."

Lyden was employed and later served as a consultant to Nike, Inc. An inventor and entrepreneur associated with over two-dozen patents, he creates innovative products for the sporting goods industry. He has also written several screenplays, including one based on the story of 1960 Olympic Champion Herb Elliott and his late coach Percy Cerutty. Lyden continues to write and lecture on both distance running and sports psychology.