Apr 18, 2012, 2:51pm PDT

# Nike's HTM collaboration shows off Flyknit's potential

[Erik Siemers](#)
Managing editor- *Portland Business Journal*



[Enlarge](#)

The Nike HTM Trainer+ was designed as part of a collaboration between Nike CEO Mark Parker, Nike design legend Tinker Hatfield, and renowned Japanese designer Hiroshi Fujiwara.

For the past 10 years, Nike CEO [Mark Parker](#) has worked with famed Japanese designer [Hiroshi Fujiwara](#) and in-house design legend Tinker Hatfield on a collaboration to push the limits of Nike's product portfolio.

The latest offering of the HTM collection — HTM meaning Hiroshi, Tinker, Mark — came Wednesday and serves to showcase the vast potential of the brand's Flyknit technology.

Last month I reported on how the manufacturing process behind Flyknit — in which the shoe's upper is knit-together from a single piece of material rather than multiple pieces cut and stitched together — [could revolutionize the industry](#) and improve Nike's profit margins at a time when input costs are constantly on the rise.

Parker said as much in a YouTube clip that debuted Wednesday in conjunction with the new HTM release.

"I think Nike Flyknit has the potential to change everything," Parker said. "The revolution is in the process of manufacturing and how we can engineer structure and support and breathability and do it all in one layer."

Whether Flyknit ever reaches its true potential will largely be determined by how widely its applied.

The process is heavily automated, reducing labor costs, and uses far less material than the traditional shoe manufacturing process, reducing supply costs.

Nike has said Flyknit will eventually be spread to other product categories.

While the Flyknit products shown off Wednesday — the second batch of Flyknit footwear debuted by HTM collaboration — sticks strictly to running shoes, Parker & Co. managed to showcase how it can be readily paired with the brand's other footwear technologies.