## UPDATE YOUR PASSWORD

You must update your password to meet the following requirements:

- Be between 8-36 characters
- Include at least 1 number
- Include a mix of upper and lower case letters
- Cannot be same as screen name or username

**Current Password**

**New Password**

**Password Requirements**
**Contain between 8-36 characters**
**Contain at least 1 mixed case letter**
**Contain at least 1 number**
**Not be the same as Screen Name**
**Confirm New Password**

Cancel Save

## THANK YOU

Your password has successfully been updated.

Click for a different version of this web site containing similar content optimized for screen readers
RETURN HOME SKIP TO MAIN CONTENT
Nike Store. Shoes, Clothing & Gear. SWOOSH
SHOP
SPORTS
NIKEiD
NIKE+
*What Are You Looking For?*What Are You Looking For?SEARCH
HELP
CART
Profile Icon
JOIN
LOG IN
MEN

- SHOES
- CLOTHING
- GEAR
- CUSTOMIZE WITH NIKEiD

WOMEN

- SHOES
- CLOTHING

- GEAR
- CUSTOMIZE WITH NIKEiD

KIDS

- SHOES
- CLOTHING
- GEAR
- CUSTOMIZE WITH NIKEiD

- NEW RELEASES
- JORDAN
- SPORTSWEAR
- COLLEGE BASKETBALL
- CLEARANCE



RUNNING



BASKETBALL



FOOTBALL



SOCCER



MEN'S TRAINING



WOMEN'S TRAINING

- BASEBALL
- GOLF
- SKATEBOARDING
- SNOWBOARDING
- TENNIS

HOME
MEN
WOMEN
KIDS
NIKEiD
Customize our best products.



HOME



NIKE+ GEAR



PLACES



WHAT IS NIKEFUEL?
Nike+
MAKE IT COUNT WITH NIKE+
Stay motivated, challenged, and connected.
LOG IN
REGISTER



DASHBOARD



ACTIVITY



PLACES

NIKE+ GEAR
Which Nike.com country or region do you want to visit?
See all
NOTIFICATIONS
{notification_image}
{notification_title} {notification_body}
{notification_time}
See all
YOU HAVE NO NOTIFICATIONS.

# BECOME A NIKE MEMBER

Create one account to manage everything you do with Nike, from your shopping preferences to your Nike+ activity.
You'll enjoy personal services and great benefits including:

- Free shipping on orders of $100 or more (excluding NIKEiD)
- Free returns on all orders
- Express checkout
- The ability to save and share products
- Easy order tracking

Make it count with Nike+
Your Nike membership includes access to all the benefits of Nike+. Track activity, get motivated and share or compare with friends.
First Name*                Last Name*                Email Address*
Password*
Password Requirements
Contain between 8-36 characters
Contain at least 1 mixed case letter
Contain at least 1 number
Not be the same as Screen Name
Confirm Password*
Screen Name*
Date of Birth*  MM    DD    YYYY
Gender*
○Female ○Male
Zipcode*
*Required Fields
☑ Sign up for Nike emails to hear about the latest styles and special offers
By clicking SIGN UP, you are agreeing to the Nike Policy and Terms & Conditions.
[ SIGN UP ]
Welcome to Nike

## LOG IN TO NIKE

- NOTIFICATIONS
- ACCOUNT SETTINGS
- MYLOCKER
- MY ORDERS
- LOG OUT

Your email or password was entered incorrectly.

[Email Address]

[Password]

☐ Keep me logged in    Password help

[ LOG IN ]

Enter your email address and we'll email you instructions to reset your password.

[Email Address]

[ Send ]

To reset your password, please follow the instructions sent to your email address:

You'll receive an email shortly.

## BECOME A NIKE MEMBER

[ JOIN ]

Your Nike account has been created. We'll send you a confirmation email shortly.
Your Nike account has been created, and you'll start receiving Nike emails soon. We'll send you a confirmation email shortly.
As a Nike member, you'll enjoy the following benefits:
Free shipping on orders of $100 or more (excludes NIKEiD)

Just log in when you purchase on Nike.com for free shipping.

Free returns and exchanges on all orders (excludes NIKEiD)

It's easy. Just log in to your account and print a free return label.

The benefits of Nike+

Track your athletic activity, get motivated and share or compare with friends.

Rate and review products

Share your opinions with the Nike community and help us make our products even better.

Receive Nike emails

Be the first to know about special offers and new products.

Update Profile
COMPLETE YOUR PROFILE START SHOPPING
ADDED TO CART
ADDED TO MYLOCKER

Give a gift that fits everyone.
Size: Qty: @
Standard gift card delivery is free
Subtotal
VIEW CART () CHECKOUT
VIEW MYLOCKER
You have no items in your cart

**MEMBERS GET FREE SHIPPING** Applies to orders of $100+. Excludes NIKEiD.   Log in   Sign Up



7 Products
FILTER BY
Gender
Women
Men
Surface
Road
Color
Clearance

# NIKE FLYKNIT

Featured  sort-option-arrow
Newest  sort-option-arrow
Highest Rated  sort-option-arrow
Price: $$-$  sort-option-arrow
Price: $-$$  sort-option-arrow
View All  sort-option-arrow
Nike Flyknit Lunar1+

  

8 Colors 45

Nike Flyknit Lunar1+

Men's Running Shoe

$160
160
Prev

- 

Next
Nike Flyknit Lunar1+



6 Colors 21

Nike Flyknit Lunar1+

Women's Running Shoe

$160
160
Prev



- 

Next
Nike Flyknit Trainer+

1 Color 44

Nike Flyknit Trainer+

Unisex Running Shoe (Men's Sizin …

$150
150
Nike Lunar Flyknit Chukka



1 Color 5

Nike Lunar Flyknit Chukka

Men's Shoe

$170
170
Nike Flyknit Lunar1+



3 Colors 45

Nike Flyknit Lunar1+

Men's Running Shoe

$160 $127.97
127.97
Prev

- 

Next
Nike Flyknit Lunar1+



2 Colors 21

Nike Flyknit Lunar1+

Women's Running Shoe

$160 $127.97
127.97
Prev



- 

Next
Nike Flyknit Trainer+



4 Colors 44

Nike Flyknit Trainer+

Unisex Running Shoe (Men's Sizin …

$150 $119.97
119.97
Prev



- 
- 
- 

Next

[ MORE ]

## GET HELP

Contact us
Shopping
NIKEiD
Nike+

SEE MORE

## ORDERS

Payment options
Shipping and delivery
Returns

CHECK ORDER STATUS

## JOIN

Become a Nike member and get perks like free shipping and members-only offers.

Learn more

JOIN NIKE

**EMAIL SIGN UP**

**GIFT CARDS**

Give the gift that always fits.

**STORES NEAR YOU**

Locate a Nike retail store or authorized retailer.

 Be the first to know about new products and special offers.
Sign up now

 View cards

 Search

🇺🇸 United States     Privacy Policy     Terms of Use     Supply Chain     Nike Inc.     Insider Blog     NikeBetterWorld

© 2013 Nike, Inc. All Rights Reserved