## Rob Lyden

| | |
|---|---|
| **From:** | "Niegowski, Jim" <Jim.Niegowski@nike.com> |
| **To:** | "Rob Lyden" <robertlyden@comcast.net> |
| **Sent:** | Wednesday, May 19, 2010 3:18 PM |
| **Subject:** | Lyden Patents |

Rob:

I am writing to respond to your recent communications inquiring about whether NIKE would like to purchase your intellectual property.  While Nike appreciates your inquiry, NIKE is not interested in purchasing your intellectual property at this time.

In addition, NIKE has reviewed the fourteen page letter you sent me on April 21, 2010.  That letter, and other recent correspondence from you, includes a number of statements suggesting various improprieties by NIKE with respect to certain of its patents.  NIKE takes such allegations very seriously, and wants to make it clear that it strongly disagrees with your statements suggesting that NIKE has engaged in improper conduct with respect to its patents.

Furthermore, on page 2 of your April 21st letter you purport to describe the details of a conversation we had during a lunch that apparently took place several years ago.  You indicate the conversation related to Nike's patent application serial no. 10/349,398 (now US Pat. No. 6,914,596) and one of your patent applications (serial no. 10/279,626; now US Pat. No. 7,107,235).  I do not agree with your description of that conversation.  In any event, as you acknowledge in your letter, Nike disclosed your patent applications (published as 2003/0051378 and 2003/0069807) to the PTO during prosecution of Nike's US Pat. No. 6,915,596.

Finally, your recent communications to Nike include numerous other statements regarding various alleged facts.  For purposes of responding to you regarding Nike's interest in your intellectual property, it is not necessary for Nike to address the accuracy of each and every such statement of alleged fact.  Consequently, please do not assume that Nike agrees with the statements of alleged facts in your communications.

Thank you again for your inquiry.

Best regards,

Jim

4/4/2013